UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **TARYN N. DUIS,** | ) |
| | ) |
| **Plaintiff.** | ) |
| v. | ) **CAUSE NO: 2:20-CV-00078** |
| | ) |
| **FRANCISCAN ALLIANCE INC., a/k/a** | ) |
| **FRANCISCAN HEALTH CROWN** | ) |
| **POINT** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE – RYAN C. FOX

Ryan C. Fox of Fox Williams & Sink, LLC, hereby files his Notice of Appearance on behalf of the Plaintiff, Taryn N. Duis. Counsel's contact information is as follows:

Ryan C. Fox (21631-49)
Fox Williams & Sink, LLC
6177 North College Avenue
Indianapolis, IN 46220
Phone: 317-254-8500
Fax: 317-226-9311
Email: rfox@fwslegal.com

Respectfully Submitted,

*/s/ Ryan C. Fox*
Ryan C. Fox

Attorney for Plaintiff

Fox Williams & Sink, LLC

6177 North College Avenue
Indianapolis, Indiana 46220
rfox@fwslegal.com