U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1118 9956 1081 0559 65

**ARTICLE ADDRESSED TO:**

Franciscan Alliance Inc.
c/o Kevin D. Leahy
1515 W Dragoon Trail
Mishawaka IN 46544-4710

**FEES**

| | |
|---|---|
| Postage Per Piece | $1.600 |
| Certified Fee | 3.550 |
| Total Postage & Fees: | 5.150 |

**Postmark
Here**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT
for the

Northern District of Indiana

|  |  |
|---|---|
| TARYN N. DUIS | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  2:20-CV-78 |
| | ) ) |
| FRANCISCAN ALLIANCE, INC., a/k/a FRANCISCAN HEALTH CROWN POINT | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Franciscan Alliance Inc., a/k/a Franciscan Health Crown Point
c/o Kevin D. Leahy
1515 Dragoon Trail
Mishawaka, IN 46544-9290

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan C. Fox
FOX WILLIAMS & SINK LLC
6177 North College Avenue
Indianapolis, IN 46220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   2/26/2020

s/ N. Eddy

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-78

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Franciscan Alliance Inc., a/k/a Francisan Crown Point

was received by me on *(date)* 2 / 26 / 2020 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kevin D. Leahy _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Franciscan

Alliance Inc. _____ on *(date)* 3/2/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/2020 _____

_____ R C S
*Server's signature*

Ryan C. Fox / Attorney for Taryn Dues
*Printed name and title*

Fox Williams and Sink
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs ›

## Track Another Package +

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9407111899561081055965

Remove ✕

Your item was delivered at 10:27 am on March 2, 2020 in MISHAWAKA, IN 46544.

## ✅ Delivered

March 2, 2020 at 10:27 am
Delivered
MISHAWAKA, IN 46544

**Get Updates** ⌄

---

**Text & Email Updates**                                                         ⌄

---

**Tracking History**                                                             ⌃

March 2, 2020, 10:27 am
Delivered
MISHAWAKA, IN 46544
Your item was delivered at 10:27 am on March 2, 2020 in MISHAWAKA, IN 46544.

March 1, 2020, 3:50 am
Departed USPS Regional Facility
SOUTH BEND IN PROCESSING CENTER

March 1, 2020, 2:14 am
Arrived at USPS Regional Facility
SOUTH BEND IN PROCESSING CENTER

February 29, 2020, 3:11 am
Arrived at USPS Regional Facility

Feedback

INDIANAPOLIS IN DISTRIBUTION CENTER

**February 29, 2020, 1:56 am**
Accepted at USPS Origin Facility
INDIANAPOLIS, IN 46240

**February 28, 2020, 5:47 pm**
Shipping Label Created, USPS Awaiting Item
INDIANAPOLIS, IN 46240

---

**Product Information** ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback