UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TARYN N. DUIS, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | CAUSE NO: 2:20-CV-78-TLS-APR |
| | ) | |
| FRANCISCAN ALLIANCE INC., a/k/a | ) | |
| FRANCISCAN HEALTH CROWN POINT, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Defendant Franciscan Alliance Inc., a/k/a Franciscan Health Crown Point, more properly named as Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point**.

Dated: March 13, 2020        By:    Elizabeth M. Roberson, Atty. No. 34097-64
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
Facsimile:  (317) 636-1507
Email: eroberson@kdlegal.com


*Counsel for Defendant Franciscan Alliance, Inc.*

KD_10720288_1.docx