UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS,       Plaintiff. | )<br>)<br>)<br>)   CAUSE NO: 2:20-CV-78-TLS-APR<br>)<br>FRANCISCAN ALLIANCE INC., a/k/a  )<br>FRANCISCAN HEALTH CROWN  )<br>POINT,  )<br>       Defendant.  )<br>)<br>) |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Defendant Franciscan Alliance Inc., a/k/a Franciscan Health Crown Point**, **more properly named as Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point**.

Dated: March 13, 2020       By:    Amy J. Adolay, Atty. No. 23147-49
    KRIEG DEVAULT LLP
    12800 N. Meridian Street, Suite 300
    Carmel, IN 46032
    Telephone: (317) 238-6330
    Facsimile:  (317) 636-1507
    Email: aadolay@kdlegal.com

    *Counsel for Defendant Franciscan Alliance, Inc.*

KD_10720342_1.docx