UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS,<br><br>    Plaintiff.<br><br><br>FRANCISCAN ALLIANCE INC., a/k/a<br>FRANCISCAN HEALTH CROWN<br>POINT,<br>    Defendant. | )<br>)<br>)<br>)   CAUSE NO: 2:20-CV-78-TLS-APR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME

Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly named as Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point, by counsel, respectfully gives notice of an automatic initial extension of time of twenty-eight (28) days, pursuance to Local Rule 6-1(b), up to and including April 20, 2020, in which to file a responsive pleading to Plaintiff's *Complaint and Demand for Jury Trial* [ECF No. 1] in the above-entitled case. In support thereof, Defendant states:

1. Plaintiff's Complaint was filed on February 25, 2020.

2. Defendant was served with Summons and Plaintiff's Complaint on March 2, 2020. Thus any responsive pleading would be due on March 23, 2020. Fed. R. Civ. Pro. 12(a)(1)(i).

4. This deadline has not yet passed and this deadline has not been previously extended.

5. Undersigned counsel requires more time to review and investigate the allegations in the Complaint, consult with their clients, and prepare their responsive pleading.

6. Accordingly, Defendant respectfully give notice of an automatic initial 28-day extension of time to respond to the Complaint, up to and including April 20, 2020, pursuant to Local Rule 6-1(b).

7. This extension will not interfere with any deadlines in a Case Management Plan, as a Case Management Plan has not been issued in this case.

8. On March 12, 2020, undersigned counsel contacted Plaintiff's counsel, via email, and he stated he had no objection to this automatic initial extension.

WHEREFORE, Defendant, by counsel, respectfully gives notice to the Court of this automatic initial extension of time of twenty-eight (28) days, up to and including April 20, 2020, in which to file a responsive pleading in the above entitled matter, and for all other just and proper relief.

Dated: March 13, 2020         By:   Amy J. Adolay, Atty. No. 23147-49
                                    Elizabeth M. Roberson, Atty. No. 34097-64
                                    KRIEG DEVAULT LLP
                                    12800 N. Meridian Street, Suite 300
                                    Carmel, IN 46032
                                    Telephone: (317) 238-6342
                                                (317) 238-6330
                                    Facsimile:  (317) 636-1507
                                    Email:  aadolay@kdlegal.com
                                            eroberson@kdlegal.com

                                    *Counsel for Defendant Franciscan Alliance, Inc.*

KD_10720581_1.docx