UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, )<br>)<br>   Plaintiff. )<br>)<br>     v. )<br>)<br>FRANCISCAN ALLIANCE INC., a/k/a )<br>FRANCISCAN HEALTH CROWN )<br>POINT, )<br>   Defendant. )<br>)<br>) | CAUSE NO: 2:20-CV-78-TLS-APR |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly named as Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point, by counsel, files this Corporate Disclosure Statement under Rule 7.1 as follows:

1. Franciscan Alliance, Inc., an Indiana not-for-profit corporation, has no parent corporation.

2. No publicly held company owns a 10% or more ownership interest in Franciscan Alliance, Inc.

                                          Respectfully submitted,

Dated: April 10, 2020        By:    Amy J. Adolay, Atty. No. 23147-49
                                                 Elizabeth M. Roberson, Atty. No. 34097-64
                                                 KRIEG DEVAULT LLP
                                                 12800 N. Meridian Street, Suite 300
                                                 Carmel, IN 46032
                                                 Telephone: (317) 238-6342
                                                                 (317) 238-6330
                                                 Facsimile: (317) 636-1507
                                                 Email: aadolay@kdlegal.com
                                                              eroberson@kdlegal.com

                                                 *Counsel for Defendant Franciscan Alliance, Inc.*

KD_10728059_1.docx