**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **TARYN N. DUIS,** | ) |
| | ) |
| **Plaintiff.** | ) |
| v. | ) **CAUSE NO:  2:20-CV-00078-TLS-APR** |
| | ) |
| **FRANCISCAN ALLIANCE INC., a/k/a** | ) |
| **FRANCISCAN HEALTH CROWN** | ) |
| **POINT** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE – RYAN P. SINK

Ryan P. Sink of Fox Williams & Sink, LLC, hereby files his Notice of Appearance on

behalf of the Plaintiff, Taryn N. Duis.   Counsel's contact information is as follows:

> Ryan P. Sink (27350-29)
> Fox Williams & Sink, LLC
> 6177 North College Avenue
> Indianapolis, IN 46220
> Phone: 317-254-8500
> Fax: 317-226-9311
> Email: rsink@fwslegal.com

Respectfully Submitted,

*/s/ Ryan P. Sink*
Ryan P. Sink

Attorney for Plaintiff

Fox Williams & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 8th day of May, 2020, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com


*/s/ Ryan P. Sink*
Ryan P. Sink