UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **TARYN N. DUIS,** )<br>)<br>  **Plaintiff.** )<br>)<br>)<br>**FRANCISCAN ALLIANCE INC., a/k/a** )<br>**FRANCISCAN HEALTH CROWN** )<br>**POINT,** )<br>  **Defendant.** )<br>)<br>) | **CAUSE NO: 2:20-CV-78-TLS-APR** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Taryn Duis ("Duis") and Defendant Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan"), (collectively "the parties"), jointly request that the Court enter a protective order pursuant to Federal Rule of Civil Procedure 26(c). In support of their motion, the parties state as follows:

1. The parties have agreed upon a Uniform Stipulated Protective Order ("Protective Order"). A copy of the Protective Order is attached as Exhibit A.

2. The purpose of the Protective Order is to preserve and maintain the confidentiality of certain protected information, including (a) Non-public business and employee personnel records, the disclosure of which could result in competitive or economic harm to Franciscan or invade the privacy of individuals; and (b) Personnel, employee, and business files, which may include, but are not limited to, payroll, compensation, disciplinary actions, benefit information, performance evaluations, and other general employment records.

3. Federal Rule of Civil Procedure 26(c) provides for the issuance of a protective order limiting the disclosure and use of information for good cause.

1

4. Duis seeks document production from Franciscan, including but not limited to employment files or records of its current employees and/or former employees. Such employment files or records may contain confidential, private and personal information, the disclosure of which could invade the privacy rights of current and former employees. *See Graham v. Casey's General Stores*, 206 F.R.D. 251, 257 (S.D. Ind. 2002) (noting "a privacy interest in personnel and employment files").

5. Thus, the parties seek a protective order limiting disclosure thereof pursuant to *Citizens First National Bank of Princeton v. Cincinnati Ins.*, 178 F.3d 943 (7th Cir. 1999) and its progeny. *See e.g. Baxter Int'l v. Abbott Laboratories*, 297 F.3d 544 (7th Cir. 2002).

6. This motion is justified and supported by good cause pursuant to Federal Rule of Civil Procedure 26(c).

WHEREFORE, the parties, by counsel, respectfully request that the Court enter the attached Uniform Stipulated Protective Order as an order of this Court and grant all other relief proper in the premises.

Respectfully Submitted,

/s/ *Elizabeth M. Roberson*
Elizabeth M. Roberson, Atty. No. 34097-64
Amy J. Adolay, Atty. No. 23147-49
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
             (317) 238-6330
Facsimile:  (317) 636-1507
Email: eroberson@kdlegal.com
           aadolay@kdlegal.com

*Counsel for Defendant Franciscan Alliance, Inc.*

/s/ *Ryan C. Fox*   (with permission)
Ryan C. Fox, Atty. No. 21631-49
Ryan P. Sink, Atty. No. 27350-29
FOX WILLIAMS & SINK, LLC
6117 North College Avenue
Indianapolis, IN 46220
Telephone: (317) 254-8500
Facsimile: (317) 226-9311
Email: rfox@fwslegal.com

*Counsel for Plaintiff Taryn N. Duis*

KD_10828140_1.docx