UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **TARYN N. DUIS,** | ) |
| | ) |
| **Plaintiff.** | ) |
| v. | ) CAUSE NO: 2:20-CV-00078-TLS-APR |
| | ) |
| **FRANCISCAN ALLIANCE INC., a/k/a** | ) |
| **FRANCISCAN HEALTH CROWN** | ) |
| **POINT** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Ryan C. Fox, counsel for Plaintiff Taryn N. Duis, hereby gives notice that the name of his law firm has changed to Fox & Sink, LLC, and his new email address is rfox@foxsinklaw.com.

Respectfully Submitted,

*/s/ Ryan C. Fox*
Ryan C. Fox

Attorney for Plaintiff

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220
rfox@foxsinklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 9th day of December, 2020, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com

*/s/ Ryan C. Fox*
Ryan C. Fox

2