UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff. | ) |
| v. | ) CAUSE NO: 2:20-CV-00078-TLS-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN POINT | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Ryan P. Sink, counsel for Plaintiff Taryn N. Duis, hereby gives notice that the name of his law firm has changed to Fox & Sink, LLC, and his new email address is rsink@foxsinklaw.com.

Respectfully Submitted,

*/s/ Ryan P. Sink*
Ryan P. Sink

Attorney for Plaintiff

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220
rsink@foxsinklaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 9th day of December, 2020, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com

*/s/ Ryan P. Sink*
Ryan P. Sink
