UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

Due to the Honorable Theresa L. Springmann now sharing a caseload equal to 50% of the total number of cases assigned to an active judge, the Clerk is hereby directed to reassign the following cases from Judge Theresa L. Springmann to Judge Philip P. Simon as the presider for all further proceedings:

| Case Number | Case Name |
|---|---|
| 2:16-cv-323 | Design Basics, LLC v. Eenigengurg Builders, Inc. |
| 2:18-cv-436 | Design Basics, LLC v. Heartland Builders of NWI, Inc. et al |
| 2:19-cv-012 | Design Basics, LLC et al v. Lifehouse Homes, LLC |
| 2:19-cv-047 | Jones v. Choice DNA Laboratories LLC et al |
| 2:19-cv-100 | Design Basics, LLC v. Van Prooyen Builders Inc. |
| 2:19-cv-337 | Sierra Club v. BP Products North America Inc. |
| 2:20-cv-078 | Duis v. Franciscan Alliance Inc. |
| 2:20-cv-168 | Construction Workers Pension Trust Fund v. Earp Concrete Cutting, Inc. |
| 2:20-cv-310 | McKee v. The Methodist Hospitals, Inc. et al |
| 3:18-cv-1004 | Design Basics, LLC v. Blue Ribbon Builders Inc. |
| 4:18-cv-007 | Griffin v. Seven Corners, Inc. |
| 4:18-cv-039 | Griffin v. Seven Corners, Inc. |
| 4:19-cv-100 | Vaugn v. Liu |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on January 25, 2021

  /s/ JON E. DEGUILIO
Chief Judge Jon E. DeGuilio
United States District Court