# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff. | ) |
| v. | ) CAUSE NO: 2:20-CV-00078-PPS-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT | ) |
| Defendant. | ) |
| | ) |
| | ) |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiff, Taryn Duis, and Defendant, Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, by their respective counsel, respectfully request that the Court extend the discovery deadline. In support of this Motion, the parties state as follows:

1. The discovery deadline in this matter is April 26, 2021 [Doc. 16], which time has not yet passed.

2. The parties are in continued efforts to conduct discovery, including supplemental discovery requests, resolving discovery disputes, and additional depositions, which require additional time. Further, previously scheduled depositions had to be canceled due to inclement weather.

3. The parties seek to enlarge the April 26, 2021, discovery deadline by thirty (30) days, to and including May 26, 2021.

4. Counsel for the parties conferred with each other regarding this extension on March 25, 2021, and the parties agreed on the extension requested herein.

5. The Court and parties will not be adversely affected by the requested extension in this Motion, as the requested extension will not impact any other deadlines in this case.

6. The parties do not seek the extension to unduly delay the proceedings and have not previously requested an extension of the discovery deadline.

WHEREFORE, the parties respectfully request that the Court enlarge the discovery deadline by thirty (30) days, to and including **May 26, 2021.**

Respectfully submitted,

| /s/ Ryan C. Fox | /s/ *Amy J. Adolay* (with permission) |
|---|---|
| Ryan C. Fox, Atty. No. 21631-49 | Amy J. Adolay, Atty. No. 23147-49 |
| Ryan P. Sink, Atty. No. 27350-29 | Elizabeth Roberson, Atty. No. 34097-64 |
| FOX & SINK, LLC | KRIEG DEVAULT LLP |
| 6177 North College Avenue | 12800 N. Meridian Street, Suite 300 |
| Indianapolis, IN 46220 | Carmel, IN 46032 |
| Telephone Number (317) 254-8500 | Telephone: (317) 238-6342 |
| Email: rfox@foxsinklaw.com | Email: aadolay@kdlegal.com |
| Email: rsink@foxsinklaw.com | Email: eroberson@kdlegal.com |
| Counsel for Plaintiff | Counsel for Defendant |