UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TARYN N. DUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:20CV78-PPS |
| | ) | |
| FRANCISCAN ALLIANCE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The discovery period in this case having concluded, the Court hereby sets a telephonic scheduling conference, for the purpose of scheduling the Final Pretrial Conference/Settlement Conference, the Trial Management Conference, and a trial date, and to discuss any other issues pending at that time. Plaintiff's counsel should also be prepared to discuss which claims Plaintiff intends to pursue going forward.

**ACCORDINGLY:**

An AT&T telephonic scheduling conference is set for **Thursday, July 15, 2021, at 1:30 p.m. Hammond/ Central Time,** before the undersigned.  The parties shall dial 888-363-4749 and enter the code 9147763 when prompted.  If any party does not comply with these requirements, that party will be required to appear for this and all future hearings for this matter **IN PERSON**.

**SO ORDERED**.

ENTERED: July 1, 2021.           /s/ Philip P. Simon
                                 **PHILIP P. SIMON, JUDGE**
                                 **UNITED STATES DISTRICT COURT**