UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, )<br>)<br>   Plaintiff. )<br>)<br>   v. )<br>)<br>FRANCISCAN ALLIANCE INC., a/k/a )<br>FRANCISCAN HEALTH CROWN )<br>POINT, )<br>)<br>   Defendant. )<br>) | CAUSE NO: 2:20-CV-78-PPS |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND DESIGNATION OF EVIDENCE**

Defendant Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan"), by counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rules 7-1 and 56-1, hereby moves the Court to enter summary judgment in favor of Franciscan and against Taryn N. Duis ("Duis") on all claims alleged by Duis in her Complaint.

Franciscan is filing contemporaneously herewith its Brief in Support of Motion for Summary Judgment. In addition, Franciscan designates the following evidence in support of its Motion for Summary Judgment:

    1.    Plaintiff's Complaint and Demand for Jury Trial filed on February 25, 2020 (ECF No. 1);

    2.    Affidavit of Nita Wirkus ("Wirkus Aff., ¶ _____"), attached hereto as <u>Exhibit 1</u> with the following exhibits attached thereto:

        A.    Taryn N. Duis's Job Description (<u>Exhibit A</u>).

        B.        Franciscan's Mission and Values from its Employee Handbook (Exhibit B).

        C.        Employee Leaves of Absence Policy (Exhibit C).

        D.        Franciscan's Equal Employment Opportunity Policy from its Employee Handbook (Exhibit D).

3.        Affidavit of Jessica Smosna ("Smosna Aff., ¶ _____"), attached hereto as Exhibit 2.

4.        Affidavit of Linda Steinhilber ("Steinhilber Aff., ¶ _____"), attached hereto as Exhibit 3 with the following exhibit attached thereto:

        A.        Duis Investigation and Termination (Exhibit A).

5.        Affidavit of Travis Thatcher-Curtis ("Thatcher-Curtis Aff., ¶ _____"), attached hereto as Exhibit 4 with the following exhibit attached thereto:

        A.        Duis's May 9, 2019 Text Messages to Travis Thatcher-Curtis (Exhibit A).

6.        Affidavit of Dawn Scott ("Scott Aff., ¶ _____"), attached hereto as Exhibit 5 with the following exhibit attached thereto:

        A.        May 10, 2019 Meeting Notes (Exhibit A).

7.        Affidavit of Connie Snow ("Snow Aff., ¶ _____"), attached hereto as Exhibit 6.

8.        Excerpts from the Deposition of Taryn N. Duis taken in this matter on March 22, 2021 ("Duis Dep., pp. _____, ll. _____"), attached hereto as Exhibit 7.

9.        Excerpts from the Deposition of Linda Steinhilber, taken in this matter on May 7, 2021 ("Steinhilber Dep., pp._____, ll. _____"), attached hereto as Exhibit 8.

10.        Excerpts from the Deposition of Dawn Scott, taken in this matter on May 7, 2021 ("Scott Dep., pp._____, ll. _____"), attached hereto as Exhibit 9.

Respectfully Submitted,

By:     Amy J. Adolay, Atty. No. 23147-49
Elizabeth M. Roberson, Atty. No. 34097-64
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
               (317) 238-6330
Facsimile: (317) 636-1507
Email: aadolay@kdlegal.com
           eroberson@kdlegal.com

*Counsel for Defendant Franciscan Alliance, Inc.*

KD_13434520_1.docx