UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TARYN N. DUIS, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | CAUSE NO: 2:20-CV-78-PPS |
| | ) | |
| FRANCISCAN ALLIANCE INC., a/k/a | ) | |
| FRANCISCAN HEALTH CROWN | ) | |
| POINT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF NITA WIRKUS

I, Nita Wirkus, under the penalties of perjury, hereby state as follows:

1.      I am over eighteen (18) years of age.

2.      The facts set forth in this Affidavit are known to me to be true based upon my personal knowledge of such facts and, if called upon to testify as a witness, I am competent to testify to these facts.

3.      I am employed by Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan") as the Director of Human Resources.

4.      In the role as Director of Human Resources, I am familiar with Franciscan's human resources department, employees, personnel records, employment policies and procedures, investigations, disciplinary records, terminations, job descriptions of employees, requests for and approval of FMLA leave, and other employment practices.

5.      I have regularly reviewed the records and other documents routinely prepared and/or maintained by or for the benefit of Franciscan as it relates to my testimony in this Affidavit. Franciscan's records are made or obtained in the ordinary course of business by persons who have

**EXHIBIT 1**

a business duty to Franciscan to make or provide these records. This Affidavit is based upon my review of such records and other documents, as well as my personal knowledge.

6.     I am submitting this Affidavit in support of Franciscan's Motion for Summary Judgment on the Complaint filed by Plaintiff Taryn N. Duis ("Duis").

7.     Duis was first hired by Franciscan in 2015 as a Registered Nurse ("RN") in the Intensive Medical Care Unit ("IMCU") at the Crown Point, Indiana hospital.

8.     IMCU is also called the Progressive Care Unit ("PCU").

9.     As an RN, Duis was required to sign and acknowledge the duties described in her job description. A true and accurate copy of Duis' Job Description is attached hereto as Exhibit A.

10.    As a part of her job description and duties, Duis was required to abide by Franciscan's Values and Mission. *See* Exhibit A.

11.    Franciscan's Mission and Values are also available to employees in their Employee Handbook. A true and accurate copy of Franciscan's Mission and Values from its Employee Handbook is attached hereto as Exhibit B. Franciscan's Values include the following:

     a.   Respect for Life: The gift of life is so valued that each person is cared for with such joy, respect, dignity, fairness, and compassion that he or she is consciously aware of being loved;

     b.   Fidelity to Our Mission: Loyalty to and pride in the hospital are exemplified by members of the hospital family through their joy and respect in empathetically ministering to patients, visitors, and co-workers;

     c.   Compassionate Concern: In openness and concern for the welfare of the patients, especially the aged, the poor, and disabled, the staff works with select

associations and organizations to provide a continuum of care commensurate with the individual's needs;

d. Joyful Service: The witness of Franciscan presence throughout the institution encompasses, but is not limited to, joyful availability, compassionate respectful care, and dynamic stewardship in the service of the Church; and

e. Christian Stewardship: Christian stewardship is evidenced by just and fair allocation of human, spiritual, physical, and financial resources in a manner respectful of the individual, responsive to the needs of society, and consistent with Church teachings. *See* Exhibit B.

12.     Duis also served as a Charge Nurse during the course of her employment.

13.     Being selected to serve as a Charge Nurse is not a promotion or change in position, as it is not always assigned to the same individual every shift. It is instead a leadership role that is assigned to an RN each shift.

14.     Duis's direct supervisor from March 2019 through May 14, 2019 was Linda Steinhilber ("Steinhilber"). Due to the short time of her supervision over Duis, Steinhilber never had the opportunity to evaluate Duis's performance.

15.     In my role as a Director of Human Resources, I assist with requests for leave under the Family and Medical Leave Act ("FMLA") submitted by Franciscan employees. Franciscan contracts with a third-party company, Sedgwick, to administer FMLA leave and short-term disability benefits for its employees. This includes maternity leave. Sedgwick evaluates whether an employee is eligible for FMLA leave.

16.     Franciscan has a policy that governs leave under the FMLA entitled "Employee Leaves of Absence Policy." A true and accurate copy of the Employee Leaves of Absence Policy is attached hereto as Exhibit C.

17.     The Employee Leaves of Absence Policy details the requirements for requesting and taking leave for a qualified reason under the FMLA, including pregnancy. *See* Exhibit C.

18.     Numerous RNs, including those supervised by Steinhilber, have previously and continue to take FMLA leave, including maternity leave, under the Employee Leaves of Absence Policy.

19.     Duis had previously taken FMLA leave/maternity leave under the Employee Leaves of Absence Policy in December 2016 and early 2017 for the birth of her first child.

20.     At no point following 2017 did Duis apply for or request FMLA or other leave under the Employee Leaves of Absence Policy.

21.     Although Duis was pregnant in 2019, she never discussed this information with me or requested maternity leave or FMLA leave.

22.     On or about May 10, 2019, Dawn Scott ("Scott"), the Chief Nursing Officer, reported to the Human Resources ("HR") department that Duis and her mother had spoken with Scott regarding Duis's suspension. Scott relayed to HR that Duis claimed that Steinhilber was targeting her.

23.     At no point in time did Duis contact HR to discuss an allegation of targeting due to her pregnancy, future maternity leave, future FMLA leave, or to make any complaint about Steinhilber.

24.     I was involved in a meeting on May 14, 2019 to discuss Steinhilber's investigation into Duis's conduct on May 8, 2019 involving a patient call-light. Those present in that meeting

included: Jessica Smosna ("Smosna"), Scott, Steinhilber and myself. This meeting will be referred to hereinafter as "the termination meeting".

25.     During the termination meeting, all present discussed the investigation that Steinhilber conducted, including all of the statements she gathered from other employees. Another topic of discussion at this meeting was Scott's meeting with Duis and her mother that occurred on May 10, 2019.

26.     Everyone present at the termination meeting agreed that Duis's behavior on May 8, 2019 involving the patient call-light was directly contrary to Franciscan's values and mission and warranted termination.

27.     There was no mention of pregnancy, maternity leave, or FMLA during the termination meeting. There was also no discussion during the termination meeting of any incident that occurred between Duis and Dawn Smith on April 11, 2019. Duis's termination was based solely on the call-light incident on May 8, 2019 and her behavior in response to this incident.

28.     I did not consider Duis's pregnancy or any future maternity leave or FMLA leave in my decision to support the termination of her employment.

29.     Franciscan's Employee Handbook prohibits harassment and discrimination based on sex including pregnancy and protects employees from retaliation in response to complaints of harassment and discrimination.  A true and accurate copy of Franciscan's Equal Employment Opportunity Policy from its Employee Handbook is attached hereto as <u>Exhibit D</u>.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING

STATEMENTS ARE TRUE AND CORRECT.

Date: 9/10/21

Nita Wirkus, Director of Human Resources
Franciscan Alliance, Inc, a/k/a Franciscan Health Crown
Point

KD_13480338_3.docx

**Franciscan ALLIANCE**

## Job Description

| | |
|---|---|
| **Job Title:** Registered Nurse | **FLSA Classification:** Non-Exempt |
| **Job Code:** 501064 | **Pay Grade:** RNB |
| **Version:** v.2019.04.10 | **Job Class:** Non Manager |
| **Job Family** Nursing - RN | **Differential Group:** 1 |

### General Summary:

The Registered Nurse (RN) is responsible for providing total comprehensive nursing to patients and their families through the development of a plan of care, including implementing, reassessing, evaluating and revising the plan of care. The RN develops these patient-specific plans by performing psychosocial/physiologic assessments, considering patients' cultural/ ethical/ spiritual needs, reviewing trends of similar patients, as well as considering physicians' orders regarding care. The RN integrates knowledge, skills, and experiences to meet the needs of patients and families throughout the continuum of care to include patient and family education, and actively supports and incorporates nursing regulations and standards, as well as Franciscan Alliance processes and procedures in daily practice.

### Mission and Philosophy Statement

The health ministry of Franciscan Alliance, Inc. (Franciscan) is a continuation of the healing ministry of Jesus Christ and is carried out in our Franciscan tradition by the Sisters, coworkers, physicians, volunteers, and boards of each institution of the health system. Each Franciscan Alliance coworker acknowledges this corporate health ministry and shares responsibility with other System coworkers for implementation of the Sisters' mission and philosophy in the work performed throughout this corporate ministry.

### Franciscan Values

Our physicians and coworkers follow the values established by our founding congregation, the Sisters of St. Francis of Perpetual Adoration.

**Respect for life**
Each person is treated with such joy, respect, dignity, fairness and compassion that he or she is consciously aware of being loved. Therefore, each coworker:

- Values life
- Engages others with dignity & respect
- Demonstrates active listening
- Honors confidentiality
- Affirms others

**EXHIBIT A**

- Respects diversity
- Treats people equally

## Fidelity to our mission

We show loyalty and pride in Franciscan Alliance through joy and respect in ministering to our patients, visitors, and coworkers. Therefore, each coworker:

- Is committed to mission and values
- Is loyal to self, coworkers and those served
- Takes pride in teamwork
- Consistently follows through
- Balances budget
- Is responsible for resources allotted
- Operates equipment respectfully

## Compassionate concern

We provide care and services with openness and concern for the welfare of the individual especially the aged, the poor, and disabled. Therefore, each coworker:

- Is empathic towards others
- Encourages people encountered
- Shows concern for others
- Advocates for the marginalized
- Actively listens
- Honors privacy
- Treats others respectfully
- Considers needs of others
- Values contribution of others
- Utilizes AIDET to improve communications

## Joyful service

The Franciscan presence at Franciscan Alliance expresses itself in joyful availability, compassionate, respectful care and stewardship and loyalty to our mission. Therefore, each coworker:

- Projects a good attitude
- Easily engages others
- Makes people feel special
- Makes others comfortable
- Exceeds expectations
- Lives with hope
- Is not afraid of failure
- Is proactive in addressing concerns
- Is passionate about their work
- Takes pride in appearance
- Is grateful for all things

## Christian stewardship

We justify and fairly allocate human, spiritual, physical and financial resources, respectful of the individual responsive to the needs of society, and consistent with church teachings. Therefore, each coworker:

- Shares talents

CONFIDENTIAL

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

Franciscan000195

- Is dependable
- Anticipates needs
- Is punctual
- Is goal driven
- Is fiscally responsible

## Essential Job Functions/Competencies

**Nursing Practice / Standards of Practice**
• Practices nursing according to the organization and established nursing philosophies and standards of care set by state board of nursing, state nurse practice act, and other governing agency regulations. Evaluates one's own nursing practice in relation to professional practice standards and guidelines, relevant statutes, rules, and regulations.

**Compassionate Care**
• Establishes a compassionate environment by providing emotional, psychological, and spiritual support to patients, friends, families, and coworkers.

**Collaboration & Patient Experience**
• Collaborates with patients and their families, (and or primary caregiver) as well as members of a multidisciplinary team, to ensure optimal patient outcomes and enhancement of the patient experience.

**Patient Assessment**
• Assesses, collects, and analyzes comprehensive objective, subjective, psychosocial, and cultural data pertinent to patient condition. Plan of care is developed and implemented in collaboration with the patient and family. Ensures the plan of care is continually reviewed and revised as the patient's condition warrants.

**Plan of Care Implementation**
• Prioritizes and implements the identified plan, coordinates care delivery, employs interventions to improve patient outcomes while providing a safe, respectful, and ethical practice environment.

**Patient's Assessment/Ongoing Reassessment Communication**
• Communicates timely changes in patient's assessment/ongoing reassessment to providers that warrant consideration and/or a change in the plan of care and maintains and coordinates communication with all members of the multidisciplinary team to facilitate safe transitions and continuity in care delivery. Maintains continuity among nursing teams by documenting the assessment, plan of care, interventions, and responses to care in the electronic medical record in a timely manner.

**Safe Work Environment**
• Maintains a clean and safe work environment by handling and clearing instruments, equipment, and supplies in accordance with infection-control policies and protocols. Administers and stores medication according to controlled substance regulations.

**Equipment & Supplies Maintenance**
• May be required to maintain nursing supplies inventory by checking stock and outdates to determine inventory level, anticipating needed supplies and placing orders for required inventory.

## Certifications, Licensures or Registry Requirements

CONFIDENTIAL

https://global.hgncloud.com/franciscan/welcome.jsp?selectedtab=JOBDESCR

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

Franciscan000196

3/7

| Certifications, Licensures or Registry | Preferred/Required | Qualifiers | State |
|---|---|---|---|
| Registered Nurse (RN) | Required | in state of practice | Indiana or Illinois |
| Basic Life Support Program (BLS) | Required | Within 3 months | |
| Advanced Cardiovascular Life Support (ACLS) | | As Required by Unit | |
| Unit Specific Certifications | | As Required by Unit | |
| Pediatric Advanced Life Support (PALS) | | As Required by Unit | |
| Neonatal Resuscitation Program (NRP) | | As Required by Unit | |

## Educational Requirements

| Educational Requirements | Specialization/Program of Study/Exceptions | Preferred/Required |
|---|---|---|
| Associate's Degree | Nursing/Patient Care | Required |
| Bachelor's Degree | Nursing/Patient Care | Preferred |

## Experience Requirement

| Min Years of Experience | Specialization | Required/Preferred |
|---|---|---|
| None | | |

### Required Knowledge, Skills and Abilities

**Active Listening**
• Active listening.

**Adaptability**
• Adapt to high volume and high stress areas.

**Changing Priorities**
• Adapt and respond quickly to changing priorities.

**Clinical Settings**
• Adapt to multiple clinical settings.

**Composure**
• Maintain composure, even in very difficult situations.

CONFIDENTIAL

USDC IN/ND case 2:20-cv-00078-APR   document 29-1   filed 09/13/21   page 11 of 43

**Conflict Management**
• Manage conflict and tactfully handle complaints and difficult situations.

**Service Excellence.**
• Service Excellence.

**Prioritizing and Delegating**
• Prioritize and delegate tasks.

**Time Management**
• Time management.

**Electronic Health Record**
• Ability to navigate the electronic health record for planning, evaluating, and implementing patient care.

**HIPAA**
• Knowledge of HIPAA Guidelines.

## Required Travel

**Required Travel**

Occasional: from 2% to 33%. Ability to float as requested.

## Physical Demands

| Physical Activity | Frequency | Physical Activity | Frequency |
|---|---|---|---|
| Climbing- Ramps/stairs: work related | Occasional: from 2% to 33% | Communication- Verbal | Frequent: from 34% to 66% |
| Postural- Crouching | Frequent: from 34% to 66% | Postural- Kneeling | Frequent: from 34% to 66% |
| Postural- Stooping | Frequent: from 34% to 66% | Reaching- At or below the shoulder: Both arms | Frequent: from 34% to 66% |
| Reaching- At or below the shoulder: One arm | Frequent: from 34% to 66% | Reaching- Overhead: Both arms | Frequent: from 34% to 66% |
| Reaching- Overhead: One arm | Frequent: from 34% to 66% | Sitting | Occasional: from 2% to 33% |
| Standing | Frequent: from 34% to 66% | Tasks- Keyboarding: touch screen | Frequent: from 34% to 66% |

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020
Franciscan000198

Tasks- Keyboarding - Sewer Frequent: from 34% to 66%

Working: Frequent: from 34% to 66%

| Carrying - Weight | Frequency | Carrying - Weight | Frequency |
|---|---|---|---|
| 100+lbs | Occasional: from 2% to 33% | 51-100lbs | Occasional: from 2% to 33% |
| 26-50lbs | Frequent: from 34% to 66% | 1-25lbs | Frequent: from 34% to 66% |

| Pushing/Pulling - Weight | Frequency | Pushing/Pulling - Weight | Frequency |
|---|---|---|---|
| 100+lbs | Frequent: from 34% to 66% | 51-100lbs | Frequent: from 34% to 66% |
| 26-50lbs | Frequent: from 34% to 66% | 1-25lbs | Frequent: from 34% to 66% |

| Lifting - Height & Weight | Frequency | Lifting - Height & Weight | Frequency |
|---|---|---|---|
| Floor to Chest - 1-25lbs | Frequent: from 34% to 66% | Floor to Chest - 26-50lbs | Occasional: from 2% to 33% |
| Floor to Chest - 51-100lbs | Occasional: from 2% to 33% | Floor to Head - 1-25lbs | Frequent: from 34% to 66% |
| Floor to Head - 26-50lbs | Occasional: from 2% to 33% | Floor to Head - 51-100lbs | Occasional: from 2% to 33% |
| Floor to Waist - 1-25lbs | Frequent: from 34% to 66% | Floor to Waist - 26-50lbs | Occasional: from 2% to 33% |
| Floor to Waist - 51-100lbs | Occasional: from 2% to 33% | | |

| Exposure To | Frequency | Exposure To | Frequency |
|---|---|---|---|
| Bloodborne pathogens | Frequent: from 34% to 66% | Wetness (not weather related) | Frequent: from 34% to 66% |

## OSHA Risk Category

I - Employee performs tasks that involve exposure to blood/body fluids or other potentially infectious material

II - Employee performs tasks that involve no exposure to blood/body fluids or other potentially infectious material, but who may be required to perform unplanned Category I tasks

III - Employee performs tasks that do not involve exposure to blood/body fluids or other potentially infectious material.

**Select the appropriate Category**

**Category I**

## Equal Opportunity Employer

It is the policy of Franciscan Alliance to provide equal employment to its employees and qualified applicants for employment as otherwise

CONFIDENTIAL

required by an applicable law, Franciscan Alliance does not abide by any ordinance or government that local, state or Federal ordinances violate its values and the free exercise of its religious rights. Franciscan Alliance is committed to equal employment opportunities.

## Employee Statement of Understanding

To perform this job successfully, an individual must be able to perform each of the essential job functions satisfactorily. The requirements listed above are representative of the knowledge, skills, minimum education, training, licensure, experience and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions of this job.

Coworkers will be responsible for maintaining the job specific core competencies in the essential job functions and the related competency checklists, where applicable, defining department specific needs.

I have read and understand the job description for my position. I am able to perform all of the essential functions of this position.

I understand that I am responsible for other duties as assigned.

I understand that my job description does not create a contract of employment or alter the at-will nature of my employment.

I agree to comply with the corporate compliance policy and all laws, rules, regulations and standards of conduct relating to my position. As an employee, I understand my duty to report any suspected violations of the law, or the standards of conduct, to my immediate supervisor.

As an employee, I will strive to uphold the mission and vision of the organization. I understand that all employees are required to adhere to the values in all their interactions with customers and fellow coworkers.

Franciscan000200



# EMPLOYEE HANDBOOK

*"Continuing Christ's Ministry in our Franciscan Tradition"*



**EXHIBIT B**

CONFIDENTIAL          Duis v. Franciscan (2:20-CV-00078-TLS-APR)          Franciscan000203
Produced August 21, 2020

**Franciscan** HEALTH
Crown Point

## TABLE OF CONTENTS

INTRODUCTION ............................................................................. 1

WELCOME MESSAGE ................................................. 1

OUR HEALING MINISTRY ............................................. 2

FRANCISCAN VALUES .................................................. 3

FRANCISCAN HEALTH HISTORY ...................................... 6

EMPLOYMENT ............................................................................ 7

NATURE OF EMPLOYMENT .......................................... 7

EMPLOYEE SELECTION ............................................... 7

EQUAL EMPLOYMENT OPPORTUNITY ............................ 8

IMMIGRATION LAW COMPLIANCE .................................. 8

PRE-EMPLOYMENT PHYSICAL EXAM AND TESTING ........... 9

TRAINING PERIOD (INTRODUCTORY PERIOD) .................. 9

EMPLOYMENT OF RELATIVES ...................................... 10

CONFLICTS OF INTEREST ........................................... 11

OUTSIDE EMPLOYMENT ............................................. 12

HOSPITAL/DEPARTMENT LENGTH OF SERVICE ................ 12

CONFIDENTIALITY AND NON-DISCLOSURE ...................... 13

HIPAA – PRIVACY POLICY ........................................... 14

EMPLOYEE RELATIONS ............................................... 15

EMPLOYEE EDUCATION ABOUT FALSE CLAIMS RECOVERY ... 17

EMPLOYMENT STATUS AND RECORDS ....................................... 18

PERFORMANCE REVIEWS ............................................ 18

EMPLOYMENT CLASSIFICATIONS .................................. 19

EMPLOYMENT APPLICATIONS ...................................... 21

JOB POSTING ........................................................... 21

NEW EMPLOYEE ORIENTATION .................................... 22

IDENTIFICATION BADGE .............................................. 22

LICENSURE, REGISTRATION AND CERTIFICATIONS ........... 22

PERSONNEL RECORDS/CONFIDENTIALITY ...................... 23

TERMINATION OF EMPLOYMENT .................................. 24

EXIT INTERVIEWS ...................................................... 25

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

Franciscan000204

**Franciscan** HEALTH
Crown Point

## TABLE OF CONTENTS

WORKFORCE REDUCTION ................................................................................25

COMPANY PROPERTY TRACKING .....................................................................26

EMPLOYEE RESPONSIBILITIES ................................................................. 27

ATTENDANCE AND PUNCTUALITY.................................................................27

COMPUTER, INTERNET AND E-MAIL USE .....................................................29

SUBSTANCE ABUSE........................................................................................30

PERSONAL APPEARANCE ..............................................................................33

PROBLEM RESOLUTION .................................................................................35

RULES OF CONDUCT/BEHAVIORAL STANDARDS/CORRECTIVE ACTION.........36

ANTI-HARASSMENT.......................................................................................38

SAFETY AND INCIDENT REPORTING..............................................................39

DISASTER PLANNING AND PREVENTION (EMERGENCY PREPAREDNESS) .................39

WORKPLACE VIOLENCE PREVENTION...........................................................40

PROPERTY AND INSPECTIONS .......................................................................41

GIFTS AND GRATUITIES .................................................................................41

MANDATORY HOSPITAL TRAINING/EDUCATION ...........................................41

COMPENSATION ....................................................................................... 42

COMPENSATION ............................................................................................42

WAGE AND SALARY ADMINISTRATION ........................................................42

PAY PERIOD/PAYDAY/PAYCHECKS................................................................43

PAYCHECK DEDUCTIONS/CHARGING ON BADGE ..........................................44

WAGE ASSIGNMENTS, GARNISHMENTS OR LEVIES .....................................44

TIMEKEEPING ................................................................................................45

OVERTIME .....................................................................................................46

HOLIDAY/PREMIUM PAY ...............................................................................46

SHIFT/WEEKEND DIFFERENTIAL....................................................................46

ON CALL/CALL BACK .....................................................................................47

EXPENSE & TRAVEL TIME RELATED TO TRAININGS & SEMINARS ...........................47

WORK  SCHEDULE..........................................................................................47

REST AND MEAL PERIODS .............................................................................48

CAFETERIA .....................................................................................................48

REVISED 12/1/2016

CONFIDENTIAL

TABLE OF CONTENTS

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

Franciscan000205

**Franciscan** HEALTH
Crown Point

## TABLE OF CONTENTS

TRAINING SESSIONS AND SEMINARS.................................................................49

PROFESSIONAL MEMBERSHIPS ....................................................................49

BUSINESS TRAVEL EXPENSES.......................................................................50

**EMPLOYEE BENEFITS** .........................................................................**51**

EMPLOYEE BENEFITS GENERAL STATEMENT ...................................................51

PAID TIME OFF (PTO) .................................................................................52

LEAVES OF ABSENCE...................................................................................53

MANDATORY TOBACCO SURCHARGE ............................................................54

UNEMPLOYMENT, SOCIAL SECURITY, AND WORKERS' COMPENSATION ................55

RETIREMENT PROGRAM ..............................................................................56

EMPLOYEE HEALTH/WORKING WELL ............................................................57

BEREAVEMENT LEAVE .................................................................................58

EDUCATIONAL ASSISTANCE .........................................................................59

JURY DUTY................................................................................................59

SHORT AND LONG TERM DISABILITY .............................................................60

EMPLOYEE ASSISTANCE PROGRAM (EAP).......................................................61

SPIRITUAL GUIDANCE..................................................................................61

CONTINUATION OF COVERAGE (COC) ..........................................................62

SPOUSAL COORDINATION OF BENEFITS (COB) ...............................................62

SOCIAL JUSTICE CREDIT...............................................................................62

NURSING MOTHERS ...................................................................................62

**GENERAL INFORMATION** ....................................................................**63**

USE OF CELL/BUSINESS TELEPHONE ..............................................................63

BULLETIN BOARDS / BREAK ROOM NOTICES...................................................63

NO SOLICITATION RULE ..............................................................................63

EMPLOYEE PARKING ...................................................................................63

WEATHER EMERGENCIES .............................................................................64

ACCOMMODATION OF EMPLOYEE DISABILITIES...............................................65

RECYCLING................................................................................................66

TOBACCO-FREE ENVIRONMENT....................................................................67

NEWS MEDIA RELATIONS ............................................................................67

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

Franciscan000206

## TABLE OF CONTENTS

HOSPITAL INTRANET..................................................................................67

KEYS/LOCKERS .....................................................................................67

CHANGE OF PERSONAL INFORMATION ...............................................................67

SECURITY ..........................................................................................68

LOST AND FOUND ...................................................................................68

NOTARY PUBLIC ....................................................................................68

EMPLOYEE EMERGENCY FUND..........................................................................68

GRATUITIES, TIPS, PATIENT RELATIONS ..............................................................68

**ADDENDUM TO EMPLOYEE HANDBOOK (12-31-2006) .................................... 69**

EMPLOYEE EDUCATION REGARDING WHEN AND HOW TO REPORT FRAUD, WASTE, AND ABUSE .....69

THE FEDERAL FALSE CLAIMS ACT  (31 U.S.C. §§ 3729-3733).................................69

INDIANA FALSE CLAIMS AND WHISTLEBLOWER PROTECTION STATUTE  (IND. CODE § 5-11-5.5) .....74

ILLINOIS WHISTLEBLOWER REWARD AND PROTECTION ACT (740 ILL. COMP. STAT. 175).............76

**EMPLOYEE ACKNOWLEDGMENT  ......................................................... 78**

REVISED 12/1/2016

CONFIDENTIAL

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

TABLE OF CONTENTS

Franciscan000207

**Franciscan** HEALTH
Crown Point

## INTRODUCTION

### OUR HEALIN   MINISTRY

We, the Sisters of St. Francis of Perpetual Adoration, live the Gospel message according to the ideals of St. Francis and Mother Maria Theresia Bonzel.  Guided by the moral and ethical values and the teachings of the Roman Catholic Church, we, with our co-workers, serve the people of God in Christ's healing ministry.

In co-sponsorship with other religious healthcare providers who share our values, and in partnership with them and our lay colleagues, we work together to strengthen the Catholic healthcare presence.

We do this by:

- providing a broad, coordinated continuum of healthcare services with an emphasis on improving the health of persons and communities

- developing creative structures for healthcare delivery

- being advocates for those in need

- identifying and developing our Sisters and laity for Franciscan leadership

Faithful to our mission, we respect life and the dignity of all persons.  Imitating Jesus, we minister with joy, love, and compassion to all from conception to natural death.  Imbued with the spirit of Christ and mindful of our Christian stewardship, we provide the best possible care through increased spiritual awareness, commitment, and dedication of ourselves and all who work with us in extending our healing ministry.

*Revised 1998*
*Sisters of St. Francis of Perpetual Adoration*

CONFIDENTIAL
Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020
Franciscan000209

**Franciscan** HEALTH
Crown Point

## INTRODUCTION

### FRANCISCAN VALUES

#### Respect for Life

The gift of life is so valued that each person is cared for with such joy, respect, dignity, fairness, and compassion that he or she is consciously aware of being loved.

*Expected Behaviors:*

- Greets everyone promptly in a warm and caring manner using the person's name whenever possible
- Uses tact, sensitivity, sound judgment, and a professional attitude when relating to patients, families, visitors, physicians, and co-workers
- Displays a warm and caring attitude, shows respect, empathy, and courtesy in all encounters; treats everyone with dignity
- Maintains a positive attitude—particularly in the face of adverse circumstances
- Gives hope to others in difficult situations

#### Fidelity To Our Mission

Loyalty to and pride in the hospital are exemplified by members of the hospital family through their joy and respect in empathetically ministering to patients, visitors, and co-workers.

*Expected Behaviors:*

- Takes pride and care in professionalism and personal appearance
- Demonstrates commitment to the facility's mission and values
- Maintains confidentiality at all times
- Avoids inappropriate conversations and language
- Serves as a patient advocate; makes patient satisfaction a priority
- Never discusses concerns/problems with employees and others with anyone other than the person involved or the supervisor
- Listens to ideas/issues and follows up with appropriate measures in all situations

CONFIDENTIAL          Duis v. Franciscan (2:20-CV-00078-TLS-APR)          Franciscan000210
Produced August 21, 2020

**Franciscan** HEALTH
Crown Point

## INTRODUCTION

### Compassionate Concern

In openness and concern for the welfare of the patients, especially the aged, the poor, and disabled, the staff works with select associations and organizations to provide a continuum of care commensurate with the individual's needs.

*Expected Behaviors:*

- Thinks, talks, and acts in a concerned manner

- Uses proper telephone and interpersonal communication etiquette at all times

- Shows attention toward others' needs for direction and assistance

- Accepts and is open to constructive criticism

- Demonstrates positive communication and listening skills

- Shows attention to the special needs of patients, families, physicians, and co-workers

- Establishes good rapport and professional working relationships with other co-workers and outside organizations

- Maintains appropriate interdepartmental communications


### Joyful Service

The witness of Franciscan presence throughout the institution encompasses, but is not limited to, joyful availability, compassionate respectful care, and dynamic stewardship in the service of the Church.

*Expected Behaviors:*

- Works well with others to accomplish tasks or goals

- Is an active and supportive team member, both inside and outside of his/her department

- Displays a positive and joyful attitude

- "Owns" questions or complaints until resolved

- Works toward maintaining high morale

- Promotes cooperation and understanding within the facility and shares information and resources with others

- Is flexible in work practices, procedures, or processes

- Displays enthusiasm and a willingness to learn; asks for help when needed

- Accepts additional assignments willingly

- Actively supports group ideas and decisions

CONFIDENTIAL           Duis v. Franciscan (2:20-CV-00078-TLS-APR)           Franciscan000211
Produced August 21, 2020



## INTRODUCTION

**Christian Stewardship**

Christian stewardship is evidenced by just and fair allocation of human, spiritual, physical, and financial resources in a manner respectful of the individual, responsive to the needs of society, and consistent with Church teachings.

*Expected Behaviors:*

- Promotes the effective use of all resources

- Is committed to continuous improvement; looks for better, faster, less costly or more efficient ways of doing things

- Completes assignments following accepted procedures/practices, even when workloads and demands are high

- Takes pride in the environment; minimizes waste; supports appropriate recycling efforts

- Encourages proper use of supplies and equipment

- Is accountable for prudent use of talents and financial resources

- Responds immediately to injuries, hazards, equipment failures, and problem situations

CONFIDENTIAL          Duis v. Franciscan (2:20-CV-00078-TLS-APR)          Franciscan000212
                      Produced August 21, 2020



| | |
|---|---|
| **Current Status:** *Active* | **PolicyStat ID:** *5851137* |

| | |
|---|---|
| Original: | 7/30/2010 |
| Last Reviewed: | 1/18/2019 |
| Last Revised: | 1/18/2019 |
| Next Review: | 1/17/2022 |
| Owner: | *Michelle Sumerix: VP Human Resources System* |
| Document Area: | *Human Resources* |
| Tags: | *Policy* |
| Applicability: | *Franciscan Alliance Corporate Board Directed - All* |

# Employee Leaves of Absence Policy (FMLA and Other)

*See Entity Listing or Hospital Listing for Franciscan Alliance hospital facilities' current and previous names.*

## Policy Number: 1006.09

## Applies to: All Franciscan Alliance Hospitals and all Franciscan Alliance Entities (See Entity Listing )

# POLICY:

Franciscan Alliance, Inc. (Franciscan) provides eligible coworkers with leaves of absence due to their temporary inability to perform the essential functions of their position or need to satisfy military service obligations. Leaves are subject to management approval, taking into consideration the business and staffing needs of the organization, and are administered in compliance with applicable state and federal laws.

When a leave qualifies under federal or state laws, including but not limited to; Worker's Compensation, the Family and Medical Leave Act of 1993 (FMLA), as amended, the Americans with Disabilities Act of 1990 (ADA), as amended, the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), or any state law, as applicable, Franciscan will provide leave under whichever statutory provision provides the greater rights to coworkers. The coworker will use his or her entitlement under each law at the same time, to the extent permitted by law.

If a coworker is granted leave of absence from work, the coworker may not work in another job or seek other employment during their leave without prior written approval of Human Resources.

# ELIGIBILITY:

This policy applies to all coworkers of participating Franciscan employers, unless provided otherwise by contract. Temporary coworkers will only be eligible to the extent required by law under the aforementioned statutes in the Policy Section.

# TYPES OF LEAVES:

- **Family and Medical Leave Act (FMLA) Leaves of Absence**

**EXHIBIT C**

CONFIDENTIAL
Franciscan (Health-Crown Point)

Franciscan000292

Page 1 of 5

Produced August 21, 2020

FMLA Leaves of Absence are leaves lasting more than 3 consecutive calendar days that satisfy the provisions of the Family and Medical Leave Act of 1993, as amended.

The FMLA provides up to 12 weeks of unpaid leave for eligible coworkers to care for the coworker's child after birth or placement for adoption or foster care, to care for the coworker's spouse, son, daughter, or parent who has a serious health condition, or for a serious health condition that makes the coworker unable to perform his or her job.

The FMLA also provides up to 26 weeks of unpaid leave for two types of leave relating to military service: (1) exigency leave for families of members of the National Guard or Reserves or of a regular component of the Armed Forces when the covered military member is on covered active duty or called to covered active duty; and (2) military caregiver leave (also known as covered service member leave) to care for an injured or ill service member or veteran.

- **Non-FMLA Medical Leaves of Absence**

  Non-FMLA Medical Leaves of Absence are leaves that last more than 3 consecutive calendar days due to the coworker's own serious health condition. These leaves are for coworkers who are ineligible for FMLA leave or have exhausted FMLA leave.

- **Personal Leaves of Absence**

  Personal Leaves of Absence are any leaves that last more than 3 consecutive calendar days, are of a personal nature, are not related to the coworker's own serious health condition, and do not satisfy the provisions of the Family and Medical Leave Act of 1993, as amended. Examples include leaves for personal reasons such as educational leaves, natural disasters, and mission trips. Personal leaves do not include regularly scheduled Paid Time Off (PTO).

- **Military Leaves of Absence**

  Military Leaves of Absence are leaves for an eligible coworker to attend scheduled drills or training, or if called to active duty with the U.S. Armed Services in accordance with the Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA) and all applicable federal and state law.

# PROCEDURES:

I. **Family and Medical Leave Act (FMLA) Leaves of Absence**

FMLA Leaves of Absence are leaves lasting more than 3 consecutive calendar days that satisfy the provisions of the Family and Medical Leave Act of 1993, as amended.

A. **Eligibility for FMLA Leaves**

1. Coworkers who have completed at least 1 year of Franciscan service and worked at least 1250 hours in the 12 months immediately prior to the date of incapacity may qualify for an FMLA Leave. The 12-month service requirement does not require consecutive months of service. It includes periods of paid or unpaid leave during which Franciscan provided other benefits or compensation, such as workers' compensation or group health plan benefits. A break in service can be as long as 7 years. If a break in service is more than 7 years, but was the result of

Employee Leaves of Absence Policy (FMLA and Other). Retrieved 07/13/2020. Official copy at http://fs-fsahcp.polic12851137/. Copyright © Franciscan Health Crown Point.

CONFIDENTIAL                Duplin v. Franciscan (2:20-CV-00078-TLS-APR)                Franciscan 000293

Produced August 21, 2020

military service, the break in service will not impact eligibility for FMLA.

    2. Coworkers who have exhausted their 12 weeks (or 26 weeks in the case of leave to care for a covered service member) of FMLA leave in the 12 months prior to a requested leave will not be eligible for additional FMLA-protected leave.

**B. Maximum Duration of FMLA Leaves**

    1. FMLA provides eligible co-workers with up to 12 weeks of leave, or up to 26 weeks in the case of leave to care for a covered service member, in a rolling 12-month period.

    2. In no event may a coworker who is combining a leave for care of a family member serving in the armed services who is recovering from an injury or illness sustained in the line of duty or active duty with a FMLA leave for another reason be approved for more than 26 weeks of FMLA leave in any rolling 12-month period .

**C. Types of Qualifying FMLA Leaves**

    1. The birth or placement of a child with the coworker for adoption or foster care and to bond with and care for the child (within the first 12 months after placement);

    2. To care for an immediate family member (generally defined as spouse, parent or child under the age of 18) who has a serious health condition;

    3. A serious health condition that prevents the coworker from being able to perform the essential functions of his or her position; or

    4. A qualifying exigency that arises out of the fact that a spouse, parent, or child has been called to or is on active military duty. A "qualifying exigency" would be considered such things as a one time non-medical situation of an urgent nature, making childcare arrangements, attendance in reintegration programs. It would not include things such as banking and shopping unless prior notice was not given to the service member.

    5. To care for a coworker who is the spouse, parent, child, or next of kin of a covered service member recovering from a serious illness or injury sustained in the line of duty or active duty. FMLA provides up to 26 weeks in a rolling 12-month period.

**D. Intermittent FMLA Leaves**

    1. When medically necessary, coworkers may take FMLA leave intermittently or on a reduced schedule basis for their own serious health condition, the serious health condition of a family member, or for military caregiver leave.

        a. Coworkers must coordinate with Franciscan to arrange reduced work schedules or intermittent leave to minimize disruption of business operations.

        b. If a coworker requests intermittent leave or leave on a reduced leave schedule based on foreseeable planned absences, Franciscan may require the coworker to transfer temporarily to an available alternative position for which the coworker is qualified, provided that such a position has equal pay and benefits and can better accommodate recurring periods of leave than the regular employment position of the coworker.

    2. Qualifying exigency leave may be taken intermittently without regard to medical necessity or disruption of business operations.

**E. FMLA Leaves Related to the Coworker's Own Serious Health Condition**

    1. An approved FMLA Leave associated with a coworker's own serious health condition requires

Employee Leaves of Absence Policy (FMLA and Other). Retrieved 07/13/2020. Official copy at http://fa-fsahcp.policymedical.net/[5851137/. Copyright © Franciscan Alliance

CONFIDENTIAL Dulworth v. Franciscan (2:20-CV-00078-TLS-APR)

Produced August 21, 2020

Franciscan000294

the certification by the coworker's healthcare provider that the coworker is unable to perform the essential functions of his or her job for more than 3 consecutive calendar days.

2. Franciscan reserves the right to request a second or third opinion regarding the certification of a serious health condition, at Franciscan expense.

3. Coworkers may also be required to provide re-certification of a serious health condition.

F. **Procedure to Request an FMLA Leave**

1. FMLA Leaves are administered by a third-party (Franciscan Leave Administrator). Coworkers must fulfill their responsibilities as required or the leave may be delayed or denied. If a leave is denied, the absence may be subject to the organization's attendance procedure.

2. Coworkers requiring a leave of absence expected to last more than 3 consecutive calendar days that may qualify as an FMLA Leave, must call the Franciscan Leave Administrator to report the need for the leave and provide the information necessary to allow the Franciscan Leave Administrator to make a determination approving or denying the leave, including the anticipated timing and duration of the leave.

3. Where leave is foreseeable, the coworker must make a request for leave at least 30 days in advance. Foreseeable leave should be scheduled so that it does not unduly disrupt the organization's operations.

4. Where advance notice of the need for leave is not possible (e.g., a medical emergency), notice is required as soon as reasonably practical.

5. Coworkers must also follow the established departmental policy for requesting and reporting time off to their supervisor prior to their scheduled shift while on intermittent FMLA Leave.

G. **Notice of Eligibility and Coworkers' Rights and Responsibilities Under FMLA**

Within 5 business days of the leave request, the Franciscan Leave Administrator will contact the coworker to further discuss the request, follow-up with the *Notice of Eligibility and Rights and Responsibilities* stating eligibility/ineligibility under FMLA, and provide the *Certification of Health Care Provider* form, or other certification forms, as applicable.

H. **FMLA Leave Designation Notice**

The Franciscan Leave Administrator will review the completed *Certification of Health Care Provider* or other forms documenting the need for leave and provide the coworker with the *Designation Notice (FMLA)*. This form is used to notify the coworker of approval or denial of the leave under FMLA and to designate the amount of leave that will be counted against the coworker's FMLA leave entitlement, if applicable.

1. If the determination cannot be made at that time, the coworker may be given a preliminary designation of approval, pending further evaluation. A preliminary designation can be withdrawn if the leave does not qualify.

2. The Franciscan Leave Administrator will provide the *Designation Notice* within 5 days from receipt of supporting documentation for the leave request.

3. The Franciscan Leave Administrator will also notify the coworker's manager and Human Resources of the leave determination.

I. **Pay During FMLA Leaves**

Coworkers will be required to use available paid time off benefits during FMLA Leaves in the order specified below:

1. **Pay While on Continuous FMLA Leave for Coworker's Own Serious Health Condition**

    a. **Leaves Lasting 7 Consecutive Calendar Days or Less**

        1. PTO, if available;

        2. Unpaid leave

    b. **Leaves Lasting More than 7 Consecutive Calendar Days**

        1. Calendar Days 1 through 7

            a. RSB (Reserve Sick Bank, or frozen sick bank) hours, if available;

            b. PTO, if available;

            c. Unpaid leave.

        2. Calendar Days 8 through the end of the leave (up to 180 days) **if eligible for Short Term Disability (STD)**

            a. RSB hours, if available;

            b. STD benefits;

                i. The STD benefit period will begin on Day 1, and the coworker will begin receiving STD payments on Day 8 (after the 7-consecutive-calendar-day STD elimination period) or on the day the RSB hours are exhausted, whichever is later.

                ii. Coworkers may supplement STD payments with PTO up to 100% of base pay.

        3. Calendar Days 8 through the end of the leave **if NOT eligible for STD**

            a. RSB hours, if available;

            b. PTO hours;

            c. Unpaid leave.

        4. Holidays falling after Day 7 within the period of the approved leave will be paid in the following order:

            a. RSB hours, if available;

            b. STD benefits, if eligible;

            c. PTO if not eligible for STD;

            d. Unpaid leave.

        5. Coworkers may qualify for Long-term Disability (LTD) benefits after a 180-day elimination period and exhaustion of all other paid time off benefits.

2. **Pay While on Reduced Schedule or Intermittent FMLA Leaves for Coworker's Own Serious Medical Condition**

    a. Coworkers must use any available RSB hours during an approved intermittent or reduced schedule leave of absence if the time off is associated with the coworker's approved

CONFIDENTIAL

USDC 2:20-cv-00078-TLS-APR)   Franciscan 000296

Produced August 21, 2020

continuous FMLA leave or for time off needed to complete a prescribed treatment plan for his or her serious health condition. (Examples include, but are not limited to, periodic chemotherapy treatments, kidney dialysis, etc.)

b. STD benefits are not available for intermittent FMLA absences unless the absence extends more than 7 consecutive calendar days.

c. Partial STD benefits may be available during a reduced work schedule if lost income falls within the limitations defined in the STD plan document.

d. PTO must be used if RSB or STD benefits are not available.

e. If PTO is not available, time off will be unpaid.

3. **Pay While on All Other FMLA Leaves of Absence**

   a. FMLA Leaves other than for the coworker's own serious health condition will require the coworker to use all available PTO.

   b. Once PTO has been exhausted, the leave will be unpaid.

J. **Benefits During FMLA Leaves**

1. Franciscan will maintain medical and other benefit plans for coworkers while on an authorized FMLA leave, as long as the coworker continues to pay his or her portion of monthly premiums at the same rate as an active coworker during the coverage period. The active coworker rate will be determined by the coworker's employment status at the commencement of the leave.

2. Coworkers are responsible for making arrangements with Human Resources to keep benefit premium contributions up-to-date.

3. A grace period of 45 days from the premium due date will be granted before benefits are terminated. Coworkers will receive a notice of delinquency and pending termination of benefits at least 15 days before benefits are terminated.

4. Any unpaid benefit premiums will be recovered through future payroll deductions upon the coworker's return to work.

5. PTO will continue to accrue on any PTO hours used during a leave, but not on any RSB hours or STD benefits paid during the leave.

K. **Procedures to Return to Work from FMLA Leave**

1. Coworkers returning from leave for their own serious health condition must provide a signed release to return to work from their healthcare provider and/or Employee Health that addresses their ability to perform the essential functions of their job. If there are any work restrictions, coworkers must provide the return to work statement at least 48 hours prior to the return-to-work date.

2. A release to return to work may also be required when an employee returns from an intermittent FMLA leave if serious concerns exist regarding the coworker's ability to safely resume his or her essential duties.

3. Failure to provide a return-to-work certification will prohibit a coworker from returning to work.

L. **Return from FMLA Leave within Approved Leave Period**

1. Coworkers who return from FMLA Leave within the approved FMLA period will be reinstated to the same or equivalent position with the same pay, benefits, and terms and conditions as before

CONFIDENTIAL          Duish v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

their leave except where denial of restoration is permitted by the FMLA.

2. The approved FMLA leave period is designated at the time the leave is requested based on the certification of the coworker's attending physician on the *Certification of Health Care Provider* form. The approved leave period may only be extended by submission of a new *Certification of Health Care Provider* form . Franciscan reserves the right to request a new *Certification of Health Care Provider* form at designated intervals as allowed under the FMLA.

M. **Failure to Return from FMLA Leave**

1. Coworkers who do not return from leave by the end of the approved FMLA period lose the job protections provided under the Family and Medical Leave Act. Each situation will be reviewed on a case-by-case basis to determine whether the coworker may be eligible for rights and protections under other laws such as the Americans with Disabilities Act of 1990 (ADA), as amended.

2. Coworkers who are on an FMLA Leave due to their own serious health condition and who are not released to return to work within the maximum 12-week FMLA period may be eligible for a Non- FMLA Medical Leave of Absence. The duration of both the FMLA and the Non-FMLA Medical Leave of absence may not exceed a combined total of 12 months unless rights and protections under other laws such as the Americans with Disabilities Act of 1990 (ADA), as amended are applicable.

3. An individual who is released to return to work after the expiration of the 12-week maximum FMLA period, and whose position is no longer available, will have until the earlier of 45 days from their release date or 12 months from the beginning of their FMLA leave to apply for and secure another position for which he/she is qualified within Franciscan. If a position has not been secured within this time period, employment will be terminated.

N. **Continuation of Benefits after Termination of Employment**

Medical coverage is available to terminated coworkers at the Continuation of Coverage (COC) rate for up to 12 months after termination of employment as provided for under the Franciscan Continuation of Coverage Policy (Corporate Policy 1006.06).

II. **Non-FMLA Medical Leaves of Absence**

Non-FMLA Medical Leaves of Absence are any leaves of absence that last more than 3 calendar days due to the coworker's own serious health condition, but that do not satisfy the provision of the Family and Medical Leave Act of 1993, as amended.

A. **Eligibility for Non-FMLA Medical Leaves**

1. There is no minimum service requirement for leave consideration.

2. Coworkers who are not eligible under FMLA for a leave of absence that lasts more than 3 consecutive calendar days due to their own serious health condition may be eligible for a Non-FMLA Medical Leave.

3. Coworkers who have exhausted their FMLA-protected leave for their own serious health condition may be eligible for a Non-FMLA Medical Leave

4. Coworkers may be eligible for intermittent leave during a Non-FMLA Medical Leave of Absence.

B. **Maximum Duration of Non-FMLA Medical Leaves**

1. Initial approval of a Non-FMLA Medical Leave will be for up to 30 days and will be reviewed and re-evaluated for continuation every 30 days thereafter.

2. The maximum duration of a Non-FMLA Medical Leave of Absence is 12 months unless rights and protections under other laws such as the Americans with Disabilities Act of 1990 (ADA), as amended are applicable.

3. If the coworker also takes an FMLA leave, the total time available between all leaves of absence is 12 months unless rights and protections under other laws such as the Americans with Disabilities Act of 1990 (ADA), as amended are applicable.

C. **Procedure to Request a Non-FMLA Medical Leave**

1. Non-FMLA Medical Leaves are administered by Human Resources and/or Employee Health. Coworkers must fulfill their responsibilities as required or the leave may be delayed or denied. Absences due to a Non-FMLA Medical Leave of absence may still be subject to the organization's attendance procedure.

2. Coworkers requiring a leave of absence expected to last more than 3 consecutive calendar days that may qualify as an FMLA Leave, must call the Franciscan Leave Administrator to report the need for the leave and provide the information necessary to allow the Franciscan Leave Administrator to make a determination regarding FMLA eligibility.

3. The Franciscan Leave Administrator will determine FMLA eligibility and refer the coworker who is not eligible for FMLA or short-term disability benefits back to his or her local Human Resources Department for leave consideration and processing. Human Resources may require the coworker to submit a *Certification of Healthcare Provider for Employee's Serious Health Condition Form* to substantiate the request.

4. Where leave is foreseeable, the coworker must make a request for leave at least 30 days in advance. Foreseeable leave should be scheduled so that it does not unduly disrupt the organization's operations.

5. Where advance notice of the need for leave is not possible (e.g., a medical emergency), notice is required as soon as practical.

6. Coworkers must also follow the established departmental policy for requesting and reporting time off to their supervisor prior to their scheduled shift while on a Non-FMLA Medical Leave.

D. **Pay While on Non-FMLA Medical Leave of Absence**

Coworkers will be required to use available paid time off benefits during Non-FMLA Medical Leaves in the order specified below:

1. **Pay While on Continuous Non-FMLA Medical Leave**

   a. **Leaves Lasting 7 Consecutive Calendar Days or Less**

      1. PTO, if available;

      2. Unpaid leave

   b. **Leaves Lasting More than 7 Consecutive Calendar Days**

      1. Calendar Days 1 through 7

         a. RSB hours, if available;

         b. PTO hours, if available;

      c.  Unpaid leave.

  2.  Calendar Days 8 through the end of the leave (up to 180 days) if eligible for STD

     a.  RSB hours, if available;

     b.  STD benefits;

         i.  The STD benefit period will begin on Day 1, and the coworker will begin receiving STD payments on Day 8 (after the 7-consecutive-calendar-day STD elimination period) or on the day the RSB hours are exhausted, whichever is later.

        ii.  Coworkers may supplement STD payments with PTO up to 100% of base pay.

  3.  Calendar Days 8 through the end of the leave if NOT eligible for STD

     a.  RSB hours, if available;

     b.  PTO hours, if available;

     c.  Unpaid leave.

  4.  Holidays falling after Day 7 within the period of the approved leave will be paid in the following order:

     a.  RSB hours, if available;

     b.  STD benefits, if eligible;

     c.  PTO if not eligible for STD;

     d.  Unpaid leave.

  5.  Coworkers may qualify for Long-term Disability (LTD) benefits after a 180-day elimination period and exhaustion of all other paid time off benefits.

  2.  **Pay While on Reduced Schedule or Intermittent Non-FMLA Medical Leaves**

     a.  Coworkers must use any available RSB hours during an approved intermittent or reduced schedule leave of absence if the time off is associated with the coworker's approved continuous leave or for time off needed to complete a prescribed treatment plan for his or her serious health condition. (Examples include, but are not limited to, periodic chemotherapy treatments, kidney dialysis, etc.)

     b.  STD benefits are not available for intermittent Non-FMLA Medical Leave absences unless the absence extends more than 7 consecutive calendar days.

     c.  Partial STD benefits may be available during a reduced work schedule if lost income falls within the limitations defined in the STD plan document.

     d.  PTO must be used if RSB or STD benefits are not available.

     e.  If PTO is not available, time off will be unpaid.

E.  **Benefits During Non-FMLA Medical Leaves**

  1.  Franciscan will maintain medical and other benefit plans for coworkers while on an authorized Non-FMLA Medical leave, as long as the coworker continues to pay his or her portion of monthly premiums at the same rate as an active coworker during the coverage period. The active coworker rate will be determined by the coworker's employment status at the

commencement of the leave.

2. Coworkers are responsible for making arrangements with Human Resources to keep benefit premium contributions up-to-date.

3. A grace period of 45 days from the premium due date will be granted before benefits are terminated.  Coworkers will receive a notice of delinquency and pending termination of benefits at least 15 days before benefits are terminated.

4. PTO will continue to accrue on any PTO hours used during a leave, but not on any RSB hours or Short-term Disability Benefits paid during the leave.

5. All benefits will be terminated 12 months following the month in which the leave of absence was granted.

F.  **Procedures to Return to Work from Non-FMLA Leave**

1. Coworkers returning from leave for their own serious health condition must provide a signed release to return to work from their healthcare provider and/or Employee Health that addresses their ability to perform the essential functions of their job.  If there are any work restrictions, coworkers must provide the return to work statement at least 48 hours prior to the return-to-work date, or as soon as practical.

2. A release to return to work may also be required when a coworker returns from an intermittent Non-FMLA leave if serious concerns exist regarding the coworker's ability to safely resume his or her essential duties.  To ensure compliance with FMLA regulations, manager should discuss such concerns with Human Resources or Employee Health.

3. Failure to provide a return-to-work certification will prohibit a coworker from returning to work.

G.  **Job Reinstatement after Non-FMLA Leave**

1. Coworkers on a Non-FMLA Medical Leave of Absence do not have guaranteed job reinstatement upon return from their leave of absence.

2. Coworkers who have not been released to return to work by their attending physician by the end of the approved leave period and are still not able to return to work due to their medical condition will be eligible for continuation of the leave up to a maximum of 12 months from the beginning of the original leave unless rights and protections under other laws such as the Americans with Disabilities Act of 1990 (ADA), as amended, are applicable.

3. Coworkers will have until the earlier of 45 days from the release to return-to-work date or 12 months from the beginning of the leave to apply for and secure another position for which they are qualified within Franciscan. There is no guaranteed job reinstatement for Non-FMLA Medical Leaves of Absence.

H.  **Continuation of Benefits after Termination of Employment**

Medical coverage is available to terminated coworkers at the Continuation of Coverage (COC) rate for up to 12 months after termination of employment as provided for under the Franciscan Continuation of Coverage Policy (Corporate Policy 1006.06).

III.  **Personal Leaves of Absence**

Personal Leaves of Absence (Personal Leaves) are approved leaves expected to last more than 3 consecutive calendar days that do not qualify for job protection under the provisions of the Family and

CONFIDENTIAL

Medical Leave Act of 1993, as amended, (including leaves that have been approved for continuation after having exhausted FMLA benefits) or the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), or Medical Leaves for a coworker's own serious medical condition. All Personal Leaves must be approved in writing by the coworker's manager and Human Resources.

A. **Eligibility for Personal Leaves**

There is no minimum service requirement for Personal Leave consideration; however, approval is solely at the discretion of the coworker's manager and Human Resources based on the specific circumstances surrounding the request and the business and staffing needs of the organization. Personal Leaves will be reviewed and evaluated for continuation every 30 days.

B. **Maximum Duration of Personal Leaves**

The maximum Personal Leave is 12 calendar weeks in a rolling 12 month period. Leaves greater than this duration must be approved prior to commencement of the leave.

C. **Intermittent Personal Leaves**

Intermittent Personal Leaves are not provided. However, if a coworker is a qualified individual with a disability under the Americans with Disabilities Act of 1990 (ADA), as amended, reasonable accommodations may be made to enable a coworker to perform the essential functions of the job.

D. **Procedure to Request a Personal Leave**

Coworkers requesting a Personal Leave will be required to complete the *Request for Leave of Absence* form and submit it to their department manager. This form can be found on the Franciscan System Intranet site (FRANC).

E. **Pay While on Personal Leave**

Coworkers approved for a Personal Leave must use any available PTO for all time off until their PTO bank has been exhausted. The remainder of the leave will be unpaid. Coworkers may **not** use any RSB during a Personal Leave.

F. **Benefits During a Personal Leave**

1. Franciscan will maintain medical and other benefit plans for coworkers while on an authorized Personal Leave, as long as the coworker continues to pay his or her portion of monthly premiums at the same rate as an active coworker during the coverage period. The active coworker rate will be determined by the coworker's employment status at the commencement of the leave.

2. Coworker's are responsible for making arrangements with Human Resources to keep benefit premium contributions up-to-date.

3. A grace period of 45 days from the premium due date will be granted before benefits are terminated. Coworkers will receive a notice of delinquency and pending termination of benefits at least 15 days before benefits are terminated.

4. PTO will continue to accrue on any PTO hours used during a leave.

5. All benefits will be terminated 12 months following the month in which the leave of absence was granted.

CONFIDENTIAL   Dush v. Franciscan (2:20-CV-0078-TLS-APR)   Franciscan 000302

IV. **Return from Personal Leave**

1. Coworkers on a Personal Leave of Absence do not have guaranteed job reinstatement upon return from their leave of absence.

2. Upon release to return to work, Human Resources will assist the coworker in identifying available positions that are equivalent or like the position held before taking leave.

3. The coworker must actively seek and secure a position with Franciscan within 45 days from end date of authorized leave period or employment will be terminated.

4. If the coworker is unable to return from leave on the expected return date and fails to request an extension, Franciscan may reasonably assume that the co-worker has voluntarily resigned.

5. Acceptance of other employment, or continuing to work at a second job with another organization while on Personal Leave without the written approval of Human Resources shall be considered an immediate voluntary resignation.

6. Failure to cooperate in providing appropriate documentation within 15 calendar days from request by Human Resources may result in delay or denial of the leave, or be considered a voluntary resignation of employment.

V. **Continuation of Benefits after Termination of Employment**

Medical coverage is available to terminated coworkers at the Continuation of Coverage (COC) rate for up to 12 months after termination of employment as provided for under the Franciscan Continuation of Coverage Policy (Corporate Policy 1006.06).

- **Military Leaves of Absence**

Military Leaves of Absence are leaves for an eligible coworker to attend scheduled drills or training, or if called to active duty with the U.S. Armed Services in accordance with the Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA) and all applicable federal and state law.

A. **Eligibility for Military Leaves**

All coworkers except those occupying temporary positions are eligible for Military Leaves for the following reasons:

1. Service in the Army, Navy, Marine Corps, Air Force, Coast Guard;

2. Service in the Army National Guard or Air National Guard during Federal authority call-up;

3. Attendance at military training, weekend drills, summer camps, or fitness-for-duty examinations;

4. Military funeral honors duty;

5. The Commissioned Corps of the Public Health Service;

6. The National Disaster Medical System; or

7. Any other category designated by the President in time of war or emergency.

B. **Maximum Duration of Military Leaves**

Military Leaves will be granted for up to 5 years (longer if the President declares a national emergency).

C. **Procedure to Request a Leave**

Coworkers requesting a Military Leave will be required to complete the *Request for Leave of Absence* form and submit it to their department manager. This form can be found on FRANC.

D. **Pay During Military Leaves**

Coworkers' compensation while on Military Leave will be governed by the established pay practices of the Franciscan participating employers in accordance with applicable state and federal law.

E. **Maintenance of Benefits During Military Leaves**

1. All benefit plans will continue through the end of the month in which the Military Leave begins. At that time, if an coworker chooses, only medical insurance coverage may continue as provided below:

   a. Medical benefits can continue under the Franciscan Continuation of Coverage (COC) provisions. Medical coverage is available at the Continuation of Coverage rate for up to 12 months as provided for under the Franciscan Continuation of Coverage Policy (Corporate Policy 1006.06).

   b. Medical coverage can continue under the federal law known as USERRA. USERRA is available only for individuals who qualify under this Military Leave policy. USERRA provides for up to 24 months of coverage after the Military Leave commences or for the period of service (plus the time allowed for reemployment), whichever is shorter.

   c. If both COC and USERRA are elected, they run concurrently (i.e., at the same time) and not consecutively (i.e., not back-to-back).

   d. Coworkers on Military Leave for 31 days or more must notify Human Resources prior to the commencement of their Military Leave that they will be on Military Leave and whether they elect to continue medical insurance coverage. If a coworker fails to satisfy both requirements because advance notice was not possible, was unreasonable, or was prevented by military necessity, plan coverage will be reinstated retroactively upon the coworker's election to continue coverage and payment of all amounts due. In this situation, a coworker's election and payment must occur within 30 days after it becomes possible for the co-worker to make the election.

   e. Coworkers on Military Leave up to 30 days may have their medical insurance coverage continued without the need for notification.

   f. If medical insurance coverage for a coworker is canceled because of Military Leave, such coverage may be reinstated upon the coworker's reemployment.

2. Through the end of the month in which the Military Leave begins, coworkers are required to pay their normal coworker share of all benefit plan premiums.

3. For Military Leave beyond the first month, co-workers will be required to pay the Continuation of Coverage rate, if the coworker elects to continue medical coverage.

F. **Return from Military Leave within Approved Leave Period**

1. Franciscan will comply with all federal and state military and/or uniformed service leave laws and reinstate co-workers who have been on a qualified Military Leave of Absence based on the following requirements:

   a. Coworkers provide advanced notice of their need for leave;

CONFIDENTIAL fsaho/5851137/. Oaktree (2:20-CV-00078-TLS-APR)   Franciscan000304
Produced August 21, 2020

    b.  Coworkers return to work or apply for reemployment in a timely manner after conclusion of service;

    c.  Coworkers have five years or less of cumulative uniformed service while with the organization; and

    d.  Coworkers have not been separated from service with disqualifying discharge or under other than honorable conditions.

2.  Time limits for returning to work depend on the duration of the coworker's uniformed service.

    a.  Service of 1 to 30 days - Coworkers must report to work by the beginning of the first regularly scheduled work day that would fall eight hours after the end of the calendar day on which service ended.

    b.  Service of 31 to 180 days - Coworkers must submit an application for reemployment no later than 14 days after completion of uniformed service.

    c.  Service of 181 or more days - Coworkers must submit an application for reemployment no later than 90 days after completion of uniformed service.

3.  Whenever possible, reinstated coworkers will return to their former positions. In some circumstances, such as if the positions no longer exist, coworkers will be offered positions comparable in status, pay, and benefits to their previous positions.

4.  Coworkers will retain seniority rights as if employment had been continuous and had not been interrupted by uniformed service.

5.  Coworkers will be eligible to participate in all benefit programs in which they would have participated had they not been on leave of absence.

## G.  The Indiana Military Family Leave Act

The Indiana Military Family Leave Act allows coworkers to take a total of up to 10 days off work per year to spend time with a family member who has been called to active duty. Family member, for purposes of this act, include spouse, child, grandchild or sibling of the coworker. To be eligible the coworker must have been employed by Franciscan for at least 12 months and worked at least 1,500 hours during the 12-month period preceding the leave. In addition, the service member must be performing full-time service for longer than 89 consecutive calendar days.

1.  Family military leave can be taken all at once or sporadically throughout the year during one or more of the following time periods:

    a.  the 30 days before the active duty orders are in effect;

    b.  during a leave provided to the person on active duty while the active duty orders are in effect; and

    c.  the 30 days immediately following the termination of the active duty orders.

2.  Coworkers who take family military leave are entitled to restoration to the same or an equivalent job at the end of their leave. Coworkers also are entitled to continuation of their group health benefits while on leave.

## H.  The Illinois Family Military Leave Act

The Illinois Family Military Leave Act allows eligible coworkers to take up to 30 days off work per

Employee Leaves of Absence Policy (FMLA and Other). Retrieved 07/13/2020. Official copy at http://fn-fsahcp.policytech.com/docview/?docid=5851137/. Copyright © Franciscan Health Crown Point.
CONFIDENTIAL

year during the time that federal or state deployment orders are in effect for the coworker's spouse or child. To be eligible, the coworker must have been employed by Franciscan for at least 12 months and worked at least 1,250 hours during the 12-month period preceding the leave.

1. Coworkers who take family leave are entitled to restoration to the same or an equivalent job at the end of their leave. Coworkers are also entitled to continuation of their group health benefits while on leave.

2. Coworkers are required to give Franciscan written notice including a copy of active duty orders, if available, before taking family military leave. A Coworker seeking leave of five or more consecutive work days must provide his or her manager at least 14 days' advance notice. Coworkers seeking less than five consecutive work days are expected to provide advance notice as is practicable.

Sister Lethia Marie Leveille, OSF

Secretary, Board of Trustees

Prior to 07/30/10 the policy was numbered 151.00.

*Printed copies are for reference only. Refer to PolicyStat for most current version.*

## Attachments

No Attachments

## Approval Signatures

| Step Description | Approver | Date |
|---|---|---|
| Executive Committee of Franciscan Alliance, Inc. | Lethia Marie Sister Leveille: Corporate Secretary | 1/18/2019 |
| Reviewed by: | Joel Hoff: Sr VP Admin Services | 1/16/2019 |
| Reviewed by: | Pat Downes: Chief Legal Counsel [SC] | 1/11/2019 |
| Corporate Sponsor: | Tom Creevey: VP Human Resources System [MS] | 1/10/2019 |

## Applicability

Franciscan Alliance Corporate & System Wide , Franciscan Alliance Information Services, Franciscan Alliance Revenue Cycle, Franciscan Health Crawfordsville, Franciscan Health Crown Point , Franciscan Health Dyer, Franciscan Health Hammond, Franciscan Health Indianapolis, Franciscan Health Indianapolis at Carmel, Franciscan Health Lafayette Central, Franciscan Health Lafayette East, Franciscan Health Michigan City, Franciscan Health Mooresville, Franciscan Health Munster, Franciscan Health Olympia Fields, Franciscan Physician Network, Franciscan WorkingWell

CONFIDENTIAL

(2:20-cv-00078-TLS-APR)

Franciscan000306

Page 16 of 25

Produced August 21, 2020



# EMPLOYEE HANDBOOK

"Continuing Christ's Ministry in our Franciscan Tradition"



**EXHIBIT D**

CONFIDENTIAL          Duis v. Franciscan (2:20-CV-00078-TLS-APR)          Franciscan000203
                              Produced August 21, 2020

**Franciscan** HEALTH

Crown Point

## TABLE OF CONTENTS

INTRODUCTION ................................................................. 1

WELCOME MESSAGE ........................................... 1

OUR HEALING MINISTRY ....................................... 2

FRANCISCAN VALUES ......................................... 3

FRANCISCAN HEALTH HISTORY ............................... 6

EMPLOYMENT ................................................................. 7

NATURE OF EMPLOYMENT ..................................... 7

EMPLOYEE SELECTION ........................................ 7

EQUAL EMPLOYMENT OPPORTUNITY ......................... 8

IMMIGRATION LAW COMPLIANCE .............................. 8

PRE-EMPLOYMENT PHYSICAL EXAM AND TESTING ........... 9

TRAINING PERIOD (INTRODUCTORY PERIOD) .................. 9

EMPLOYMENT OF RELATIVES .................................. 10

CONFLICTS OF INTEREST ...................................... 11

OUTSIDE EMPLOYMENT ....................................... 12

HOSPITAL/DEPARTMENT LENGTH OF SERVICE ............... 12

CONFIDENTIALITY AND NON-DISCLOSURE ................... 13

HIPAA – PRIVACY POLICY ...................................... 14

EMPLOYEE RELATIONS ........................................ 15

EMPLOYEE EDUCATION ABOUT FALSE CLAIMS RECOVERY ... 17

EMPLOYMENT STATUS AND RECORDS ............................... 18

PERFORMANCE REVIEWS ...................................... 18

EMPLOYMENT CLASSIFICATIONS ............................. 19

EMPLOYMENT APPLICATIONS ................................. 21

JOB POSTING .................................................. 21

NEW EMPLOYEE ORIENTATION ............................... 22

IDENTIFICATION BADGE ....................................... 22

LICENSURE, REGISTRATION AND CERTIFICATIONS ........... 22

PERSONNEL RECORDS/CONFIDENTIALITY .................... 23

TERMINATION OF EMPLOYMENT .............................. 24

EXIT INTERVIEWS .............................................. 25

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

**Franciscan** HEALTH
Crown Point

## TABLE OF CONTENTS

WORKFORCE REDUCTION ............................................................................25

COMPANY PROPERTY TRACKING ....................................................................26

EMPLOYEE RESPONSIBILITIES ....................................................... 27

ATTENDANCE AND PUNCTUALITY..................................................................27

COMPUTER, INTERNET AND E-MAIL USE .......................................................29

SUBSTANCE ABUSE....................................................................................30

PERSONAL APPEARANCE .............................................................................33

PROBLEM RESOLUTION ...............................................................................35

RULES OF CONDUCT/BEHAVIORAL STANDARDS/CORRECTIVE ACTION..............36

ANTI-HARASSMENT.....................................................................................38

SAFETY AND INCIDENT REPORTING...............................................................39

DISASTER PLANNING AND PREVENTION (EMERGENCY PREPAREDNESS) ..............39

WORKPLACE VIOLENCE PREVENTION.............................................................40

PROPERTY AND INSPECTIONS .......................................................................41

GIFTS AND GRATUITIES ...............................................................................41

MANDATORY HOSPITAL TRAINING/EDUCATION .............................................41

COMPENSATION ........................................................................ 42

COMPENSATION ........................................................................................42

WAGE AND SALARY ADMINISTRATION ..........................................................42

PAY PERIOD/PAYDAY/PAYCHECKS................................................................43

PAYCHECK DEDUCTIONS/CHARGING ON BADGE ............................................44

WAGE ASSIGNMENTS, GARNISHMENTS OR LEVIES .........................................44

TIMEKEEPING ............................................................................................45

OVERTIME .................................................................................................46

HOLIDAY/PREMIUM PAY .............................................................................46

SHIFT/WEEKEND DIFFERENTIAL....................................................................46

ON CALL/CALL BACK .................................................................................47

EXPENSE & TRAVEL TIME RELATED TO TRAININGS & SEMINARS .........................47

WORK  SCHEDULE......................................................................................47

REST AND MEAL PERIODS ...........................................................................48

CAFETERIA ................................................................................................48

**Franciscan** HEALTH
Crown Point

## TABLE OF CONTENTS

TRAINING SESSIONS AND SEMINARS ........................................................................49

PROFESSIONAL MEMBERSHIPS .............................................................................49

BUSINESS TRAVEL EXPENSES ..............................................................................50

EMPLOYEE BENEFITS ..................................................................... 51

EMPLOYEE BENEFITS GENERAL STATEMENT ...............................................................51

PAID TIME OFF (PTO) ....................................................................................52

LEAVES OF ABSENCE .....................................................................................53

MANDATORY TOBACCO SURCHARGE ........................................................................54

UNEMPLOYMENT, SOCIAL SECURITY, AND WORKERS' COMPENSATION ...................................55

RETIREMENT PROGRAM ...................................................................................56

EMPLOYEE HEALTH/WORKING WELL ......................................................................57

BEREAVEMENT LEAVE ....................................................................................58

EDUCATIONAL ASSISTANCE ...............................................................................59

JURY DUTY ..............................................................................................59

SHORT AND LONG TERM DISABILITY ......................................................................60

EMPLOYEE ASSISTANCE PROGRAM (EAP) .................................................................61

SPIRITUAL GUIDANCE ....................................................................................61

CONTINUATION OF COVERAGE (COC) ....................................................................62

SPOUSAL COORDINATION OF BENEFITS (COB) ...........................................................62

SOCIAL JUSTICE CREDIT .................................................................................62

NURSING MOTHERS ......................................................................................62

GENERAL INFORMATION .................................................................... 63

USE OF CELL/BUSINESS TELEPHONE .....................................................................63

BULLETIN BOARDS / BREAK ROOM NOTICES ..............................................................63

NO SOLICITATION RULE ..................................................................................63

EMPLOYEE PARKING .....................................................................................63

WEATHER EMERGENCIES .................................................................................64

ACCOMMODATION OF EMPLOYEE DISABILITIES ...........................................................65

RECYCLING ..............................................................................................66

TOBACCO-FREE ENVIRONMENT ...........................................................................67

NEWS MEDIA RELATIONS .................................................................................67

REVISED 12/1/2016

CONFIDENTIAL

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

TABLE OF CONTENTS

Franciscan000206

**Franciscan** HEALTH
Crown Point

## TABLE OF CONTENTS

HOSPITAL INTRANET ................................................................67

KEYS/LOCKERS ....................................................................67

CHANGE OF PERSONAL INFORMATION ................................................67

SECURITY .........................................................................68

LOST AND FOUND ..................................................................68

NOTARY PUBLIC ...................................................................68

EMPLOYEE EMERGENCY FUND .........................................................68

GRATUITIES, TIPS, PATIENT RELATIONS ...............................................68

**ADDENDUM TO EMPLOYEE HANDBOOK (12-31-2006) ...................................... 69**

EMPLOYEE EDUCATION REGARDING WHEN AND HOW TO REPORT FRAUD, WASTE, AND ABUSE .....69

THE FEDERAL FALSE CLAIMS ACT  (31 U.S.C. §§ 3729-3733) .............................69

INDIANA FALSE CLAIMS AND WHISTLEBLOWER PROTECTION STATUTE  (IND. CODE § 5-11-5.5) .....74

ILLINOIS WHISTLEBLOWER REWARD AND PROTECTION ACT (740 ILL. COMP. STAT. 175).............76

**EMPLOYEE ACKNOWLEDGMENT  ......................................................... 78**

CONFIDENTIAL

Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020

Franciscan000207

Franciscan HEALTH
Crown Point

HUMAN RESOURCES
EMPLOYEE HANDBOOK

## EMPLOYMENT

**EQUAL EMPLOYMENT OPPORTUNITY**

It is the policy of Franciscan to provide equal employment to its employees and qualified applicants for employment regardless of race, color, sex, religion, national origin, veteran status, or physical or mental disability, or as otherwise required by an applicable local or state law.  However, Franciscan reserves a *Right of Conscience* objection in the event local or state ordinances violate its values and the free exercise of its religious rights.  All recruitment, selection, placement, testing, training programs, promotions, employee benefits, and compensation criteria are equally applied.

The successful achievement of an employment program which affords equal employment opportunities requires cooperation between management and employees.  Franciscan is committed to the principle of equal employment opportunity.

Employees with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their immediate supervisor or Human Resources.  Employees can raise concerns and make reports without fear of reprisal.  Anyone found to be engaging in any type of unlawful discrimination will be subject to corrective action up to and including termination of employment.

Please refer to the Equal Opportunity Employment and Anti-harassment Policy (Corporate Policy) for further information.

**IMMIGRATION LAW COMPLIANCE**

Franciscan is committed to employing only United States citizens and aliens who are authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship or national origin.

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the *Employment Eligibility Verification Form I-9* and present documentation establishing identity and employment eligibility.  Former employees who are rehired must also complete the form if they have not completed an I-9 with Franciscan within the past three years, or if their previous I-9 is no longer retained or valid.  This form is available from Human Resources.

Employees with questions or seeking more information on immigration law issues are encouraged to contact Human Resources.  Employees may raise questions or complaints about immigration law compliance without fear of reprisal.

**PRE-EMPLOYMENT PHYSICAL EXAM AND TESTING**

CONFIDENTIAL
Duis v. Franciscan (2:20-CV-00078-TLS-APR)
Produced August 21, 2020
Franciscan000215