UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| Plaintiff. | ) ) ) |
| v. | ) CAUSE NO: 2:20-CV-78-PPS |
| FRANCISCAN ALLIANCE INC., a/k/a FRANCISCAN HEALTH CROWN POINT, | ) ) ) ) |
| Defendant. | ) ) |

## AFFIDAVIT OF LINDA STEINHILBER

I, Linda Steinhilber, under the penalties of perjury, hereby state as follows:

1. I am over eighteen (18) years of age.

2. The facts set forth in this Affidavit are known to me to be true based upon my personal knowledge of such facts and, if called upon to testify as a witness, I am competent to testify to these facts.

3. I am employed by Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan") as a Nursing Manager.

4. In my role as a Nursing Manager, I supervise Registered Nurses ("RN"), nurses' aides, and monitor techs. Those supervisory duties include evaluating employees, monitoring performance, creating a culture that promotes Franciscan's mission and values, weighing in on discipline and hiring decisions, and ensuring patient satisfaction and safety.

5. I have regularly reviewed the records and other documents routinely prepared and/or maintained by or for the benefit of Franciscan as it relates to my testimony in this Affidavit. Franciscan's records are made or obtained in the ordinary course of business by persons who have

**EXHIBIT 3**

a business duty to Franciscan to make or provide these records. This Affidavit is based upon my review of such records and other documents, as well as my personal knowledge.

6. I am submitting this Affidavit in support of Franciscan's Motion for Summary Judgment on the Complaint filed by Plaintiff Taryn N. Duis ("Duis").

7. From March 2019 through January 2020, I was the Nursing Manager over the Progressive Care Unit ("PCU") and the Intensive Care Unit.

8. When I began my role as Nursing Manager over the PCU, Duis was an RN in that unit and thus, I was her direct supervisor.

9. At some point while I was Duis's supervisor, I became aware that she was pregnant.

10. As a new Nursing Manager, I was tasked with ensuring my employees' behavior and attitude was in accordance with Franciscan's mission and values.

11. As the Nursing Manager, I typically worked a schedule of 7:00 a.m. to 4:00 or 5:00 p.m. Duis was a night shift RN, so her typical hours were 6:30 p.m. to 6:00 a.m. Thus, during the time I was her supervisor, I only saw Duis in person on two occasions.

12. On April 11, 2019, I was informed by Connie Snow, another manager, that Duis and Dawn Smith ("Smith"), another RN, had an altercation during their night shift and it resulted in Duis having a panic attack and being sent home for the night by the hospitalist on duty. Specifically, she informed me that Duis was serving as Charge Nurse during the April 11, 2019 night shift and asked Smith to do something, but Smith did not listen to Duis, which contributed to Duis having an anxiety attack.

13. On April 12, 2019, I called Duis to check on her well-being after being sent home during her prior shift. I advised her that if she had concerns about Smith she should go to Human Resources ("HR"). Based on this conversation, I understood that there was some sort of conflict between Duis and Smith during the April 11, 2019 night shift.

2

14. I informed Travis Thatcher-Curtis ("Thatcher-Curtis"), the Director of Nursing Operations, of the April 11, 2019 incident, and he requested that I set up a meeting with Duis and him to further discuss the situation.

15. Thereafter, on April 19, 2019, I met with Duis and Thatcher-Curtis to discuss the April 11, 2019 incident. Although I do not recall the substance of the meeting, I am certain that at no point during the discussion was there any mention or mocking of Duis's pregnancy.

16. On May 9, 2019, I was informed by Jen Justice ("Justice"), an RN in the Float Pool, and Christine Rogalski, an RN in the Float Pool, that Duis gave an inappropriate response to a patient's request for pain medication. Specifically, Justice informed me that Duis was at the nurse's station when she received a call from Kimberly Buchanan regarding a patient's call-light being on to request additional pain medication. Duis's response to this was "I don't give a fuck if that patient wants pain meds. He can wait. He should have taken it before."

17. After receiving this information from Justice, I called Jessica Smosna, the Manager of HR to report this information to her. She instructed me to conduct an investigation and then she and I would call Duis to suspend her pending the investigation.

18. On May 9, 2019, I began my investigation. I spoke all with other nurses who worked the night shift in the PCU. I also spoke with others regarding this incident and Duis's behavior generally. I received this information verbally and took notes so it could be transcribed onto Coworker Statement of Facts Forms. A true and accurate copy of the Duis Investigation and Termination, including Coworker Statement of Facts Forms that were gathered during this investigation are attached hereto as Exhibit A.

19. Not all the individuals I spoke with provided statements because some of them did not witness the May 8, 2019 call-light incident.

3

20. The written statements I received from the various individuals that either witnessed the incident or generally commented on Duis's behavior and attitude are as follows:

   a. Jen Justice: PCA K.B. informed Taryn her patient was requesting pain medication. Taryn replied, I don't give a fuck if that patients wants s [sic] pain meds. He can wait. He should have taken it before.

   b. Connie Snow: Taryn was excited, stating she hates being a nurse and doesn't want to come back after October. Connie described Taryn's appearance as elevated and anxious.

   c. Heather Wyatt: Heather Wyatt reports the float staff does not want to float to the PCU related to the negativity and the behavior of nurses including Taryn Duis.

   d. Christine Rogalski: Recalls hearing Taryn stating the patient would have to wait for pain medication but cannot recall the exact words used. Taryn has stated in the nurse's station she hates being a nurse and doesn't know if she is coming back after October.

   e. Carrie Renchen: Taryn was present at the uniform fitting and was upset about the fit of the uniforms. Taryn was loud and argumentative with staff assisting with the fitting.

*See* Exhibit A.

21. On May 9, 2019, Smosna and I called Duis to inform her that she was suspended pending the investigation. During this call, I read each statement I had received from employees regarding the May 8, 2019 call-light incident and Duis's behavior and attitude.

4

22. During the May 9, 2019 call to Duis, she denied making the statement about the patient's pain medication request. Duis admitted stating that she hated her job and that she couldn't wait until October.

23. After Duis's suspension, I was involved in a meeting on May 14, 2019 to discuss my investigation into Duis' conduct on May 8, 2019 involving a patient call-light. This meeting will be referred to hereinafter as "the termination meeting".

24. During the termination meeting, all present discussed the investigation that I conducted, including all the statements I gathered from various employees in the PCU and those who were working during the May 8 night shift. Another topic of discussion was Scott's meeting with Duis and her mother that occurred on May 10, 2019.

25. Everyone present at the termination meeting agreed that Duis's behavior on May 8, 2019 involving the patient call-light was directly contrary to Franciscan's values and mission and warranted termination.

26. There was no mention of pregnancy, maternity leave, or FMLA during the termination meeting. There was also no discussion of any incident that occurred between Duis and Smith on April 11, 2019. Duis's termination was based solely on the call-light incident on May 8, 2019 and her behavior in response to this incident.

27. I did not consider Duis's pregnancy or any future maternity leave or FMLA leave in my decision to support the termination of her employment.

28. After the termination meeting, I typed up the Coworker Statement of Facts Forms for each statement and obtained each employee's signature on their respective statements. *See* Exhibit A.

29. I also prepared the Corrective Action Form that restated Duis's responses to each coworker statement collected that was relayed to her during the May 9, 2019 suspension call. This

5

form also indicated that Duis was being terminated for "Unsatisfactory Work Performance" and "Unsatisfactory Work Behavior." *See* Exhibit A.

30. As a result of the termination meeting, Duis's employment was terminated on May 14, 2019.

31. At no point during the May 14 call to inform Duis of her termination did anyone state that Duis was being terminated because she was going to take maternity leave or FMLA leave.

32. Duis was mailed the Corrective Action Form and all the Coworker Statement of Facts Forms.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING

STATEMENTS ARE TRUE AND CORRECT.

Date: 9/12/21

*Linda Steinhilber* (signature)
Linda Steinhilber, Nursing Manager
Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point

KD_13486223_5.docx



**Franciscan ALLIANCE**

**COWORKER STATEMENT OF FACTS FORM**

Please complete statement within 48 hours of incident/occurrence and submit to Human Resources.

| Name of Person Submitting Statement | Employee ID | Department # | Department Name | Phone # |
|---|---|---|---|---|
| Connie Snow | | Float Pool | PCU | |

### Description of Incident/Occurrence

| WHEN did it happen? – dates and times | WHERE did it happen? – specific location and department |
|---|---|
| 5/8/9 | Hallway in PCU |

**WHO was involved?** – names and titles
Assigned Staff, J.J., Y.L., K.B., T.F., T.D.,

**WHAT happened?**
Taryn was excited, stating she hates being a nurse and doesn't want to come back after October. Connie described Taryn's appearance as elevated and anxious.

Did **patients** hear or witness the incident/occurrence? If yes, how were patients involved? – *identify patients using Epic ID # only*

Please provide names of any other **witnesses** to this incident/occurrence

### Signature and Acknowledgement

I acknowledge that the information provided is true and accurate. I understand that in submitting a false claim or making false statements, I may be subject to corrective action up to and including termination.

Signature: *Connie Snow RN*   Date: 5-14-19

**Received By**

Signature: *Linda Fleutel*   Title: Manager   Date Received: 5/14/19

Form 1003.06F3   3/21/2019

**EXHIBIT A**

CONFIDENTIAL   Duis v. Franciscan (2:20-CV-00078-TLS-APR)   Franciscan000557
Produced August 21, 2020



## COWORKER STATEMENT OF FACTS FORM

Please complete statement within 48 hours of incident/occurrence and submit to Human Resources.

| Name of Person Submitting Statement | Employee ID | Department # | Department Name | Phone # |
|---|---|---|---|---|
| Heather Wyatt | 042628 | 36290 | Float Nursing | 219-757-6329 |

### Description of Incident/Occurrence

**WHEN did it happen?** – dates and times
5/9/19

**WHERE did it happen?** – specific location and department
PCU

**WHO was involved?** – names and titles
Float Pool Staff and Heather Wyatt

**WHAT happened?**
Heather Wyatt reports the float staff do not want to float to the PCU related to the negativity and the behavior of nurses including Taryn Duis.

**Did patients hear or witness the incident/occurrence?** If yes, how were patients involved? – identify patients using Epic ID # only

**Please provide names of any other witnesses to this incident/occurrence**

### Signature and Acknowledgement

I acknowledge that the information provided is true and accurate. I understand that in submitting a false claim or making false statements, I may be subject to corrective action up to and including termination.

Signature: [signed] Heather Wyatt          Date: 5-14-19

**Received By**
Signature: [signed] Linda Stenhuto   Title: Manager        Date Received: 5/14/19

Form 1003.06F3                                                3/21/2019

CONFIDENTIAL   Duis v. Franciscan (2:20-CV-00078-TLS-APR)   Franciscan000558
Produced August 21, 2020



**Franciscan ALLIANCE**

**COWORKER STATEMENT OF FACTS FORM**

Please complete statement within 48 hours of incident/occurrence and submit to Human Resources.

| Name of Person Submitting Statement | Employee ID | Department # | Department Name | Phone # |
|---|---|---|---|---|
| Christine Rogalski | | Float Pool | PCU | |

**Description of Incident/Occurrence**

| WHEN did it happen? – dates and times | WHERE did it happen? – specific location and department |
|---|---|
| 5/8/19 | Nurses Station PCU |

**WHO was involved?** – names and titles
Assigned Staff, J.J., Y.L., K.B., T.F., T.D.,

**WHAT happened?**
Recalls hearing Taryn stating the patient would have to wait for pain medication but cannot recall the exact words used.

Taryn has stated in the nurse's station she hates being a nurse and doesn't know if she is coming back after October.

**Did patients hear or witness the incident/occurrence?** If yes, how were patients involved? – *identify patients using Epic ID # only*

Please provide names of any other **witnesses** to this incident/occurrence

**Signature and Acknowledgement**
I acknowledge that the information provided is true and accurate. I understand that in submitting a false claim or making false statements, I may be subject to corrective action up to and including termination.

Signature: *[signature]*   Date: 5-14-19

**Received By**
Signature: *Linda Steinich*   Title: Manager   Date Received: 5/14/19

Form 1003.06F3   3/21/2019

CONFIDENTIAL   Duis v. Franciscan (2:20-CV-00078-TLS-APR)   Franciscan000559
Produced August 21, 2020



**Franciscan ALLIANCE**

**COWORKER STATEMENT OF FACTS FORM**

Please complete statement within 48 hours of incident/occurrence and submit to Human Resources.

| Name of Person Submitting Statement | Employee ID | Department # | Department Name | Phone # |
|---|---|---|---|---|
| Carrie Renchen | | | | |

### Description of Incident/Occurrence

| WHEN did it happen? – *dates and times* | WHERE did it happen? – *specific location and department* |
|---|---|
| 5/8/19 | MEC |

**WHO** was involved? – *names and titles*
Carrie
Toni

**WHAT** happened?
Taryn was present at the uniform fitting and was upset about the fit of the uniforms. Taryn was loud and argumentative with the staff assisting with the fitting.

Did **patients** hear or witness the incident/occurrence? If yes, how were patients involved? – *identify patients using Epic ID # only*

Please provide names of any other **witnesses** to this incident/occurrence

### Signature and Acknowledgement

I acknowledge that the information provided is true and accurate. I understand that in submitting a false claim or making false statements, I may be subject to corrective action up to and including termination.

Signature: *[signed]*  Date: 5/14/19

**Received By**

Signature: *Linda Henshel* Title: *Manager*  Date Received: 5/14/19

Form 1003.06F3  3/21/2019

CONFIDENTIAL   Duis v. Franciscan (2:20-CV-00078-TLS-APR)   Franciscan000560
Produced August 21, 2020



# Franciscan ALLIANCE

## COWORKER STATEMENT OF FACTS FORM

Please complete statement within 48 hours of incident/occurrence and submit to Human Resources.

| Name of Person Submitting Statement | Employee ID | Department # | Department Name | Phone # |
|---|---|---|---|---|
| Jen Justice | | Float Pool | | |

### Description of Incident/Occurrence

| WHEN did it happen? – *dates and times* | WHERE did it happen? – *specific location and department* |
|---|---|
| 5/8/19 | Nurses Station PCU |

**WHO was involved?** – *names and titles*
Assigned Staff, C.R., Y.L., K.B., T.F., T.D.,

**WHAT happened?**
PCA K.B. informed Taryn her patient was requesting pain medication. Taryn replied, I don't give a fuck if that patient wants s pain meds. He can wait. He should have taken it before.

**Did patients hear or witness the incident/occurrence?** If yes, how were patients involved? – *identify patients using Epic ID # only*

**Please provide names of any other witnesses to this incident/occurrence**
I was a witness to this phone conversation

### Signature and Acknowledgement

I acknowledge that the information provided is true and accurate. I understand that in submitting a false claim or making false statements, I may be subject to corrective action up to and including termination.

Signature: *[signature]* RN    Date: 5-14-19

### Received By

Signature:            Title:            Date Received:

Form 1003.06F3                                                                 3/21/2019

CONFIDENTIAL    Duis v. Franciscan (2:20-CV-00078-TLS-APR)    Franciscan000561
Produced August 21, 2020

**COWORKER STATEMENT OF FACTS FORM**

Taryn refused to accept the answers she was given during the fitting. She was confrontational with the volunteers/Franciscan staff working the event.

CONFIDENTIAL    Duis v. Franciscan (2:20-CV-00078-TLS-APR)    Franciscan000562
Produced August 21, 2020

5/1/19

I was advised by Marisa that there were 2 employees that wished to speak to me (in Travis' absence).

Tarin and another female were shown into my office. After the brief introductions, where I learned the woman accompanying Tarin was her mother, I asked Tarin what I could do for her. Her mother immediately stated, 'as long as she doesn't go into pre-term labor'. When I asked what she was referring to she replied that Tarin had had a miscarriage last year and was again pregnant. She then relayed a story of a couple of weeks ago when she didn't feel well at work and her manager followed up with her. Although I did not understand from the conversation they replayed the conversation to me, they apparently felt that Linda wasn't compassionate in her follow up.

The conversation then morphed to that Tarin had been 'suspended pending investigation and that she had a right to know why'. I advised her that I was aware that she had been suspended pending an investigation but that I was unaware of the details of why she had been suspended. I also advised her that for significant issues this was the usual HR process, that an employee would be suspended while an investigation occurred. I further advised her that her manager and HR would be contacting her with that information. During the ensuing conversation she brought this right to know concept up multiple times, each time very aggressively, and each time I responded that I did not know any specifics so was unwilling to comment. She further made multiple statements that she knew it was because she had made a comment about a patient call light, but she felt justified in that comment as she was busy. All these comments were made in an aggressive manner, making very derogatory statements regarding her manager.

She then stated she wanted to file a formal grievance regarding her new manager as she felt that she was being targeted. She believes Linda is actively 'out trying to get dirt on me' – that she knows no one is reporting her actions because she has asked them. She states Linda lies and just makes things up. I informed her that it was well within her right to file a grievance against Linda and that it would be investigated, but that I would like to do that through HR.

I did let her know that we as a leadership team at Franciscan were doing a lot of work to transform the overall culture to something more positive, respectful and patient centered. I let her know that I as a nursing leader would be supporting changes that helped drive that culture.

This conversation lasted approximately 15 minutes and in my opinion was very unproductive and filled with nasty remarks regarding Linda and the unit. I did not see any degree of ownership for poor behavior and saw no indication that with conversation and support she would even be willing to consider that some of her behaviors might need to change. And I certainly heard nothing that would make me think she would provide compassionate, caring care to patients. As a matter of fact I was quite struck by how toxic her attitude was and that I was gravely concerned that she was the face of our facility to the patient and their family.

*Dawn Scott*

CONFIDENTIAL   Duis v. Franciscan (2:20-CV-00078-TLS-APR)   Franciscan000563
Produced August 21, 2020

# Franciscan ALLIANCE

## CORRECTIVE ACTION FORM
### Performance & Behavior Violations

| COWORKER NAME | EMPLOYEE ID# | DATE CORRECTIVE ACTION ISSUED |
|---|---|---|
| Taryn Duis | | 5/14/19 |

| JOB TITLE | DEPARTMENT # | DEPARTMENT NAME |
|---|---|---|
| RN | 6260 | Progressive Care |

### LIST PREVIOUS CORRECTIVE ACTIONS (WITHIN THE PREVIOUS 12 MONTHS)

| Date: | Type: | Reason: |
|---|---|---|
| Date: | Type: | Reason: |
| Date: | Type: | Reason: |

### ACTION TAKEN

*Some violations may be of such a serious nature, a level of corrective action may be bypassed, allowing for, up to and including, termination.*

- [ ] Written Counseling
- [ ] Suspension: _____ (date)
- [ ] Written Warning
- [x] Termination _____ (date)
- [ ] Final Written Warning

### REASON FOR THIS ACTION

- [x] Unsatisfactory Work Performance
- [ ] Breach of Duty
- [ ] Falsification of Records
- [x] Unsatisfactory Work Behavior
- [ ] Unsafe Work Conduct
- [ ] Substance Abuse (use/possession/sales)
- [ ] Policy/Rule Violation
- [ ] Willful Damage of Property
- [ ] Workplace Violence/Harassment
- [ ] Insubordination

### STATEMENT OF FACTS

| WHEN did it happen? – dates and times | WHERE did it happen? – specific location and department |
|---|---|
| 5/8/19 | |

**WHAT happened? – be specific**

The PCA informed Taryn a patient requested pain medication. It was reported Taryn response was inappropriate resulting in delay in patient care and inappropriate and unsatisfactory work behavior. See Coworker statement.

Taryn was contacted and given the opportunity to reply. Taryn stated she did not recall making the statement. Taryn stated she did not see anyone sleeping in the nurse's station. Taryn stated she suppose she has said I hate my job. Taryn stated she didn't understand how being frustrated at times would get her suspended. Taryn stated she said she couldn't wait until October to be on maternity leave.

Taryn was suspended pending complete investigation. All staff present during the shift were interviewed.

See attached documentation.

**HOW were patients involved?** *use epic ID# only*

Delay in patient care,
Inappropriate behavior and disruption of the work environment.
Poor work performance as the charge nurse.

**WHO was involved?** *names and titles*

See attached documentation

Form 1003.06F4      1 of 3      03/21/2019

CONFIDENTIAL    Duis v. Franciscan (2:20-CV-00078-TLS-APR)    Franciscan000564
Produced August 21, 2020

| IDENTIFY POLICY/RULE THAT WAS VIOLATED | |
|---|---|
| **Franciscan Mission & Values** | **Please Indicate Expected Behavior(s) That Were Violated** |
| ☐ Respect for Life<br>☒ Fidelity to Our Mission<br>☒ Compassionate Concern<br>☒ Joyful Service<br>☐ Christian Stewardship | |
| **Policy/Rule Name** | **Please Indicate Applicable Section(s) Directly From Policy/Rule That Was Violated** |
| | PG 36 Conduct and behavior Standards. |
| | |
| | |

*This list is not an all-inclusive list of reasons*

**IDENTIFY AND EXPLAIN EXPECTATIONS** – *not applicable if Termination*

NA

**FOLLOW-UP PLAN** – *not applicable if Termination*

| Is follow-up required? ☐ Yes ☒ No | Additional details for follow-up plan: |
|---|---|
| Type: | |
| Date:       Time: | |

*Report follow-up on follow-up action form*

**SUMMARY STATEMENT** – *if applicable*

Termination

Form 1003.06F4                            2 of 3                            3/21/2019

CONFIDENTIAL     Duis v. Franciscan (2:20-CV-00078-TLS-APR)     Franciscan000565
Produced August 21, 2020

**COWORKER ACKNOWLEDGEMENT AND COMMENTS**

I understand that any further violations or continued performance issues may result in corrective action, up to and including termination. If termination is being recommended, I understand my action/behavior has been deemed severable. In signing this corrective action form, I acknowledge the fact that I have read and understand the foregoing statements. It does not necessarily mean that I agree with what is contained in this form.

- ☐ I agree with the information contained in this Corrective Action.
- ☐ I disagree with the information contained in this Corrective Action.

**Coworker must complete this section**

_____ I was provided a copy of the policy/rule (if applicable) which was violated.
*Initials*

**Coworker Comments** – *if additional space is needed, use Coworker Statement of Facts Form*

**Coworker Signature:** _____  **Date:** _____

**Supervisor Signature:** *Linda Steinke* R   **Date:** 5/14/19

**Human Resources Signature:** *[signature]*   **Date:** 5/14/19

☐ Present at meeting
☐ Reviewed Document

HUMAN RESOURCES MUST REVIEW AND APPROVE WRITTEN WARNINGS AND ABOVE PRIOR TO THE MEETING
*Distribution: One copy to coworker, one copy to supervisor and original to Human Resources*

CONFIDENTIAL   Duis v. Franciscan (2:20-CV-00078-TLS-APR)   Franciscan000566
Produced August 21, 2020