UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>FRANCISCAN ALLIANCE INC., a/k/a )<br>FRANCISCAN HEALTH CROWN )<br>POINT, )<br>)<br>Defendant. )<br>) | CAUSE NO: 2:20-CV-78-PPS |

## AFFIDAVIT OF CONNIE SNOW

I, Connie Snow, under the penalties of perjury, hereby state as follows:

1. I am over eighteen (18) years of age.

2. The facts set forth in this Affidavit are known to me to be true based upon my personal knowledge of such facts and, if called upon to testify as a witness, I am competent to testify to these facts.

3. I am employed by Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan") as a House Supervisor.

4. In my role as a House Supervisor, I direct the overall operation and clinical practice within the Division of Patient Services during my assigned shift. Those duties include: using my independent judgment when determining staffing needs, addressing patient throughput, addressing personnel issues and concerns, responding to patient and family complaints, and addressing any other problems/issues that may arise during my shift.

5. I have regularly reviewed the records and other documents routinely prepared and/or maintained by or for the benefit of Franciscan as it relates to my testimony in this Affidavit.

**EXHIBIT 6**

Franciscan's records are made or obtained in the ordinary course of business by persons who have a business duty to Franciscan to make or provide these records. This Affidavit is based upon my review of such records and other documents, as well as my personal knowledge.

6. I am submitting this Affidavit in support of Franciscan's Motion for Summary Judgment on the Complaint filed by Plaintiff Taryn N. Duis ("Duis").

7. During the April 11, 2019 night shift, Duis, who was serving as Charge Nurse, asked Dawn Smith, an RN, to do something, but Smith did not listen to Duis. This resulted in an altercation between Duis and Smith. Shortly thereafter, Duis experienced an anxiety attack. Duis was evaluated by the hospitalist on duty and it was determined that she would be sent home for the night.

8. I informed Linda Steinhilber ("Steinhilber") about this incident as it involved two of her employees.

9. On May 9, 2019, I provided a statement to Steinhilber because she was investigating Duis's behavior and attitude. In that statement I described Duis's appearance on May 8, 2019 as elevated and anxious. I also told Steinhilber that Duis stated she hates being a nurse and doesn't want to come back after October.

10. Thereafter, on May 14, 2019, I signed my typed Coworker Statement of Facts Form and returned it to Steinhilber.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Date: 9/11/21

Connie Snow, RN-SA
Connie Snow, Shift Director
Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point

KD_13486244_2.docx