IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

TARYN N. DUIS,                    )
                                  )
        Plaintiff,                )
                                  )
        -v-                       )  Cause No.
                                  )  2:20-CV-78-TLS-APR
                                  )
FRANCISCAN ALLIANCE INC.,         )
a/k/a FRANCISCAN HEALTH           )
CROWN POINT,                      )
                                  )
        Defendant.                )


        The deposition upon oral examination of

TARYN N. DUIS, a witness produced and sworn before me,

Catherine M. Stefaniak, CSR, Notary Public in and for

the County of Lake, State of Indiana, taken on behalf

of the Defendant at Krieg DeVault, LLP, 8001 Broadway,

Suite 400, Merrillville, Indiana, on Monday,

March 22, 2021, at 9:00 a.m., pursuant to the Federal

Rules of Civil Procedure.




        STEWART RICHARDSON & ASSOCIATES
        Registered Professional Reporters
                (800) 869-0873


**EXHIBIT 7**

```
 1   Q.   And then when did you become employed by Franciscan
 2        Crown Point?
 3   A.   In 2015.
 4   Q.   So what did you do between leaving IMG and joining
 5        Franciscan?
 6   A.   I went to nursing school.
 7   Q.   Have you ever been terminated from any position?
 8   A.   I was terminated from a Cash Advance place that I
 9        worked at in probably 2009.
10   Q.   What was the reason for your termination?
11   A.   I did not wash the windows.
12   Q.   Was that the reason given to you?
13   A.   Yes.
14   Q.   Any other place where your employment has been
15        terminated --
16   A.   No.
17   Q.   -- other than Franciscan?
18   A.   No.
19   Q.   You'll agree your employment was terminated at
20        Franciscan, correct?
21   A.   Yes.
22   Q.   Any job that you held where you've been issued
23        disciplinary action or corrective action?
24   A.   No.
25   Q.   Let's talk about your position at Franciscan Health
```

```
 1        position at Franciscan on the telemetry unit for
 2        the 4th floor.
 3   Q.   And what's the telemetry unit?
 4   A.   It's just like a more critical unit where people
 5        wear a heart monitor.
 6   Q.   Did you receive offers from any of those other
 7        positions?
 8   A.   No.  Franciscan was the first place to call me.
 9   Q.   So the first to offer you a position?
10   A.   Yes.
11   Q.   And did any of the others subsequently offer you a
12        position?
13   A.   I didn't even interview anywhere else.  They called
14        me, and I took the job.
15   Q.   What was the -- oh, you said the other position at
16        Franciscan was also a telemetry?
17   A.   Correct.
18   Q.   Okay.  Okay.  So you were hired by Franciscan as an
19        IMCU RN, correct?
20   A.   Correct.
21   Q.   And you worked nights?
22   A.   Yes.
23   Q.   What was your schedule?
24   A.   I worked 7:00 p.m. until 7:30 a.m. and whatever
25        days I was -- three days a week, we worked.
```

```
 1        it the same?
 2   A.   I don't know.  There was never any like official
 3        paperwork or anything.
 4   Q.   Okay.  And did your job title change, or were you
 5        still RN IMCU?
 6   A.   You're still an RN, yes.  I just got charge pay,
 7        charge differential.
 8   Q.   Okay.  And so explain to me how that would work.
 9        Were you always the charge nurse?
10   A.   No.  We did not have a charge nurse on our unit.
11        They made changes and put a charge nurse on our
12        unit.  I had applied for it at the request of Mike
13        Lane.
14   Q.   Okay.  So you applied for a charge nurse position?
15   A.   Correct.  At the request of Mike Lane.
16   Q.   Okay.  And were you selected for that position?
17   A.   He told me in -- they had selected somebody else
18        who had left our unit and came back.  And then she
19        was, a couple months later, being taken out of that
20        position.  And Mike was going to have me be the
21        permanent charge nurse in November when we had
22        spoken.
23   Q.   Okay.  So he said, in November, that you were --
24        November of what year?
25   A.   2018.
```

```
 1              MS. ADOLAY:
 2    Q.   You've been handed what's marked as Defendant's
 3         Exhibit 2.  Can you tell me what that document is?
 4    A.   Employee acknowledgment for the handbook.
 5    Q.   Okay.  Is this the document that you signed when
 6         you received the employee handbook at Franciscan?
 7    A.   Yes.
 8    Q.   Is that your signature there at the bottom?
 9    A.   Yes, it is.
10    Q.   Okay.  Were you provided a paper copy of the
11         handbook, or was it on intranet?
12    A.   I know it was on intranet, but I don't know if I
13         was provided a physical copy or not.  I can't
14         remember.
15    Q.   Okay.  You previously stated that Linda Steinhilder
16         became your supervisor sometime in 2019, maybe the
17         first half of the year; is that correct?
18    A.   Yes.
19    Q.   Or the first quarter, do you recall?
20    A.   I'm sure it was the first quarter.  I was only
21         there until May.
22    Q.   Okay.  And what was your relationship like with
23         Linda during your employment?
24    A.   I didn't really know Linda, other than her coming
25         down and yelling at staff when she first -- her
```

```
 1   Q.   Do you know why your employment with Franciscan was
 2        terminated?
 3   A.   I was told it was because I was excited about my
 4        maternity leave, and I was going to take FMLA.
 5   Q.   And who told you that?
 6   A.   Linda and human resources both reiterated that to
 7        me multiple times.
 8   Q.   Who specifically in human resources?
 9   A.   I don't -- whoever was on the phone.  I don't know
10        who it was.  I can't remember if it was Jessica or
11        Nita.  I don't know.
12   Q.   You were told this on the phone?
13   A.   Yes.
14   Q.   Do you recall what day?
15   A.   That was -- well, they had said it to me on -- was
16        it the 10th, I think?  And then the following
17        Tuesday.  So I think that was like the 12th.  And
18        then the 14th when they fired me.
19   Q.   So you're saying you were told on the 10th.  And
20        we're talking about what month?  May?
21   A.   Of May.
22   Q.   May of 2019?
23   A.   Yes.
24   Q.   Okay.  So you're saying on May 10th, 12th and 14th
25        of 2019, you were told that you were being
```

```
 1        terminated because you were excited about maternity
 2        leave and were going to take FMLA?
 3   A.   Well, I wasn't told I was being terminated until
 4        the 14th, but I was told that there was an issue
 5        with me being pregnant and taking FMLA on the days
 6        leading up to that when I was under investigation.
 7   Q.   Okay.  So you've told me two different things now
 8        that were said to you and seem to be changing the
 9        dates.  First of all, I asked you why you were
10        terminated.  You said because you were excited
11        about maternity leave and were going to take FMLA.
12        Now you're saying what you were told is because you
13        were pregnant.  What exactly was said to you?
14   A.   Well, you -- I mean, they were talking about my
15        pregnancy.  They said that I was excited about my
16        pregnancy, that it showed that I didn't value my
17        job.  They said that I cared about my family and my
18        pregnancy more than my job, and that didn't
19        coincide with Franciscan's values.
20   Q.   Okay.  Who said those things?
21   A.   Linda did.
22   Q.   Anyone else?
23   A.   Linda was the one mostly speaking.  Human
24        resources, you know, said -- I'm sure they said a
25        few things, but --
```

```
 1   Q.   Do you recall what anyone in HR said?
 2   A.   When I said -- I questioned, I said, so you're
 3        telling me that you're firing me because I'm
 4        pregnant?  Then whoever was in human resources on
 5        the phone said, well, no, it's not because you're
 6        pregnant, it's because you're taking FMLA.  Which I
 7        then explained, you can only take, you know, the
 8        FMLA for having a baby -- for having a baby.  Like
 9        there was -- that was the only reason I was taking
10        it.  It wasn't for anything else.
11   Q.   Okay.  So you're claiming that someone in HR told
12        you that you were being terminated because you were
13        taking FMLA?
14   A.   Yes, for my pregnancy.
15   Q.   And when did that person say that to you?
16   A.   On the 14th of May.
17   Q.   Okay.  So let's go back to what was said to you
18        then on the 10th and the 12th.  Who did you talk to
19        on the 10th?
20   A.   I had spoken to Linda, and human resources had
21        called me.
22   Q.   And what was the purpose of the call on the 10th?
23   A.   They were telling me why I was being suspended.
24   Q.   Okay.  What did they say in terms of why you were
25        suspended?
```

```
 1        advised by Franciscan that you were being
 2        terminated because you were excited about maternity
 3        leave?
 4   A.   That's correct.
 5   Q.   Do you know why you didn't mention in this charge
 6        that you thought you were -- that they said you
 7        were being terminated for taking FMLA leave?
 8   A.   It said that I believe I was discharged and
 9        retaliated against due to my pregnancy, so it does
10        say that.
11   Q.   But it doesn't say anything about FMLA leave,
12        you'll agree; right?
13   A.   No, the word FMLA is not on this document.
14   Q.   Is there a reason you didn't share with the EEOC
15        that you were allegedly told that you were being
16        terminated because you were taking FMLA leave?
17   A.   I did.  This is just a brief synopsis of the --
18   Q.   Okay.  So you think you did tell --
19   A.   I'm 100 percent certain I told them when I met with
20        them.
21   Q.   Okay.  You also state in this charge that prior to
22        your discharge, Ms. Steinhilder tried involving you
23        in a scheme to terminate Dawn Smith, RN.  Tell me
24        about that.
25   A.   That's correct.  So on April 11th, I was at work.
```

1    I was charge for the night.  We were short staffed,

2    approved by Linda, so it was very chaotic.  We were

3    extremely understaffed.  The patients were very

4    critical.  We were getting slammed with admissions,

5    and it was just extremely chaotic.  We were already

6    over our numbers.

7        And I think they called a code in the

8    emergency room, and then we had two patients coming

9    to the floor that were getting blood, and it was

10   just extremely chaotic.  And I was in charge, and

11   so I was responsible for the entire floor.  So I

12   was trying to help with the one admission that we

13   were getting while they were bringing up another

14   admission, and things were becoming very hectic.

15       And I had actually paged the doctor.  One of

16   my patient's blood pressures was low, so I had

17   paged the hospitalist.  And when the hospitalist

18   had come to the floor, he asked if I -- if I was

19   okay, and I had told him about my patient.  And he

20   said that I needed to sit down, I didn't look good,

21   and he wanted me to go to the emergency room.  They

22   checked my blood pressure.  I don't -- I don't

23   remember what it was or anything.

24       I did not want to go to the emergency room.  I

25   didn't want to leave my nurses.  I didn't want to

```
 1        leave them even shorter.  I didn't want it to be a
 2        worse night for them, basically.  So the
 3        hospitalist had talked me into being assessed on
 4        the floor instead of going down to the emergency
 5        room.
 6             So he assessed me.  He felt like I was having
 7        a pretty bad anxiety attack with everything going
 8        on, and he felt that it would be best for me to go
 9        home for the night.  I had had a miscarriage
10        earlier that year, and I was pregnant, and he felt
11        like it would be best for me to go home.  I didn't
12        want to leave, because I didn't want to leave my
13        floor.  But the hospitalist actually spoke with the
14        shift director and the ICU charge nurse and my
15        nurses and had arranged for me to leave so I could
16        go home.
17             I went home.  And then the next morning, Linda
18        had called me.  And I thought she was calling
19        because she was concerned, but she wasn't.  She was
20        calling to tell me how I was going to participate
21        in getting Dawn Smith fired, so --
22   Q.   Okay.  What exactly did she say to you?
23   A.   So Linda had called me, and she said, oh, I heard
24        you had a panic attack last night at work.  I said,
25        yes, I did.  And she told me, well, you know that
```

```
 1   A.    No.
 2   Q.    So tell me what happened then once you met with
 3         Linda and Travis.
 4   A.    So Linda and Travis had then met with me in the
 5         office -- the critical care office.  I don't know
 6         whose office it was at that point.  Maybe Linda's.
 7         And I had come in, and Linda first says to me, tell
 8         me about the confrontation that occurred between
 9         you and Dawn.  And I said, there was no
10         confrontation between Dawn and I.  She said, tell
11         me about the altercation that occurred between you
12         and Dawn.  I said, there was no altercation that
13         occurred between Dawn and I.  And Travis was in
14         there, so at this point, Linda was expecting me to
15         go with the lie of Dawn, you know --
16   Q.    This is what you --
17   A.    This is what she told me to say, so yes.
18   Q.    Right.  But she didn't tell you she was asking you
19         to lie?
20   A.    No.  She did.  She asked me to tell them that --
21   Q.    Right.  Well, you're saying you view that as a lie.
22         Did she ask you to lie?
23   A.    Yes, she asked me to lie.
24   Q.    Did she say that, though?  Did she say, I need you
25         to lie, or did she just say, this is what you need
```

```
 1         to tell them?
 2    A.   She said, I need you to tell them something that
 3         did not happen.
 4    Q.   She said, I need you to tell --
 5    A.   She said, I need you to say that Dawn started a
 6         fight with you.  And considering I was the
 7         person -- the first person, I know it was a lie,
 8         because Dawn did not start a fight with me.  I also
 9         told Linda, that's not true.  And she said, well,
10         you're going to say it anyway.  So yes, she told me
11         to lie.
12    Q.   What I'm asking you is specifically what she said.
13         Right?
14    A.   Did she say the words, I want you to lie?
15    Q.   Right.
16    A.   No.
17    Q.   Okay.  I'm trying to understand exactly what she
18         said to you.  I understand that you're saying that
19         was a lie and that you're saying I was being asked
20         to lie.  I'm just trying to understand exactly what
21         she said to you.  Okay?
22    A.   Okay.
23    Q.   Did anything else happen in that meeting --
24    A.   Yes.
25    Q.   -- with Linda and Travis?
```

```
 1   A.   Yes.  So then after that, Linda got very upset,
 2        because I was not going along with what she wanted
 3        me to say, and she started personally attacking me
 4        and mocking me and getting in my face, yelling at
 5        me, telling me I was rude, telling me that I was a
 6        nasty person.  She mocked me.  She said, oh, I have
 7        to call the doctor for myself to the floor.  I
 8        can't handle my job, because I am pregnant.
 9             I told her to please stop personally attacking
10        me multiple times.  I asked her to please stop
11        yelling at me multiple times.  I was pregnant, and
12        I was getting yelled at in my face.  Finally,
13        Travis -- after I asked him, can you please make
14        this stop?  He finally asked her to stop screaming
15        in my face and mocking me.  And I was very upset.
16        I was crying.  It was very upsetting.  I was also
17        told I couldn't do my job because I was pregnant.
18   Q.   Who told you that?
19   A.   Linda.  She mocked me saying it.  She made fun of
20        me telling me I couldn't handle it and that I was
21        having to call the doctor to the floor for myself.
22   Q.   Did she say because you're pregnant?
23   A.   Yes, she did.  She said, I'm pregnant, I can't do
24        my job, in a very rude, you know, very
25        unprofessional, hateful tone.
```

1   Q.   Anything else in that meeting with Linda and
2        Travis?
3   A.   She then was telling me about how nasty I am and
4        how mean I am.  And I had brought up the text
5        messages that I had sent to Travis, you know,
6        thanking our co-workers and talking about their
7        appreciation.  I said, well, Travis knows I'm not a
8        mean, negative, nasty person.  And Travis agreed
9        that I did say that, and he attested to that fact.
10            Then after that, Linda said, well, I just -- I
11       feel like nobody likes me on the floor, and I
12       really appreciate you taking the time to talk to
13       me.  And I would really appreciate it if you could
14       help me gain rapport with the staff.  And so I then
15       sat and talked to her and Travis after she had
16       apologized to me for being so hateful, and I told
17       her that, yes, I would be more than happy to do
18       that, because I wanted a peaceful work environment.
19       Even though Linda was extremely toxic, I still
20       needed a peaceful work environment for myself and
21       my co-workers.  So I said, of course I will help
22       you try to -- help you with the staff.
23            And I had given her a couple suggestions for
24       different things that was important to staff that
25       we felt was being overlooked, and I told her if

```
 1          those things were addressed, then people would

 2          greatly appreciate it.  Because she felt like

 3          nobody liked her.  But when you come in criticizing

 4          everybody the first day you meet them, it is very

 5          hard to, you know, build a relationship with

 6          somebody after they've criticized you when they

 7          don't know you.

 8    Q.    And what was the date of this meeting?

 9    A.    This was the 19th of April.

10    Q.    Anything else discussed in that meeting?

11    A.    No.

12    Q.    In your charge, you also claim that Ms. Steinhilder

13          was trying to recruit other employees to lie about

14          the patient care I was providing.

15    A.    That's correct.

16    Q.    What do you mean by that?

17    A.    She specifically had contacted Kimberly Buchanan.

18          And she asked her, you know, was there a nurse who

19          is, you know, being rude or not giving medication?

20          And Kim told Linda she had no clue what she was

21          talking about.  Linda kept pressing her, trying to

22          get her to say something about me.  Kim didn't know

23          at the time that she was trying to get her to say

24          something about me.

25    Q.    So how do you know -- first of all, how do you know
```

```
1    A.   Yes.
2    Q.   Okay.  Anything else that she allegedly said
3         that -- she meaning Linda allegedly said to Lynette
4         Durham, Kate Laas, Alyssa Denny or Kim Buchanan
5         specifically about you?
6    A.   She also said that night shift was too close.
7    Q.   Okay.  Anything else?
8    A.   No.
9    Q.   At the time that you filed for unemployment, were
10        you represented by counsel?
11   A.   No.
12   Q.   When you were meeting with Linda and Travis on -- I
13        think you said April 19th, did Linda say why she
14        allegedly thought that you were negative and nasty?
15   A.   She just said that about everybody on the floor.
16   Q.   That wasn't just you?
17   A.   No.  She didn't have any, because of this or, you
18        know, any reasons.
19   Q.   Okay.  And I think you said that she was saying
20        that about both you and your co-workers, is that
21        correct?
22   A.   Yes.  She came in insulting everybody.
23   Q.   In a note you submitted to Workforce Development,
24        you said, I told her that in the time since I had
25        known her, I had only had about five minutes of
```

1           interaction with her altogether; is that correct?

2   A.   Yes.

3   Q.   And that's in reference to Linda?

4   A.   Yes.

5   Q.   Okay.  So do you know why after five minutes of

6           interaction with her, she would be saying you were

7           negative and nasty?

8   A.   Because she was saying that about everybody.  She

9           just came in with a bad attitude from the get-go.

10   Q.   And then at the end of that meeting on April 19th,

11          you said the meeting ended, and at that point,

12          Linda asked me if I would help her gain rapport

13          with the staff, because she felt like no one liked

14          her.  Correct?

15   A.   Correct.

16   Q.   And you said, I told her I would be happy to do

17          that, and I told her some things that I thought

18          would help her to build a relationship with the

19          staff.  Is that correct?

20   A.   That's correct.

21   Q.   Did you feel at that time like she wanted to

22          terminate your employment?

23   A.   No.  I thought at that time that she actually

24          wanted to become a better manager and actually try

25          to address some of the issues on the floor instead

```
 1          resources.
 2   Q.     Okay.  So to her knowledge, the patient hadn't
 3          been -- hadn't reported anything; correct?
 4   A.     That's correct.
 5   Q.     Okay.  But you don't know whether the patient
 6          reported anything.  You just know the patient
 7          didn't report anything to Jessica.  Is that
 8          correct?
 9   A.     I know the patient didn't report that I didn't give
10          him pain medication.
11   Q.     And how do you know that?
12   A.     Because I gave him pain medication.
13   Q.     Okay.  But you don't know that the patient didn't
14          report that you didn't, correct?
15   A.     That's correct.
16   Q.     Do you know whether a patient reported that you
17          made them wait for pain medication because you
18          didn't feel like giving it to them?
19   A.     No.
20   Q.     In your report to Workforce Development, you say
21          that on Friday morning, you tried to go speak with
22          human resources and Travis.  But I think you said
23          Travis wasn't available, is that correct?
24   A.     That's correct.
25   Q.     What was the date of that?
```

1   A.   I believe it was the 10th.  It was Friday.

2   Q.   Okay.  So then May 10th, you then went to meet with

3        Dawn Scott; is that correct?

4   A.   That's correct.

5   Q.   And what's Dawn's position?

6   A.   She is vice-president of nursing.

7   Q.   And according to your submission to Workforce

8        Development, you said:  I voiced my concern to Dawn

9        Scott.  I told Dawn how Linda was clearly

10       retaliating against me since I refused to lie to

11       human resources about my fellow co-worker.  Is that

12       correct?

13  A.   That's correct.

14  Q.   You then say that Dawn told me that she was unaware

15       of the exact situation but that she would look into

16       what I had told her.  Is that correct?

17  A.   That's correct.

18  Q.   Based on your submission to Workforce Development

19       and your conversation with Dawn Scott, you didn't

20       mention anything to her about comments about your

21       pregnancy?

22  A.   I did.

23  Q.   Okay.  You just didn't include it to -- in your

24       submission to Workforce Development?

25  A.   It should be in there.  I told Dawn Scott about the

```
 1   A.    Kim Buchanan.

 2   Q.    So are you saying her employment was terminated the

 3         same day as yours?

 4   A.    That's correct.

 5   Q.    And the Dawn that you reference here, who is that?

 6   A.    The one that Linda was trying to get me to lie

 7         about.

 8   Q.    I'm asking what the employee's last name is.

 9   A.    Oh, I'm sorry.  Dawn Smith.

10   Q.    Okay.  And was Dawn Smith's employment with

11         Franciscan terminated the same day as yours?

12   A.    Yes, it was.

13   Q.    Was Dawn Smith pregnant at the time?

14   A.    No.

15   Q.    Was Kimberly Buchanan pregnant at the time?

16   A.    No.

17   Q.    Do you know whether either planned to take any FMLA

18         leave or had requested leave?

19   A.    Kim Buchanan had taken different leaves, but she

20         had already put her two weeks in when Linda fired

21         her.

22   Q.    Do you know why Kim Buchanan's employment was

23         terminated?

24   A.    They said because she was sleeping.  That's not

25         true, but they said because she was sleeping.
```

```
 1          that the facts reflect that she was discharged for
 2          not participating in Ms. Steinhilder's scheme to
 3          get Dawn discharged.
 4              Do you recall Mr. Norvanis from the EEOC
 5          telling you that?
 6   A.    No.
 7   Q.    Do you recall him explaining why your charge was
 8          being dismissed?
 9   A.    He said it didn't fit the specific criteria that
10          the EEOC has.
11              MS. ADOLAY:  Okay.  (Tendering).
12              (Defendant's Exhibit 7 marked for
13          identification.)
14              MS. ADOLAY:
15   Q.    Ms. Duis, you've been handed a copy of what's
16          marked as Defendant's Exhibit 7.  Can you tell me
17          what this document is?
18   A.    Complaint and demand for jury trial.
19   Q.    Okay.  Is this the complaint that you filed in this
20          lawsuit against Franciscan?
21   A.    Yes.
22   Q.    Did you review this complaint before it was filed?
23   A.    Yes.
24   Q.    In paragraph 11 of the complaint on page 2, it
25          says:  In February of 2019, plaintiff informed
```

```
 1        defendant that she was pregnant.  Who did you
 2        inform in February of 2019?
 3   A.   The entire floor.
 4   Q.   So how did you announce that to the floor?
 5   A.   Just told them I was pregnant.
 6   Q.   Did you tell them as a group or individually, do
 7        you recall?
 8   A.   I'm sure it was some people individually and some
 9        people as a group.
10   Q.   Okay.  So it was not all one announcement like at a
11        meeting or something?
12   A.   No.
13   Q.   Okay.  In paragraph 12 on the next page, it says:
14        Thereafter, plaintiff informed defendant, including
15        her supervisors, that she planned on taking a
16        maternity/FMLA leave in October of 2019.  Do you
17        know who you informed of that?
18   A.   Travis and Linda.
19   Q.   Do you recall when you informed them?
20   A.   No.  Sometime in February.  I told them when I was
21        due.
22   Q.   Okay.  But Linda hadn't started yet in February.
23   A.   Linda was at the hospital in February.
24   Q.   Okay.  What was her position in February?
25   A.   She was a rapid response nurse.
```

```
1    Q.   Okay.  And so you think that you told Linda in
2         February, is that correct?
3    A.   I don't know if I told Linda in February, but she
4         was aware of it when she started as our manager.
5    Q.   Okay.  When you say she was aware of it, she was
6         aware of your pregnancy?
7    A.   Yes.
8    Q.   Do you know whether Linda was aware of your due
9         date?
10   A.   I'm assuming she was.  She brought it up several
11        times.
12   Q.   Okay.  What did she say about your due date?
13   A.   That I kept telling everybody I was going on leave
14        in October of 2019, and I was rude that I was
15        excited about maternity leave.  She was so offended
16        that I was talking about my maternity leave and my
17        children.
18   Q.   Did she say that?
19   A.   She let me know by constantly commenting on it,
20        yes.
21   Q.   Okay.  How many times did she comment on you going
22        on leave in October of 2019?
23   A.   In the -- every -- I mean, every time I spoke to
24        her.  She only spoke to me a couple times.
25   Q.   In paragraph 19, you state:  Ms. Steinhilder was
```

```
 1        was me talking about maternity leave.  So there
 2        was, you know --
 3   Q.   Do you know how many employees at Franciscan Health
 4        Crown Point have taken maternity leave?
 5   A.   No, I have no idea.
 6   Q.   Was anyone -- did anyone else take maternity leave
 7        while you were employed at Franciscan?
 8   A.   Yes, people took maternity leave while I was
 9        employed there.
10   Q.   Okay.  Who took maternity leave that you recall?
11   A.   I mean, there's a lot of people, so I don't -- you
12        want every person that I know of?
13   Q.   If you can recall.
14   A.   Anna Basham, Lea Tan -- it's going to be a long
15        list.  Just about every single employee I know.
16   Q.   Okay.
17   A.   Carla Sierra.
18   Q.   If the answer is almost every single employee you
19        know --
20   A.   It is.
21   Q.   Okay.
22   A.   A bunch of women in their 30s.
23   Q.   In paragraph 26 of the complaint, it says:
24        Plaintiff was terminated due to her pregnancy.
25        This is your belief that you're terminated due to
```

```
 1          your pregnancy, is that correct?
 2    A.    No.  I was told that I was being terminated because
 3          I was happy about being pregnant, that I valued my
 4          unborn child over my job, so I was told that
 5          specifically.
 6    Q.    Did you ever apply for FMLA leave during your
 7          employment?
 8    A.    I had FMLA when I had my son.
 9    Q.    Okay.  When was that?
10    A.    In 2000 -- he was born December 22nd, 2016.
11    Q.    Okay.  Did you take -- how much time did you take
12          off at that time?
13    A.    12 weeks.
14    Q.    Okay.  Did you apply for FMLA leave at any other
15          time during your employment with Franciscan?
16    A.    No.
17    Q.    Do you know whether Linda Steinhilder has
18          supervised other employees who have been pregnant
19          and taken FMLA leave?
20    A.    I -- I have no idea.
21    Q.    Were you aware of other employees who took FMLA
22          leave?
23    A.    I only worked with Linda for a short period of
24          time.
25    Q.    Right.
```

```
 1        during that call?
 2   A.   During that call?  No, I don't remember that part
 3        of it.
 4   Q.   Okay.  Do you recall saying during that
 5        conversation, I said I can't wait until October?
 6   A.   Yep.  That's my maternity leave.
 7   Q.   Okay.  Do you recall saying, I suppose I've said I
 8        hate my job?
 9   A.   Yeah.
10   Q.   Do you recall saying, I feel I'm being targeted?
11   A.   Yes.
12   Q.   Do you recall saying --
13   A.   Well, this didn't happen on this -- on this
14        conversation.  This isn't true, but -- so no, I did
15        not say on 5/9 anything about hating my job, being
16        targeted.
17   Q.   So when do you claim you made those statements?
18   A.   I didn't say that until the 10th when human
19        resources and Linda talked to me on the phone on
20        Friday.
21   Q.   Okay.  So you think this conversation actually
22        happened on the 10th, not the 9th?
23   A.   If it's the one with human resources, then yes.
24   Q.   Okay.  Do you recall saying either on the 9th or
25        the 10th, I said I would work with Linda to help
```

```
 1           make your case stronger.  Do you know what Kate
 2           meant by that?
 3    A.     People felt like Dawn and Kim should also sue
 4           Franciscan, because they were wrong -- you know,
 5           they weren't treated fairly either.
 6    Q.     Okay.  And who told you that they thought they
 7           should also sue Franciscan?
 8    A.     I mean, it's right here.  So obviously, Kate is the
 9           one that --
10    Q.     Okay.  Anyone else?
11    A.     I'm sure --
12    Q.     I'm just asking, because you said people.
13    A.     I'm sure -- there were a lot of people that thought
14           that Kim and Dawn -- they thought that the whole
15           thing obviously was very corrupt.  So a lot of
16           people thought that Dawn and Kim should.  And I
17           don't know specific names, but it was kind of a
18           general consensus that --
19    Q.     Okay.  Did you think Dawn and Kim should sue
20           Franciscan over their terminations?
21    A.     I personally thought that -- I mean, I think so.
22    Q.     And why?
23    A.     Because it was wrong.  It was -- Linda was bullying
24           them and harassing them, Dawn for sure.  And Kim
25           was just -- you know, they just -- Linda couldn't
```

```
 1   A.   Yes.
 2   Q.   If Franciscan would offer you your job back, would
 3        you take it back?
 4   A.   I believe so.
 5   Q.   And why is that?
 6   A.   I just -- it was a nice regular job that I had in
 7        the hospital on the floor.
 8   Q.   Would you take your job back being supervised by
 9        Linda?
10   A.   Absolutely not.  Of course not.
11   Q.   Okay.
12   A.   But Linda has been -- as far as I know, Linda is no
13        longer over that unit.
14   Q.   Any other reasons that you haven't shared with me
15        today why you believe you were discriminated
16        against based on your sex by Franciscan?
17   A.   I mean --
18             MR. FOX:  Based upon your?
19             MS. ADOLAY:  Sex.
20             THE WITNESS:
21   A.   Being female or pregnancy?
22   Q.   Correct, either.
23   A.   Well, it's mostly females that work there.  But
24        like I said, Linda pointed out -- specifically
25        mocked me for being pregnant.  She said that I
```

1    could not do -- she said -- she was mocking me

2    pretending to be me.  She said, I can't do my job

3    because I'm pregnant.  Just very nasty, you know.

4    So that specifically.  The other thing, obviously,

5    they kept bringing up that I was going on maternity

6    leave, that, you know, I was going to be taking

7    FMLA.  They tried to say, oh, we don't know if

8    you'll come back, but -- I guess you don't want my

9    comment on that.

10   Q.   No.  Go ahead.  Go ahead.

11   A.   No.  Just for them claiming that they were worried

12        that I wouldn't come back, I just find it funny

13        that they would want somebody to come back that

14        they claimed all this terrible stuff about.  That's

15        all.

16   Q.   So why do you think that they would terminate you

17        for taking maternity leave, but as you said, pretty

18        much everyone else has taken medical leave or --

19        and lots of maternity leave?  So why do you feel

20        like yours was any different?

21   A.   I think Linda -- if you want my honest opinion what

22        I really think?  From what I know of Linda, what

23        I've seen of Linda, what I've heard from people

24        that worked under her, you know, at Porter and

25        stuff, I'm pretty sure that she just thought she

```
 1            was going to get me to get Dawn in trouble.  And I
 2            think she believed because I was pregnant and I was
 3            the only income that she could threaten me into
 4            doing that or kind of make it so that like you're
 5            going to tell human resources this happened, when
 6            it didn't really happen.  And then I think she got
 7            mad that it didn't go her way, and she didn't want
 8            her lies to be exposed and all her -- you know, the
 9            stuff that she had done that was awful.  And she
10            really started picking on me about my pregnancy.
11            And she really decided that me being pregnant was a
12            problem.  She referenced more than one time, in her
13            opinion, that I could not do my job, because I was
14            pregnant, even though that's completely untrue.
15                 So I worked up until I had my son.  And I was
16            the only person on midnights picking up extra
17            shifts helping the floor out when I was terminated.
18            You know, she doesn't care about the floor.  It
19            was -- it was her attacking me.  I don't know why
20            she has a problem with pregnancy.  I don't know why
21            she has a problem with me having a family and
22            loving my family.
23    Q.      Yeah.  I guess the question, though, is:  Why was
24            it different with you than any other employee who
25            has a pregnancy and takes medical leave?
```

```
 1        many things.
 2   Q.   Any other reason?
 3   A.   I said no.
 4   Q.   Okay.  Sorry.  I didn't hear you.  Any reason other
 5        than what you've told me today as to why you
 6        believe that Franciscan retaliated against you
 7        under Title VII and the Pregnancy Discrimination
 8        Act?
 9   A.   You want me to say something different than what I
10        said?
11   Q.   No.  I'm asking if there's anything else other than
12        what you already told me.
13   A.   Additional?  No.
14   Q.   Anything other than what you told me as to why you
15        believe that Franciscan interfered with your
16        ability to take FMLA in October of 2019?
17   A.   They terminated me so that I was unable to take a
18        medical leave.
19   Q.   Okay.  Anything else?
20   A.   No, that's the only way they interfered is
21        terminating me.
22   Q.   Okay.  Anything other than what you've told me
23        today as to why you believe Franciscan retaliated
24        against you in anticipation of you taking FMLA in
25        October of 2019?
```