**In The Matter Of:**

*TARYN N. DUIS v.*
*FRANCISCAN ALLIANCE INC., et al.*

---

*DAWN SCOTT*
*May 7, 2021*
*Cause No. 2:20-cv-00078-PPS-APR*

---

*BOSS REPORTERS*
*Gary \* Merrillville \* Valparaiso, Indiana*
*3893 East Lincoln Highway (Rt. 30)*
*Merrillville, Indiana  46410*
*(219) 769-9090*



Original File 05-07-21 DAWN SCOTT.txt
Min-U-Script® with Word Index

**EXHIBIT 9**

DAWN SCOTT                                    21
Cause No. 2:20-cv-00078-PPS-APR

1   believe she had been in the past, but I'm not sure

2   on that.

3        Q.    Are there differences in duties between

4   a charge nurse and a registered nurse?

5        A.    Yes.

6        Q.    What are the difference in duties?

7        A.    The charge nurse is expected to take a

8   leadership role in the unit, help problem solve,

9   help make decisions related to assignments, help

10  facilitate any needs that other nurses in positions

11  and that sort of thing.  They would be expected to

12  assist if there were family issues.  They're a

13  point of contact to help resolve any sort of

14  issues.

15       Q.    Do they have the authority to discipline

16  registered nurses underneath them?

17       A.    No.

18       Q.    Are they expected to recommend

19  discipline to registered nurses if something goes

20  wrong on a shift?

21       A.    No.  They are expected to report

22  concerns but they don't recommend discipline.

23       Q.    Okay.  So they report any infractions by

24  a nurse or anything of that nature, correct?

25       A.    Yes.

DAWN SCOTT                                          24
Cause No. 2:20-cv-00078-PPS-APR

1   she?  No.

2        Q.    She would always check with someone?

3        A.    Yes.  Meaning the person that -- Well,

4   I'll let you ask your question.

5        Q.    Who would she have to check with if she

6   wanted to terminate a nurse?

7        A.    It would be a collaborative conversation

8   between whoever was wanting, like creating the --

9   whoever she was having the conversation with,

10  whether it's the nurse manager, whether it's

11  myself, whether it's the director, they would be

12  having a conversation with HR regarding

13  termination.  HR would never just do that without

14  involving the nursing leadership.

15       Q.    So it would be common that if a nursing

16  manager had a problem with a nurse, she would

17  normally make a recommendation either to the

18  director or HR regarding that nurse?

19       A.    And usually, you keep using the word

20  recommendation, normally if you have a problem, you

21  sit down and collaborate and make a decision as a

22  group if it's something -- especially regarding

23  termination.  So I don't know that I would use the

24  word recommendation in there.

25       Q.    Who would normally -- In terms of

1          A.    I would have been in agreement with that

2     decision.

3          Q.    And was that upon a recommendation of

4     Ms. Steinhilber?

5          A.    It was a discussion with Ms. Steinhilber

6     and HR and myself, and we agreed that that was --

7     would be the result.

8          Q.    Did Ms. Steinhilber recommend that

9     Ms. Duis be terminated?

10               MS. ROBERSON:  Objection.  I think you're

11    mischaracterizing her testimony.

12    BY MR. FOX:

13         Q.    Was it Ms. Steinhilber's opinion that

14    she made to you that Ms. Duis should be terminated?

15         A.    It was an agreement among us that we

16    would terminate Taryn.  I don't think it's fair to

17    say anyone recommended.  We all agreed after our

18    discussion of everything that this was the path,

19    and we didn't have any disagreement in that path.

20    I have no idea who said it first if that's what

21    you're asking me.

22         Q.    Did Ms. Steinhilber make it clear to you

23    that she believed that Ms. Duis should be

24    terminated?

25         A.    She agreed with that recommendation,

DAWN SCOTT                                    33
Cause No. 2:20-cv-00078-PPS-APR

1   Taryn's but -- so I might have been made aware at

2   the time if Dawn was terminated, but I was not

3   involved in any discussions and I am not

4   necessarily involved in any discussions.

5        Q.   Why were you involved in Taryn's?

6        A.   Because Taryn came to see me and I was

7   part of the decisionmaking process.

8        Q.   When Taryn came to see you, what do you

9   recall her telling you?

10       A.   So we had about a 15-minute

11  conversation.  It began with her or her mom making

12  statements about hopefully she wasn't going into

13  pre-term labor which is how I knew she was pregnant

14  and morphed into something about she had -- there

15  had been some incident at work and she had gone

16  home, whether it was an anxiety-related event or

17  something, and that Linda had called her as a

18  followup is my understanding to see when she would

19  be coming back to work, and Taryn felt she was very

20  non-compassionate.

21            Then we morphed into that she had

22  been suspended, and she had a right to know why she

23  was suspended, and I told her I was aware she was

24  suspended.  I didn't know the details and that HR

25  and Linda would get back to her on that.  And we

1  had that conversation several times because she

2  continued to demand to know why.

3              And then that morphed into Taryn

4  telling me she wanted to file a formal grievance

5  against Linda as her manager, and I told her at

6  that time that that was certainly well within her

7  rights but that I would ask her to do that through

8  HR so that we followed all the proper processes.

9              And she went on and made many

10  disparaging remarks about Linda, accused her of

11  lying, of trying to dig up dirt on her, and circled

12  back to the conversation about why she was being

13  suspended, kind of made excuses for -- she knew

14  why she was suspended but excused her behavior.

15  That was the gist of the conversation of

16  15 minutes.

17      Q.   You said she knew why she was

18  suspended?

19      A.   She knew why she was suspended.

20      Q.   And what did she tell you why she was

21  suspended?

22      A.   It had to do with refuting something for

23  a patient, so she told me that she -- at first she

24  said she didn't, but then later in the conversation

25  she said she was sure it was someone complaining

1    about her refusing to do something for a patient

2    and that she was busy and she just made excuses for

3    it.

4         Q.    Did she admit that she had done

5    something bad to a patient?

6         A.    She said that she was aware that -- she

7    made a comment that it had to do with this report

8    of something that she refused to do with a patient.

9         Q.    Had a patient filed a report against

10   Taryn Duis?

11        A.    No.

12        Q.    Are you aware of any patient ever filing

13   a report or a complaint against Taryn Duis?

14        A.    No.

15        Q.    Did she inform you that she was being

16   targeted by Ms. Steinhilber?

17        A.    She used those exact words.

18        Q.    Did she inform you that Ms. Steinhilber

19   had made derogatory comments regarding her

20   pregnancy?

21        A.    No.  What I recall from that

22   conversation is she thought she was uncaring and

23   unprofessional in her comments.

24        Q.    Did she inform you that Ms. Steinhilber

25   had made comments regarding her pregnancy

1    related -- and that related to Ms. Duis not being

2    able to do her job as a nurse?

3         A.    No.

4         Q.    If someone had come to you and said that

5    Ms. Steinhilber had made derogatory comments to

6    them about their pregnancy, what were you supposed

7    to do about that?

8         A.    I would refer that person to HR if they

9    had a grievance with their manager and then we

10   would investigate it fully.

11        Q.    At the end of the conversation that day

12   with Ms. Duis, did you report to HR about what

13   Ms. Duis had said regarding Ms. Steinhilber

14   targeting her?

15        A.    I had a conversation with HR.  I don't

16   recall the details of it.  I wrote up my summary of

17   the conversation and shared that with HR.

18        Q.    Was Ms. Steinhilber in that

19   conversation?

20        A.    Not my initial conversation with HR,

21   no.

22        Q.    So who did you speak with initially in

23   HR?

24        A.    Jessica Smosna.

25        Q.    Was that the same day of your

1   conversation with Ms. Duis?

2       A.    I'm not sure.  That day or the next day.

3       Q.    So do you deny that Ms. Duis had told

4   you that Ms. Steinhilber was treating her

5   differently due to her pregnancy during her

6   conversation with you in May of 2019?

7       A.    Yes.

8       Q.    Because if she would have, you would

9   have reported that to HR?

10      A.    Yes.

11      Q.    And what would HR be expected to do at

12  that point?

13      A.    Investigate her concerns or her claims

14  and investigate -- ask for Linda's side and

15  investigate it.

16      Q.    Did any investigation whether or not

17  Ms. Steinhilber had made derogatory comments

18  regarding Ms. Duis about her pregnancy ever occur?

19      A.    No.

20      Q.    Did Ms. Dawn Smith ever inform you that

21  she was being harassed by Ms. Steinhilber?

22      A.    No.

23      Q.    Have any other employees informed you

24  that they have been harassed by Ms. Steinhilber?

25      A.    No.

DAWN SCOTT                                   38
Cause No. 2:20-cv-00078-PPS-APR

1       Q.      Was Ms. Duis in her conversation with

2   you in May of 2019, was she making it clear that

3   in her mind she was being harassed by

4   Ms. Steinhilber?

5       A.      Yes, she said she was being targeted.

6       Q.      And if an employee is being targeted by

7   Franciscan, you're supposed to take those concerns

8   to HR?

9       A.      Yes.

10      Q.      And is that what you did?

11      A.      I had a conversation with HR about what

12  Taryn shared with me.

13      Q.      Do you know if HR did any investigation

14  into whether or not Ms. Steinhilber was harassing

15  Ms. Duis?

16      A.      So Taryn's claim for targeting was that

17  Linda was going to employees to get them to lie

18  against her, and in the investigation, Linda was,

19  in fact, going to employees to get the story or get

20  the facts of the complaint that had been made.

21      Q.      What complaint was that?

22      A.      That she had refused to answer this

23  call light with some profanity and was at the

24  nursing station, and so Linda reached out to the

25  witnesses of that to get their -- the facts of the

1   situation.  Taryn felt that was her being

2   targeted.

3       Q.    So in terms of the witnesses, do you

4   recall what shift Ms. Duis worked on?

5       A.    I believe she worked nights.

6       Q.    So do you know if -- do you know all of

7   the nurses that Ms. Steinhilber talked to regarding

8   those allegations?

9       A.    No.

10      Q.    Do you know whether she talked to all

11  the night nurses on that shift, that worked the

12  shift of this alleged complaint?

13      A.    I do not.

14      Q.    Do you know whether or not there was any

15  conclusion to the allegation that she was going

16  around trying to dig up dirt or question things

17  about Ms. Duis?

18      A.    So I believe at the end there were

19  several nurses that did make statements that this

20  is indeed what had happened on that night.

21      Q.    Do you know whether or not there were

22  nurses that actually informed Ms. Steinhilber that

23  the events did not take place?

24      A.    No.

25      Q.    Do you know whether or not

DAWN SCOTT                                40
Cause No. 2:20-cv-00078-PPS-APR

1    Ms. Steinhilber had conversations with nurses that

2    said -- that basically said no, this was being made

3    up and that it was a lie with regards to any

4    misconduct by Ms. Duis?

5        A.   No.

6        Q.   Would that have been something important

7    in an investigation if that had occurred?

8        A.   Yes.

9        Q.   Did you ever ask who Ms. Steinhilber --

10   who exactly she talked to or didn't talk to with

11   regards to the investigation?

12       A.   No.

13       Q.   What did -- Did you have any role in the

14   investigation into Ms. Duis after Ms. Duis was

15   suspended?

16       A.   No.  That was Linda and HR.

17       Q.   And ultimately what is your

18   understanding of the reason why Ms. Duis was

19   terminated?

20       A.   So at the end of the day, our rationale

21   as a group is she exhibited behaviors that we

22   thought were unbecoming of the unit, of a nurse, of

23   care for patients and we no longer wanted her in

24   our employ.

25       Q.   Do you know specifically what you

BOSS REPORTERS
(219) 769-9090

DAWN SCOTT                                      45
Cause No. 2:20-cv-00078-PPS-APR

1     Q.    I'm just going to show you.  Have you
2  ever seen this Exhibit 58, Defendant's Exhibit 58?
3     A.    Not that I recall.
4     Q.    Prior to meeting with Taryn and her mom,
5  had anyone brought anything to your attention that
6  there was a problem with regards to Taryn's
7  performance at Franciscan?
8     A.    No.
9     Q.    So this was news to you, correct?
10    A.    Taryn, I had never met her, didn't know
11  her before that.
12    Q.    Did you prior to being -- you had one
13  meeting where you determined that Taryn would be
14  terminated, correct?
15    A.    Yes.
16    Q.    Okay.  And during the meeting of the
17  termination of Taryn, was the information you were
18  receiving, was that from Ms. Steinhilber's
19  investigation?
20    A.    Yes, and my own interactions with
21  Taryn.
22    Q.    You mean your interaction when she came
23  to talk to you in early May?
24    A.    Yes.
25    Q.    That interaction where you deny that

1  she said anything regarding whether or not

2  Ms. Steinhilber was treating her differently based

3  on her pregnancy, correct?

4       A.    Right.

5       Q.    Because if she would have said that,

6  normally the procedure would have been for you to

7  go to HR, for HR to investigate those complaints of

8  discrimination, correct?

9       A.    Correct.

10      Q.    Do you know whether or not

11  Ms. Steinhilber was investigated in any manner

12  based upon Taryn's conversation with you in May of

13  2019?

14      A.    Not that I'm aware of.  I'm not quite

15  sure I understand that question.

16      Q.    And prior to Taryn coming into your

17  office in May of 2019, you weren't aware of any

18  performance problems of Taryn's, correct?

19      A.    Correct.

20      Q.    And at the time that you made -- were

21  involved in the decision to terminate Taryn, did

22  you ever go back and look at Taryn's personnel

23  file?

24      A.    No.

25      Q.    Did you ever look -- go back and look at

1   behavior and other performance?

2        A.    No.

3        Q.    You said you took notes regarding your

4   conversation with Ms. Duis and her mom.  Did you

5   actually take notes while they were talking?

6        A.    I don't know.  I wrote notes afterwards

7   while it was fresh in my mind, but I don't know if

8   I wrote anything down at the time.

9        Q.    Okay.  And then did you type up those

10  notes?

11       A.    Yes.

12       Q.    So you actually handwrote some notes?

13       A.    I don't know.

14       Q.    It's possible but you don't know?

15       A.    Right.  I might have taken notes during

16  the conversation and then I typed -- I may have

17  notes from the conversation that I used to type up

18  my summary, but I didn't handwrite a summary before

19  I typed.

20       Q.    Is failing to answer a call light

21  untimely grounds for immediate termination?

22       A.    No.

23       Q.    Sometimes nurses get busy and they

24  simply can't answer every call light?

25       A.    Correct.

1      A.    No.

2      Q.    When Ms. Duis met with you in May of

3  2019, did she relate to you comments

4  Ms. Steinhilber made to her regarding Ms. Duis

5  taking maternity leave?

6      A.    No.

7      Q.    Did Ms. Duis report to you in May of

8  2019 that Ms. Steinhilber was trying to get dirt on

9  her?

10     A.    She used the word, I said it before, but

11 a general sense of that, that she was targeting

12 her.

13     Q.    And I believe you said that your

14 conversation with Ms. Duis and her mother was

15 15 minutes?

16     A.    Approximately.

17     Q.    Just to be clear, it's your testimony

18 that during this meeting with Ms. Duis and her

19 mother that there was no mention at all that

20 Ms. Steinhilber was treating Ms. Duis differently

21 because she was pregnant?

22     A.    Correct.

23     Q.    And you typed up a note regarding your

24 conversation with Ms. Duis and her mother,

25 correct?

DAWN SCOTT                          58
Cause No. 2:20-cv-00078-PPS-APR

```
 1        A.    Yes.

 2        Q.    Okay.  And how long was that

 3   conversation?

 4        A.    I have no idea.

 5        Q.    Do you take -- Was that just reiterating

 6   what was in your note?

 7        A.    Yes.

 8        Q.    And did you provide a copy of that note

 9   to Ms. Smosna?

10        A.    I don't know.

11        Q.    Did you provide a copy of that note to

12   anybody at that time?

13        A.    I don't know.

14        Q.    It's possible?  You can't remember?

15        A.    Correct.

16        Q.    And did you give any instructions to

17   Ms. Smosna based upon your conversations with Taryn

18   and her mom?

19        A.    Did I give her any instructions?

20        Q.    Yes.

21        A.    No.

22        Q.    You just relayed the conversation?

23        A.    Yes.

24        Q.    And what was your next involvement in

25   terms of Ms. Duis, do you recall?
```

1      A.    That I recall it was sitting down having

2   a conversation of once things had been

3   investigated, my interaction with her and HR, Linda

4   and making a decision on how to proceed.

5      Q.    So that would have been your

6   conversation in a face-to-face meeting with Linda

7   and Travis?

8      A.    I don't believe Travis was there.  I

9   don't recall.

10     Q.    So that would be Linda and Jessica and

11  the HR director?

12     A.    Yes.

13     Q.    And that was at that meeting that it was

14  confirmed that you were going -- that Franciscan

15  was going to proceed with termination?

16     A.    Correct.

17     Q.    And how long was that meeting?

18     A.    I don't know.

19     Q.    And were you relaying -- were you

20  relying in terms of agreeing with them, were you

21  relying on the results of the investigation?

22     A.    Not completely.

23     Q.    What else were you relying on?

24     A.    My personal interaction with Taryn in

25  the office.

**DAWN SCOTT** 60
**Cause No. 2:20-cv-00078-PPS-APR**

```
 1        Q.    You mean your conversation that you had
 2   with Taryn and mom?
 3        A.    Yes.
 4        Q.    Why was that a factor in your
 5   determination?
 6        A.    Because I believed that at the end of
 7   the conversation that Taryn was probably one of the
 8   most toxic individuals I had ever met, and I was
 9   very uncomfortable continuing to have her care for
10   patients.
11        Q.    Based upon a conversation where she told
12   you that she believed, that Taryn believed she was
13   being targeted by Linda?
14        A.    And the other pieces of that
15   conversation.  It was a very aggressive
16   conversation.
17        Q.    Did she use profanity?
18        A.    No.
19        Q.    Do you know whether or not her
20   allegations that she was being targeted were
21   investigated?
22        A.    To the sense that her accusation was
23   that Linda was going to employees to get them to
24   collaborate or corroborate this complaint, and yes,
25   Linda was going to employees and those employees
```

DAWN SCOTT                                72
Cause No. 2:20-cv-00078-PPS-APR

1  leave, was that part of your discussion with

2  regards to the termination of Ms. Duis?

3      A.   No.

4      Q.   Was it ever brought up that she was

5  excited to be on maternity leave during your

6  discussion in the termination meeting with

7  Ms. Steinhilber that Taryn was excited to be on

8  maternity leave?

9      A.   No.

10     Q.   Do you believe that on a disciplinary

11  notice that being excited for being on maternity

12  leave should not be a reason for discipline?

13     A.   So if the context of that was that Taryn

14  couldn't wait to no longer be there, reflecting her

15  willingness to be there and care for patients, that

16  would make sense.  Simply being excited to be on

17  maternity leave, no.

18     Q.   Did someone tell you what you just

19  said?

20     A.   No.  I'm just reading that and I would

21  read that to say that I don't want to be here, I

22  can't wait to be on maternity leave is how I would

23  read that statement.

24     Q.   But that was not -- in your termination,

25  the fact that Taryn was excited or not excited

DAWN SCOTT                                        73
Cause No. 2:20-cv-00078-PPS-APR

1  about maternity leave was never brought up,

2  correct?

3      A.    Correct.

4      Q.    So this allegation that someone being

5  too excited about being on maternity leave, that

6  was not part of the decision to terminate Ms. Duis

7  in your mind, correct?

8      A.    Correct.

9      Q.    Do you recall whether or not anyone in

10 the termination meeting recommended that Ms. Duis

11 not be terminated but receive written counseling?

12     A.    Nobody recommended that.

13     Q.    Did anyone recommend that she receive a

14 written warning instead of termination?

15     A.    No.

16     Q.    Did anyone recommend that she receive a

17 final written warning instead of termination?

18     A.    No.

19     Q.    Could those have all been possibilities

20 for Ms. Duis outside of termination?

21     A.    Yes.

22     Q.    But it was never even -- was that

23 subject even broached by anyone?

24     A.    I don't remember the exact content of

25 how we got to we all recommended or all agreed that