UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 2:20-CV-78-PPS |
| | ) |
| FRANCISCAN ALLIANCE INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant filed a motion for summary judgment, supported by numerous exhibits. I will require courtesy copies of this filing and all subsequent briefing and exhibits to be delivered to my chambers in Hammond.

**ACCORDINGLY:**

Courtesy copies of the motion for summary judgment and all associated briefing and exhibits shall be delivered to Judge Simon's Hammond chambers no later than **September 28, 2021**. Courtesy copies of all future filings relating to the summary judgment motion must also be delivered to chambers promptly after electronic filing of the same.

**SO ORDERED on September 14, 2021.**

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT