**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **TARYN N. DUIS,** | ) |
| | ) |
| **Plaintiff.** | ) |
| **v.** | ) CAUSE NO:  **2:20-CV-00078-PPS-APR** |
| | ) |
| **FRANCISCAN ALLIANCE INC., a/k/a** | ) |
| **FRANCISCAN HEALTH CROWN** | ) |
| **POINT** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## PLAINTIFF'S APPENDIX IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

Exhibit A:    Statement of Genuine Disputes and Statement of Additional Facts in opposition to

Defendant's Motion for Summary Judgment.

Exhibit B:    Defendant's Answer to Complaint

Exhibit C:    Deposition excerpts of Taryn Duis and Exhibit (8)

Exhibit D:    Deposition excerpts of Dawn Scott and Exhibit (10)

Exhibit E:    Deposition excerpts of Linda Steinhilber and Exhibits (17, 19, 20, 22, 26, and 27)

Exhibit F:    Declaration of Kim Buchanan

Exhibit G:    Defendant's Responses to Plaintiff's First Set of Interrogatories (3, 4, 5)

Respectfully Submitted,


*/s/ Ryan C. Fox*
Ryan C. Fox
Ryan P. Sink
Attorneys for Plaintiff

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220
rfox@foxsinklaw.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document

was served this 1st day of November, 2021, by the Court's electronic filing system to the

following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com

*/s/ Ryan C. Fox*
Ryan C. Fox