

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, )<br>)<br>Plaintiff, )<br>v. ) CAUSE NO: 2:20-CV-00078-TLS-APR<br>)<br>FRANCISCAN ALLIANCE INC., a/k/a )<br>FRANCISCAN HEALTH CROWN )<br>POINT )<br>Defendant. )<br>)<br>) | |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendant Franciscan Alliance Inc. a/k/a Franciscan Health Crown Point ("Franciscan") by counsel, pursuant to Federal Rule of Civil Procedure 33 responds to the Plaintiff's First Set of Interrogatories as follows:

## GENERAL RESPONSES AND OBJECTIONS

Franciscan makes the following objections to the Interrogatories. Each of the general objections set forth herein is applicable to, and is hereby incorporated into, each and every response by Franciscan, and each response is made subject to and without waiver of any objection.

1. Franciscan objects to each Interrogatory to the extent it seeks information protected from disclosure by the attorney/client privilege, attorney work product doctrine, and/or any other applicable privilege. Unless expressly indicated otherwise, the provision of any such protected information shall be deemed inadvertent and shall not be construed to constitute a waiver, limited or otherwise, of any applicable privilege or protection.

**ANSWER:** Franciscan refers Plaintiff to the documents being produced as they contain accurate records of Plaintiff's employment and her supervisors. Notwithstanding such documents, Plaintiff worked for Franciscan from August 6, 2015 through May 14, 2019. During that time, she held the position of Registered Nurse (a job description is being provided). Plaintiff was supervised by the following individuals: Deb Kingery, Travis Thatcher Curtis, Michael Lane, and Linda Steinhilber. During Plaintiff's employment as a RN, she was paid $26/hour.

Deb Kingery was a Nursing Manager who worked for Franciscan from May 21, 1990 until April 18, 2018; her last known phone number is (219) 222-4213. Travis Thatcher Curtis began working for Franciscan on March 28, 2010 and is currently the Director of Nursing Operations. Michael Lane began working for Franciscan on March 19, 2018 as a Nursing Manager, and he currently works for Franciscan at its Dyer location. Linda Steinhilber began working for Franciscan on December 10, 2018 and is currently a Nursing Manager.

**INTERROGATORY 3.** Describe in detail all instances where Plaintiff was disciplined (formal or informal) for any reason during her tenure. Include the following:

    a. Date of alleged violation;

    b. Date of discipline;

    c. Manner and substance of alleged violation and discipline; and,

    d. Identity of persons involved in disciplining said individual(s).

**ANSWER:** Plaintiff was not issued any disciplinary action other than her termination. Franciscan refers Plaintiff to her personnel file that is being provided in its response to Plaintiff's Request for Production No. 1 for additional details regarding her termination.

**INTERROGATORY 4.** Please describe in detail all conversations in which Plaintiff discussed her need for maternity / FMLA leave in 2019 with her Supervisors as admitted in Defendant's Answer to Plaintiff's Complaint. For each such discussion please provide the following:

4

1. Date Plaintiff discussed the need for maternity / FMLA leave;

2. Identity including name, job title, address, and telephone number of the individual Plaintiff discussed the need for maternity / FMLA leave;

3. Whether Defendant objected or agreed to Plaintiff taking said maternity / FMLA leave; and,

4. If yes, a description of any and all action taken by the Defendant after Plaintiff notified Defendant that she be taking maternity / FMLA leave.

**ANSWER:** Plaintiff advised Linda Steinhilber when they met in March 2019 that she was pregnant and would likely be taking leave in October when her baby was born. Plaintiff did not specifically mention and never requested FMLA leave. Ms. Steinhilber had no objection to Plaintiff taking leave and has had numerous employees under her supervision take various types of leave, including due to the birth of a child and leave under the FMLA.

**INTERROGATORY 5.** Describe in detail the decision making process and rationale for terminating Plaintiff's employment. Include the following:

1. Alleged reason for termination;

2. Individual(s) responsible for making decision to terminate;

3. Date of termination and date of decision to terminate; and,

4. Whether an investigation preceded termination and if so, purpose and results of investigation

**ANSWER:** Plaintiff's employment was terminated on May 14, 2019 for her unsatisfactory behavior and performance. The following individuals made the decision to terminate Plaintiff's employment: Linda Steinhilber, Dawn Scott, and Travis Thatcher Curtis. Prior to Plaintiff's termination of employment, there was an investigation conducted into her behavior and the allegations were found to be substantiated. For further information regarding Plaintiff's termination and the investigation please see her personnel file that is being provided in response to Plaintiff's Request for Production No. 1.

5

## VERIFICATION

Nita Wirkus, under the penalties of perjury, says that she is authorized by Franciscan Alliance, Inc. ("Franciscan") to sign the foregoing Reponses to Plaintiff's First Set of Interrogatories; that she has read the foregoing document and knows the contents thereof; that the matters stated in the foregoing document may not all be within her personal knowledge; that said responses were prepared with the assistance of employees of and counsel for Franciscan upon which she has relied; that the responses set forth herein, subject to inadvertent and undiscovered errors, are based upon and necessarily limited by the records and information still in existence, presently recollected, and thus far discovered in the course of preparation of those responses; and consequently Franciscan reserves the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available; and that subject to the limitations set forth herein, these responses are true to the best of her knowledge, information and belief.

Date: August 19, 2020

*[signature]*
Nita Wirkus
Director, Human Resources
on behalf of
Franciscan Alliance, Inc.

As to objections,

Date: August 21, 2020         By: *Elizabeth Roberson*

Elizabeth M. Roberson, Atty. No. 34097-64
Amy J. Adolay, Atty. No. 23147-49
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
              (317) 238-6330
Facsimile:  (317) 636-1507
Email: eroberson@kdlegal.com
          aadolay@kdlegal.com

*Counsel for Defendant Franciscan Alliance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2020 a copy of the foregoing was served via U.S. Mail, postage prepaid on the following:

Ryan C. Fox
Ryan P. Sink
Fox Williams & Sink LLC
6177 North College Avenue
Indianapolis, Indiana  46220

By: *Elizabeth Roberson*
Elizabeth M. Roberson, Atty. No. 34097-64

KD_10821408_8.docx

14