UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| Plaintiff. | ) |
| v. | ) CAUSE NO: 2:20-CV-78-PPS |
| FRANCISCAN ALLIANCE INC., a/k/a FRANCISCAN HEALTH CROWN POINT, | ) |
| Defendant. | ) |

## SECOND AFFIDAVIT OF NITA WIRKUS

I, Nita Wirkus, under the penalties of perjury, hereby state as follows:

1. I am over eighteen (18) years of age.

2. The facts set forth in this Affidavit are known to me to be true based upon my personal knowledge of such facts and, if called upon to testify as a witness, I am competent to testify to these facts.

3. I am employed by Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan") as the Director of Human Resources.

4. In the role as Director of Human Resources, I am familiar with Franciscan's human resources department, employees, personnel records, employment policies and procedures, investigations, disciplinary records, terminations, job descriptions of employees, requests for and approval of FMLA leave, and other employment practices.

5. I have regularly reviewed the records and other documents routinely prepared and/or maintained by or for the benefit of Franciscan as it relates to my testimony in this Affidavit. Franciscan's records are made or obtained in the ordinary course of business by persons who have

**EXHIBIT 10**

a business duty to Franciscan to make or provide these records. This Affidavit is based upon my review of such records and other documents, as well as my personal knowledge.

6. I am submitting this Affidavit in support of Franciscan's Motion for Summary Judgment on the Complaint filed by Plaintiff Taryn N. Duis ("Duis").

7. Franciscan has a process it follows for investigating reports regarding employee misconduct. After a report is received it is determined whether such behavior needs to be investigated, depending on the severity and whether it aligns with Franciscan values. The investigation is usually conducted by the supervisor, a member of management, or Human Resources. If the reported behavior is substantiated, a discussion with Human Resources is held regarding the next course of action. Depending on the severity of the conduct, suspension may be warranted while a decision is made whether to terminate the employee's employment. If an employee is suspended, they are informed of their suspension and given a chance to respond to the allegations against him or her. Between the time of the suspension and the meeting to determine what the appropriate discipline will be, the investigation notes are typed up and the corrective action paperwork is filled in except the box "Action Taken". The Action Taken is determined at the termination meeting between the decision-makers and human resources after discussing the findings of the investigation. After an agreement is arrived at between all involved, the Action Taken is filled in and the Corrective Action is presented to the employee either by phone or in person.

8. This investigation procedure described above was followed in the case of Duis.

**EXHIBIT 10**

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Date: 11/15/21

Nita Wirkus, Director of Human Resources
Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point

KD_13601442_2.docx

3

**EXHIBIT 10**