UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
|     Plaintiff. | ) |
| | ) |
|     v. | )   CAUSE NO: 2:20-CV-78-PPS |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## SECOND AFFIDAVIT OF JESSICA SMOSNA

I, Jessica Smosna, under the penalties of perjury, hereby state as follows:

1. I am over eighteen (18) years of age.

2. The facts set forth in this Affidavit are known to me to be true based upon my personal knowledge of such facts and, if called upon to testify as a witness, I am competent to testify to these facts.

3. I am employed by Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan") as a Manager of Human Resources.

4. In my role as a Manager of Human Resources, I am familiar with Franciscan's human resources department, employees, personnel records, employment policies and procedures, investigations, disciplinary records, terminations, job descriptions of employees, requests for and approval of FMLA leave, and other employment practices.

5. I have regularly reviewed the records and other documents routinely prepared and/or maintained by or for the benefit of Franciscan as it relates to my testimony in this Affidavit. Franciscan's records are made or obtained in the ordinary course of business by persons who have

**Exhibit 11**

a business duty to Franciscan to make or provide these records. This Affidavit is based upon my review of such records and other documents, as well as my personal knowledge.

6. I am submitting this Affidavit in support of Franciscan's Motion for Summary Judgment on the Complaint filed by Plaintiff Taryn N. Duis ("Duis").

7. On May 9, 2019, Linda Steinhilber ("Steinhilber") and I called Duis to inform her that she was suspended pending investigation. During this telephone call, Steinhilber read each statement she had received from employees regarding the May 8, 2019 call-light incident. During this telephone call, I took notes regarding Duis's responses to each of the employees' statements. A true and accurate copy of my May 10, 2019 meeting notes is attached hereto as Exhibit A.

8. I have reviewed Duis's May 14, 2019 Corrective Action Form and can verify that that the statement: "Taryn stated she said she couldn't wait until October to be on maternity leave" was stated by Duis during the May 9, 2019 call.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Date: 11/15/2021

*Jessica Smosna*
Jessica Smosna (Nov 15, 2021 11:02 CST)
Jessica Smosna, Manager of Human Resources
Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point

KD_13601470_3.docx

2

**Exhibit 11**

# Exhibit 11 - Second Affidavit of Jessica Smosna

Final Audit Report                                                          2021-11-15

| | |
|---|---|
| Created: | 2021-11-15 |
| By: | Elizabeth Roberson (eroberson@kdlegal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8acsPUnDjmibS5suaXUfzjlCkulbu-Zw |

## "Exhibit 11 - Second Affidavit of Jessica Smosna" History

- Document created by Elizabeth Roberson (eroberson@kdlegal.com)
  2021-11-15 - 4:59:16 PM GMT- IP address: 209.43.60.102

- Document emailed to Jessica Smosna (jessica.smosna@franciscanalliance.org) for signature
  2021-11-15 - 4:59:50 PM GMT

- Email viewed by Jessica Smosna (jessica.smosna@franciscanalliance.org)
  2021-11-15 - 5:01:32 PM GMT- IP address: 104.47.58.126

- Document e-signed by Jessica Smosna (jessica.smosna@franciscanalliance.org)
  Signature Date: 2021-11-15 - 5:02:29 PM GMT - Time Source: server- IP address: 73.72.170.193

- Agreement completed.
  2021-11-15 - 5:02:29 PM GMT

Adobe Sign                                                       **Exhibit 11**

Call to Taryn Davis on 5/9/19. To discuss alle
Present Linda Stanbeller manager, Jes
PCA Sleeping - don't know

Don't recall saying anything like that
morning.

I said I can't wait til October

I suppose I've said I hate my job.

I feel I'm being targeted.

I said I would work c Linda to
help move the unit forward.

I don't how me being frustated at time
I'm getting suspended.

**EXHIBIT A**