```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF INDIANA
                       HAMMOND DIVISION


  TARYN N. DUIS,                     )
                                     )
          Plaintiff,                 )
                                     )
          -v-                        )   Cause No.
                                     )   2:20-CV-78-TLS-APR
                                     )
  FRANCISCAN ALLIANCE INC.,          )
  a/k/a FRANCISCAN HEALTH            )
  CROWN POINT,                       )
                                     )
          Defendant.                 )
```

The deposition upon oral examination of TARYN N. DUIS, a witness produced and sworn before me, Catherine M. Stefaniak, CSR, Notary Public in and for the County of Lake, State of Indiana, taken on behalf of the Defendant at Krieg DeVault, LLP, 8001 Broadway, Suite 400, Merrillville, Indiana, on Monday, March 22, 2021, at 9:00 a.m., pursuant to the Federal Rules of Civil Procedure.

```
              STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
                       (800) 869-0873
```

**EXHIBIT 12**

```
 1          and J. Smosna, which is Jessica Smosna, noting that
 2          it's for you and your termination of employment.
 3          Have you seen this document before?
 4    A.    I don't know.
 5    Q.    Take your time.  It's the first three pages of this
 6          exhibit.
 7    A.    I don't know if I have seen this.  Yeah, I believe
 8          I seen this at my unemployment hearing.
 9    Q.    Okay.  On the fourth page of this exhibit, it says:
10          Co-worker statement of facts form.  It's a
11          statement that appears to be from a Connie Snow?
12    A.    Yeah.
13    Q.    This says:  Taryn was excited, stating she hates
14          being a nurse and doesn't want to come back after
15          October.  Did you ever make that statement to
16          Connie Snow?
17    A.    That I hate being a nurse?
18    Q.    Yes.
19    A.    It may have come out of my mouth at some point.
20    Q.    What about that you didn't want to come back after
21          October?
22    A.    It's a possibility.  It says, Taryn's appearance
23          was elevated and anxious.  So sometimes people say
24          stuff when they're having a bad day.
25    Q.    Okay.  Was Connie Snow on nights or days?
```

**EXHIBIT 12**

```
 1              making stuff up just totally out of thin air.
 2     Q.       And why do you think she was making stuff up?
 3     A.       I'm 100 percent certain.  She gave me a whole
 4              scenario about on a Monday, I said this.  And I
 5              don't work Sunday night, so I'm never there Monday
 6              morning.  And I looked back.  I hadn't worked a
 7              Monday since September of 2018.  But she was so --
 8              she just kept saying this lie about how on Monday,
 9              you said this.  And it was -- it was just a total
10              lie.  She just -- she just makes things up.
11     Q.       Okay.  In the middle column there, it says Beth?
12     A.       Yes.
13     Q.       Do you know who that is?
14     A.       Yes.  It's one of the charge nurses in the
15              emergency room.
16     Q.       Do you know her last name?
17     A.       Yes, Chaffin.
18     Q.       Can you spell that?
19     A.       C-h-a-f-f-i-n, I think.  I'm not positive.
20     Q.       And you said she is a charge nurse in the --
21     A.       Yeah.  She is one of the charge nurses in the
22              emergency room -- or she was.  I don't know if
23              she's still there.
24     Q.       And is this your statement in the middle column
25              there in your text with Beth, it says:  Apparently,
```

**EXHIBIT 12**

```
 1              Jen Justice told our psycho new manager that I was
 2              excited about maternity leave and so she told me
 3              that me being excited about maternity leave is rude
 4              so she fired me?
 5    A.        Yes.
 6    Q.        Is that your statement?
 7    A.        Yes.
 8    Q.        Okay.  The next line down says:  She's a bitch.  Is
 9              that your statement?
10    A.        Yes.
11    Q.        And are you referring to Linda?
12    A.        Yes.
13    Q.        On the next page, 41 at the bottom, the left-hand
14              column appears to be -- or actually, the whole page
15              appears to be text messages between you and Dawn
16              Cross; is that correct?
17    A.        Yes.
18    Q.        And if you look at the top box on the left-hand
19              side, there is a statement that says:  And I am
20              basically suspended because I refused to lie about
21              Dawn.  Is that your statement?
22    A.        Yes.
23    Q.        Okay.  On the next page, 42 at the bottom.
24    A.        Uh-huh.
25    Q.        The text box in the top left corner, it says
```

**EXHIBIT 12**

```
 1              THE WITNESS:  (Nodding).
 2              MS. ADOLAY:
 3    Q.   If you look at the third page of this document, at
 4         the top, it says:  And I no longer have to be
 5         bullied by a truly evil and clueless manager.  Is
 6         that your statement?
 7    A.   Yes.
 8    Q.   Okay.  And who are you saying that to?
 9    A.   I was just saying it on my page.
10    Q.   Okay.
11    A.   I made a post.
12    Q.   If you look at the page before, there's a message
13         from PSWoodruff?
14    A.   Yes.
15    Q.   And then it looks like you're perhaps responding to
16         a comment by PSWoodruff, is that correct?
17    A.   Yes.
18    Q.   And your response to PSWoodruff is:  We love you,
19         too, because unlike them --
20    A.   No.  My response is:  We love you, too.  And that's
21         it.
22    Q.   Okay.  So do you know who you were making this
23         statement to?
24    A.   It's a post on a picture.
25    Q.   So anyone who you're friends with on Instagram
```

**EXHIBIT 12**

```
 1              could see this post?
 2    A.        Anybody who I accepted to follow -- who I accepted
 3              for them to follow me could see it.
 4    Q.        Okay.  Do you know how many followers you have?
 5    A.        Not very many.  I don't know.
 6    Q.        Approximately.  I mean, are we talking about 100?
 7              Are we talking about 1,000?
 8    A.        Maybe 100.  Maybe 100.
 9    Q.        Are all of those people employed by Franciscan?
10    A.        No.
11    Q.        And who were you referencing in terms of and I no
12              longer have to be bullied by a truly evil and
13              clueless manager?
14    A.        Linda.
15    Q.        If you look at the fourth page --
16    A.        Uh-huh.
17    Q.        -- of this document, it appears to be a post by you
18              at the bottom?
19    A.        Yes.
20    Q.        And then you make a statement:  I was under extreme
21              stress for the last three months of my pregnancy?
22    A.        Uh-huh.
23    Q.        When were the last three months of your pregnancy?
24    A.        June, July and August, right after I was fired.
25    Q.        Okay.  And what was your extreme stress in June,
```

**EXHIBIT 12**