UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS,               ) | |
|                                  ) | |
|     Plaintiff.               ) | |
|                                  ) | CAUSE NO: 2:20-CV-78-TLS-APR |
|                                  ) | |
| FRANCISCAN ALLIANCE INC., a/k/a  ) | |
| FRANCISCAN HEALTH CROWN       ) | |
| POINT,                     ) | |
|     Defendant.              ) | |
|                                  ) | |
|                                  ) | |

## JOINT MOTION TO CONTINUE TRIAL DATE

Plaintiff Taryn Duis ("Duis") and Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan"), (collectively "the parties"), pursuant to Rule 16-3 of the Local Rules of the United States District Court, Northern District of Indiana, jointly move to continue the February 24, 2022 final pretrial conference and the March 28, 2022 trial date in this case set forth in ECF 28. In support hereof, the parties respectfully show the Court as follows:

1. On July 15, 2021, this Court held a telephonic pretrial conference and set the final pretrial conference for February 24, 2022 and trial date in this case for March 28, 2022.

2. Since that date, Franciscan has filed a dispositive motion for summary judgment and such motion was fully briefed as of November 15, 2021.

3. This Court has not yet issued a ruling on Franciscan's Motion for Summary Judgment.

4. The parties wish to receive a ruling on the pending dispositive motion prior to expending the significant resources necessary to prepare for trial.

5.      Expending such resources will substantially increase costs for both parties prior to the determination of whether a trial will be necessary.

6.      This is the parties' first motion to continue the trial date and it is not being made for an improper purpose, to prejudice any party, or to cause undue delay.

7.      In accordance with LR 16-3(b), the undersigned counsel has consulted with their respective clients, and the clients are aware of and support this motion to have the trial reset after the Court has had the opportunity to rule on Franciscan's Motion for Summary Judgment.

**WHEREFORE**, the parties, by counsel, respectfully request that the trial date and all related pretrial deadlines in this case be continued and reset until after a ruling on Franciscan's Motion for Summary Judgment is received by all parties and for all other just and proper relief.

Respectfully Submitted,

/s/ *Elizabeth M. Roberson*
Elizabeth M. Roberson, Atty. No. 34097-64
Amy J. Adolay, Atty. No. 23147-49
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
              (317) 238-6330
Facsimile:  (317) 636-1507
Email: eroberson@kdlegal.com
           aadolay@kdlegal.com

*Counsel for Defendant Franciscan Alliance, Inc.*

/s/ *Ryan C. Fox*    (with permission)
Ryan C. Fox, Atty. No. 21631-49
Ryan P. Sink, Atty. No. 27350-29
FOX & SINK LLC
6117 North College Avenue
Indianapolis, IN 46220
Telephone: (317) 254-8500
Email: rfox@foxsinklaw.com
           rsink@foxsinklaw.com

*Counsel for Plaintiff Taryn N. Duis*

KD_13706201_3.docx