UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
|    Plaintiff. ) | |
| ) | CAUSE NO: 2:20-CV-78-PPS-APR |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

The parties filed a Joint Motion to Continue Trial Date. [DE 36.] Having reviewed the motion, and being duly advised, the Motion is **GRANTED**.

The final pretrial conference previously set for February 24, 2022 is now reset to **May 26, 2022 at 11:00 a.m. Hammond/Central Time**, the trial date previously set for March 28, 2022 is now reset to **June 27, 2022 at 8:30 a.m. Hammond/Central Time**, as the second civil setting.

Entered on January 20, 2022.

                                                                            /s/ Philip P. Simon
                                                                            PHILIP P. SIMON, JUDGE
                                                                            UNITED STATES DISTRICT COURT