UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff. | ) |
| | ) CAUSE NO: 2:20-CV-78-PPS |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| Defendant. | ) |
| | ) |
| | ) |

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan"), pursuant to Rule 16-3 of the Local Rules of the United States District Court, Northern District of Indiana, moves to continue the May 26, 2022 final pretrial conference and the June 27. 2022 trial date in this case set forth in ECF 37.  In support hereof, Franciscan respectfully shows the Court as follows:

1.  On January 19, 2022, both Plaintiff and Franciscan filed a Joint Motion to Continue the Trial Date and requested a new trial date be set after the issuance of a decision on Franciscan's Motion for Summary Judgment. (ECF 36).

2.  This Court granted the Joint Motion to Continue Trial Date and reset the final pretrial conference for May 26, 2022 and the trial date for June 27, 2022. (ECF 37).

3.  Unfortunately, counsel for Franciscan has various conflicts with the trial date. Specifically, Mrs. Roberson will be out on maternity leave from mid-May 2022 until mid-

September 2022. Further, Mrs. Adolay has a prior scheduled commitment for the end of the week of June 27, 2022 and will be out of the continental United States.

4. Accordingly, Franciscan respectfully requests the trial date be reset.

5. In order to avoid further scheduling conflicts, counsel for both Plaintiff and Franciscan have conferred and are available for trial during the following weeks:

   a. October 24, 2022 through October 28, 2022

   b. November 7, 2022 through November 11, 2022

6. In the event neither of these weeks are available for the Court, Franciscan respectfully requests a scheduling conference to reset the current final pretrial conference and trial date.

7. Counsel for Franciscan discussed this motion with Plaintiff's Counsel and he indicated he had no objection.

8. This motion is not made for the purpose of delay or to prejudice any party.

8. In accordance with LR 16-3(b), the undersigned counsel and counsel for Plaintiff have consulted with their respective clients, and the clients are aware of and support this motion to have the trial reset based on the dates identified above, or that a scheduling conference be held to set a new final pretrial conference and trial date.

**WHEREFORE**, Franciscan respectfully request that the trial date and all related pretrial deadlines in this case be continued and reset based on the available dates identified above, or that a scheduling conference be held to set a new final pretrial conference and trial date.

Respectfully Submitted,

/s/ *Elizabeth M. Roberson*
Elizabeth M. Roberson, Atty. No. 34097-64
Amy J. Adolay, Atty. No. 23147-49
KRIEG DEVAULT LLP

12800 N. Meridian Street, Suite 300  
Carmel, IN 46032  
Telephone: (317) 238-6342  
               (317) 238-6330  
Facsimile:  (317) 636-1507  
Email: eroberson@kdlegal.com  
          aadolay@kdlegal.com  

*Counsel for Defendant Franciscan Alliance, Inc.*

KD_13749570_2.docx