UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 2:20-CV-78-PPS |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties filed an Unopposed Motion to Continue Trial Date. [DE 38.] Having reviewed the motion, and being duly advised, the Motion is **GRANTED**.

The final pretrial conference previously set for May 26, 2022 is **VACATED**. The final pretrial conference is now reset to **September 16, 2022 at 10:00 a.m. Hammond/Central Time.**

The trial date previously set for June 27, 2022 is **VACATED**. The trial date is now reset to **October 24, 2022 at 8:30 a.m. Hammond/Central Time**.

Entered on February 8, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT