UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS,  )<br>  )<br>    Plaintiff.  )<br>  )<br>  )<br>FRANCISCAN ALLIANCE INC., a/k/a  )<br>FRANCISCAN HEALTH CROWN  )<br>POINT,  )<br>    Defendant.  )<br>  )<br>  ) | CAUSE NO: 2:20-CV-78-TLS-APR |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Defendant Franciscan Alliance Inc., a/k/a Franciscan Health Crown Point**, **more properly named as Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point**.

Dated: August 11, 2022      By:   Robert A. Anderson, Atty. No. 15359-71
                                                KRIEG DEVAULT LLP
                                                8001 Broadway, Suite 400
                                                Merrillville, IN  46410
                                                Telephone: (219) 227-6100
                                                Facsimile:  (219) 227-6101
                                                Email: randerson@kdlegal.com

                                                *Counsel for Defendant Franciscan Alliance, Inc.*

KD_14042987_1.docx