## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff. ) | |
| ) | CAUSE NO: 2:20-CV-78-PPS |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| Defendant. ) | |
| ) | |

## JOINT NOTICE OF CONSENT

Plaintiff Taryn Duis and Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point, by counsel, hereby notify the Court that they have agreed to consent to Magistrate Judge Rodovich handling this case going forward.

Respectfully Submitted,

/s/ *Elizabeth M. Roberson*  
Elizabeth M. Roberson, Atty. No. 34097-64  
Amy J. Adolay, Atty. No. 23147-49  
KRIEG DEVAULT LLP  
12800 N. Meridian Street, Suite 300  
Carmel, IN 46032  
Telephone: (317) 238-6342  
           (317) 238-6330  
Facsimile:  (317) 636-1507  
Email: eroberson@kdlegal.com  
           aadolay@kdlegal.com  
Robert A. Anderson, Atty. No. 15359-71  
KRIEG DEVAULT LLP  
8001 Broadway, Suite 400  
Merrillville, IN  46410  
Telephone: (219) 227-6100  
Facsimile:  (219) 227-6101  
Email: randerson@kdlegal.com  
*Counsel for Defendant Franciscan Alliance, Inc.*

*/s/ Ryan C. Fox*     (with permission)

Ryan C. Fox, Atty. No. 21631-49  
Ryan P. Sink, Atty. No. 27350-29  
FOX & SINK LLC  
6117 North College Avenue  
Indianapolis, IN 46220  
Telephone: (317) 254-8500  
Email: rfox@foxsinklaw.com  
           rsink@foxsinklaw.com

*Counsel for Plaintiff Taryn N. Duis*