UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, )<br>)<br>   Plaintiff. )<br>)<br>)<br>)<br>FRANCISCAN ALLIANCE INC., a/k/a )<br>FRANCISCAN HEALTH CROWN )<br>POINT, )<br>   Defendant. )<br>)<br>) | CAUSE NO: 2:20-CV-78-TLS-APR |

## JOINT MOTION FOR A STATUS CONFERENCE

Plaintiff Taryn Duis ("Duis") and Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan"), (collectively "the parties"), jointly move this Court for a telephonic status conference to discuss the upcoming trial. In support hereof, the parties respectfully show the Court as follows:

1. The only remaining deadlines in this case are the deadlines to file Motions in Limine, proposed *Voir Dire*, and proposed Jury Instructions which are all due on February 3, 2023. [ECF 51].

2. A jury trial is set to begin on March 6, 2023 at 9:00 a.m. [ECF 51].

3. Counsel for both parties have discussed and believe it would be beneficial to have a telephonic status conference prior to trial.

4. The purpose of this status conference would be to discuss trial procedures with Judge Rodovich and logistics for the upcoming trial.

5. Counsel anticipates that a 30-minute telephonic conference should be sufficient to address these questions and concerns.

**WHEREFORE**, the parties, by counsel, respectfully request that a telephonic status conference be set prior to trial and for all other just and proper relief.

Respectfully Submitted,

<u>/s/ *Elizabeth M. Roberson*</u>
Elizabeth M. Roberson, Atty. No. 34097-64
Amy J. Adolay, Atty. No. 23147-49
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
               (317) 238-6330
Facsimile:  (317) 636-1507
Email: eroberson@kdlegal.com
           aadolay@kdlegal.com

*Counsel for Defendant Franciscan Alliance, Inc.*

<u>/s/ *Ryan C. Fox*</u>   (with permission)
Ryan C. Fox, Atty. No. 21631-49
Ryan P. Sink, Atty. No. 27350-29
FOX & SINK LLC
6117 North College Avenue
Indianapolis, IN 46220
Telephone: (317) 254-8500
Email: rfox@foxsinklaw.com
           rsink@foxsinklaw.com

*Counsel for Plaintiff Taryn N. Duis*

KD_14347645_1.docx