UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff. | ) |
| v. | ) CAUSE NO: 2:20-CV-00078-PPS-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff, Taryn N. Duis, by counsel, hereby submits the following questions for the Court to ask the potential jury:

1. Questions to each prospective juror:

    Please stand up and tell us about yourself.

    Name, age, and city or town of residence.

    Marital status and number of children, if any.

    Current occupation (former if retired).

    Current (or former) occupation of your spouse or partner and any adult children.

    Level of education, and major areas of study, if any.

    Memberships in any groups or organizations.

    Hobbies and leisure-time activities.

    Favorite types of reading material, including newspapers and magazines you read and any book you are currently reading.

    Favorite types of television shows.

        Whether you regularly listen to talk radio, and if so, to which programs.

        Whether you regularly use the internet to visit sites other than e-mail

2. How do you view individuals who complain about discrimination on the job? Anyone have strong negative or positive feelings either way?

3. How do you view attorneys who represent individuals who complain about discrimination on the job? Anyone have strong negative or positive feelings either way?

4. Have any of you been accused of employment discrimination or harassment? If so, please explain.

5. Do any of you feel like people in today's society file too many lawsuits? Do any of you automatically discredit someone who has filed a lawsuit?

6. Do any of you think that employment discrimination, in particular pregnancy discrimination, is something from the past and does not exist in today's modern world?

7. Do any of you believe that those individuals who complain of discrimination on the job have probably done something to cause the discriminatory conduct? In other words, do any of you believe that because someone is complaining of employment discrimination, they are automatically partly to blame for their own situation?

8. Do any of you believe that anti-discrimination laws harm the economy and harm the ability of employers to succeed?

9. Do any of you believe that in today's society anti-discrimination laws serve no useful purpose?

10. Do any of you own your own business, or have family members that own their own business? If so, have any of those businesses been accused of employment discrimination. How does that affect their view of employment discrimination?

11. Have you ever served on a jury before? Explain.

12. Do you know any person sitting in the courtroom today?

13. Do you know any witness in this matter (read witnesses)?

14. What bumper stickers do you have?

15. Do any of you have opinions or feelings, whether positive or negative, about workingwomen who are pregnant or working mothers with young children, that would affect your ability to be fair to both sides in this lawsuit?

16. Do any of you have opinions or feelings, whether positive or negative, about woman workers who claim pregnancy discrimination at work? [sidebar]

17. Prior experience with court proceedings:

    a. Have any of you ever been a party to a lawsuit? Describe circumstances.

    b. Have any of you ever been a witness in a lawsuit?

    c. How many of you have served previously on a jury? Please tell us in what court, when, what type of case, the outcome, and whether you were foreperson.

18. Do any of you know of any reason whatsoever why you could not sit as a trial juror with absolute fairness and impartiality to all the parties in this case?

19. Do any of you have opinions or feelings, whether positive or negative, about working women who are pregnant or working mothers with young children, that would affect your ability to be fair to both sides in this lawsuit?

20. How many of you have worked with a pregnant woman as her coworker or boss? Would anything about these experiences affect your ability to be fair to both sides in this case?

21. Do any of you know of any reason whatsoever why you could not sit as a trial juror with absolute fairness and impartiality to all the parties in this case?

22. Have you ever provided a performance review that a subordinate claimed was not deserved?

23. Have you ever been responsible for granting or denying an employee's medical leave?

24. Do you think companies should exhaust all possible ways of coaching underperforming employees before letting them go?

Respectfully Submitted,

*/s/ Ryan C. Fox*
Ryan C. Fox
Ryan P. Sink
Attorneys for Plaintiff

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220
rfox@foxsinklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 3rd day of February, 2023, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com
Robert A. Anderson: randerson@kdlegal.com

                                                */s/ Ryan C. Fox*
                                                Ryan C. Fox