UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **TARYN N. DUIS,** )<br>       **Plaintiff.** )<br>v. )<br>        )<br>**FRANCISCAN ALLIANCE INC., a/k/a** )<br>**FRANCISCAN HEALTH CROWN** )<br>**POINT** )<br>       **Defendant.** )<br>        )<br>        ) | ) **CAUSE NO: 2:20-CV-00078-PPS-APR** |

**PLAINTIFF'S MOTION *IN LIMINE***

Plaintiff, Taryn N. Duis, by counsel, respectfully requests that the Court issue an Order *in Limine* prohibiting the Defendant, Defendant's counsel, and any of Defendant's witnesses from introducing, describing, commenting on, or referring in any way to the following evidence at trial:

(a) Post-Employment and Mitigation Income

(b) EEOC Notice of Dismissal and Right to Sue

(c) Documents Provided to Workforce Development regarding Plaintiff's Claim for Unemployment

(d) Co-workers Statement of Facts Forms from Jen Justice, Christine (Kristine) Rogalski, Heather Wyatt, Connie Snow, and Carrie Renchen, bates labeled FRANCISCAN000031-Franciscan00036.

(e) Full Deposition Transcripts as Exhibits

(f) Any Evidence Relating to the Disposition of Plaintiff's Indiana Common Law Claim Dismissed at Summary Judgment

Respectfully Submitted,

*/s/ Ryan C. Fox*
Ryan C. Fox

        Ryan P. Sink
        Attorneys for Plaintiff

        Fox & Sink, LLC
        6177 North College Avenue
        Indianapolis, Indiana 46220
        rfox@foxsinklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 3rd day of February, 2023, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com
Robert A. Anderson: randerson@kdlegal.com

        */s/ Ryan C. Fox*
        Ryan C. Fox