**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **TARYN N. DUIS,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO: 2:20-CV-78-APR** |
| | ) | |
| **FRANCISCAN ALLIANCE INC., a/k/a** | ) | |
| **FRANCISCAN HEALTH CROWN** | ) | |
| **POINT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

Defendant Franciscan Alliance, Inc. ("Franciscan"), by counsel, and pursuant to the

Court's Pretrial Order, files the following Proposed *Voir Dire* Questions:

**I.     Questions to the Individual Jurors**

1.     In what city or town do you live?

2.     What is your occupation?

    a.     What are your duties at that job?

    b.     How long have you been employed at that company?

    c.     Have you had any supervisory responsibilities at this job?

    d.     Are you a member of a union, and if so, do you have any leadership position in that organization?

  3.  Have you ever been employed as a nurse or nurse assistant?

4.     Are you married?

    a.     What is your spouse's occupation?

    b.     Has your spouse ever been employed as a nurse or nurse assistant?

    c.     What are your spouse's responsibilities at that job?

5.       Do you have any children?

      a.      What are their occupations?

      b.      Have your children ever been employed as nurses or nurse assistants?

      c.      How do you teach your children to take responsibility for their actions?

6.       How long have you lived in Indiana?

7.       What is your educational background?

8.       Do you have any medical training or experience?

9.       How many members are in your immediate family?

10.     Do you belong to any clubs or organizations?

11.     What kind of magazines or newspapers do you read?

12.     What do you like to do in your spare time?

13.     What's your favorite television show?

14.     What internet page does your browser open to when you open it?

15.     If you have any bumper stickers on your car, what do they say?

16.     If selected as a juror, will you be able to render a verdict solely on the evidence presented and the law as given to you by the court?

17.     Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

**II.     Questions to the Jury Panel**

<u>General Background</u>

1.       Is there anyone who cannot read, write or speak the English language?

2.       Is there anyone who cannot hear or see well?

3.       Is anyone taking any medications that will make it difficult for you to concentrate, stay awake, or remember things.

4.       Is there anyone here with any health problems that will interfere with their ability to serve as a juror?

5.    Is there any juror who will be unduly burdened with financial, business, family or medical problems if the trial in this case requires as many as 5 days to try?

6.    If any of you, or members of your immediate family, have previously served on a jury of any kind, either in federal or state court, would you please raise your hand?

      a.    Was the case civil or criminal?

      b.    What were the facts of that case?

      c.    What was your verdict?

      d.    Were you the jury foreman?

      e.    Do you understand that each case must be decided upon the facts introduced into evidence at trial and the law as read in the final instructions?

      f.    Was there anything about the prior jury experience which would interfere with giving both parties a fair trial in this case?

7.    Have your or any member of your immediate family ever had a claim against anyone for damages?

      a.    What kind of claim?

      b.    What did it involve?

      c.    Was this claim compromised or settled out of court, or did the matter go to trial?

      d.    Would that fact influence you in any way in reaching a verdict in this case?

      e.    Were you satisfied with the outcome of this claim?

8.    Has anyone ever had a claim for damages against you or a member of your immediate family?

      a.    What kind of claim?

      b.    What did it involve?

      c.    Was this claim compromised or settled out of court, or did the

          matter go to trial?

      d.    Would that fact influence you in any way in reaching a verdict in

this case?

    e.       Were you satisfied with the outcome of this claim?

9.      Have any of you ever testified as a witness in any court?

    a.       What kind of claim?

    b.       What was your involvement?

10.    Would the fact that this case involves a claim by an individual against a corporation so influence you that you could not be fair and impartial in deciding the issues involved in this case?

11.    Do any of you, or any members of your immediate family, have any special legal training either from educational courses or an occupation?

12.    Do any of you, or any members of your immediate family, have any special medical training, either from educational courses or in your occupation?

13.    Do you know of any reason why you may be prejudiced for or against the plaintiff of for or against the defendant because of the nature of this particular case or otherwise?

14.    If you are selected as a juror in this case, you will be required to put aside any feeling of passion or prejudice and decide this case solely on the evidence introduced during the trial and the instructions that the court will give you concerning the law.  Is there anyone unable or unwilling to do that?

15.    If you were the plaintiff or the defendant in this case, do you know of any reason why you would not be content to have this case tried to someone in your frame of mind?

<u>Questions Related to this Case</u>

1.      Has anyone talked with any of you about this case, or discussed this case in your presence?

2.      Have any of you formed or expressed an opinion as to the merits of this case?

    a.       Would any of you not be able to set aside such an opinion and render a fair and impartial verdict based solely upon the evidence presented and the law as given to you by the court?

3.      Is any juror familiar with the facts of this particular case?

    a.       Will this fact prevent you from rendering a fair and impartial verdict

4

based solely upon the evidence presented and the law as given to you by the court?

4.  Are any of you acquainted with any of the other prospective jurors here in the court room?

5.  Are any of you related by blood or marriage to the plaintiff?

6.  Are any of you related by blood or marriage to any executive employed by the defendant?

7.  Do any of you personally know the executive at Defendant Franciscan? The plaintiff Taryn Duis?

8.  Are any of you related by blood or marriage to any of the attorneys appearing in this case?

9.  Have you, or members of your immediate family, ever been represented by any of the attorneys in this case or been involved in any matter in which any of these attorneys were involved?

10. Does anyone know, on a personal basis, any of the attorneys appearing in this case?

11. Has any juror ever worked in the healthcare industry? Has any member of your family ever been employed in the healthcare industry?

    a.  What was your role or family member's role?

    b.  How did that position end?

12. Has any juror ever been employed by Franciscan? Has any member of your family ever been employed by Franciscan?

    a.  Would that fact make it more or less difficult to be fair and impartial in this case?

13. Do any of you have a personal interest in the result of this trial?

14. Is any juror in a management position?

    a.  Have you ever talked to any of your employees about taking responsibility for their actions?

15. The Plaintiff in this case is planning to argue that you should render a verdict awarding a substantial amount of money to her; would any of you feel uncomfortable awarding a large amount of money damages at the end of the case if you feel that the amount is justified by the evidence?

16.    On the reverse side of the coin, would you feel uncomfortable awarding no money at the end of the case if you feel such judgment is justified by the evidence?

17.    Has any juror ever been involved in a situation similar to the matter before the court today?

18.    Do you know any of the following persons who may be called to testify in this case? [Read Witness List From Pretrial Order]

19.    The incident involved in this lawsuit occurred at Franciscan Health Crown Point.  Are any of you familiar with that location?

20.    Has any juror ever been terminated from their employment?

21.    Has any juror ever requested medical leave for the birth of their child?

        a.    Did you experience any issues with your employer in requesting this leave?

        b.    How did you feel about how your employer handled your request?

22.    Has any juror been involved in an employment discrimination case?

        a.    What was your role in that case?

        b.    What was the result in that case?

23.    Has any juror ever filed a charge of discrimination with the Equal Employment Opportunity Commission or Indiana Civil Rights Commission?

        a.    What was the result?

        b.    Did this charge of discrimination proceed to a lawsuit?

24.    Has any juror ever felt that a supervisor or coworker treated them differently because of their sex, pregnancy, or a medical condition?

25.    Has any jury ever felt that they were discriminated against or retaliated against in the workplace and decided not to make a complaint?

        a.    Why did you make that decision?

26.    This case involves a Franciscan Alliance Hospital. Has anyone had any experiences with, good or bad, that would make it difficult for your to be fair or impartial in this case?

27.    Franciscan has been in the news off and on about the hospital right here in

Hammond which is not related to this case in any way. Does anyone think they will have difficulty being fair and impartial with a Franciscan hospital?

28.     Franciscan Alliance is a Catholic Healthcare provider. Does anyone have any experiences in their background that will make it more or less difficult to be fair and impartial with respect to a Catholic healthcare provider?

29.     This case occurred at the Franciscan Alliance hospital in Crown Point, Franciscan Health Crown Point or, as some still call it, St. Anthony's hospital. Does anyone have any relationships with or history with St. Anthony's that would make it harder for you to be fair and impartial in this case with respect to the Crown Point hospital?

**III.    Questions to Venireman Who Replaces Any Excused Juror**

1.      Did you hear and pay close attention to the questions I asked of the other jurors?

2.      If I asked you those same questions, would you have answered yes to any of them?

3.      If yes, which one(s)?

4.      Have you heard of this case before?

5.      Have you, or members of your immediate family, previously served on a jury of any kind, either in federal or state court?

6.      Do any of you know of any of the participants in this case, including the parties, the attorneys, or any witnesses which I previously mentioned?

7.      In what city or town do you live?

8.      What is your occupation?

9.      What are your duties at that job?

10.     How long have you been employed at that company?

11.     Have you had any supervisory responsibilities at this job? Union?

12.     Are you married?

13.     What is your spouse's occupation?

14.     What are your spouse's responsibilities at that job?

15.     Do you have any children? What are their occupations?

16.     How long have you lived in Indiana?

17.     What is your educational background?

18.     How many members are in your immediate family?

19.     Do you belong to any clubs or organizations?

20.     What kind of magazines or newspapers to you read?

21.     What do you like to do in your spare time?

22.     If selected as a juror, will you be able to render a verdict solely on the evidence presented and the law as given to you by the court?

23.     Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

KD_14317904_3.docx