UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-78 |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR JURY MEALS**

The Court hereby **ORDERS** that the Jury in this case be committed to the custody of a Bailiff, duly sworn, and furnished meals for each day of trial (including deliberation) as directed by the Court.

The Court further **ORDERS** that the Clerk of the Court for the Northern District of Indiana be authorized to make payment for all food provided for the Jury out of the appropriation provided therefore at the expense of the United States of America.

ENTERED this 6th day of March, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge