UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-78 |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendants. ) | |

**VERDICT FORM (A)**

We, the jury, find for Defendant Franciscan Alliance Inc. (aka Franciscan Health Crown Point), and against Plaintiff Taryn N. Duis.


_____                                          _____
**Date**                                                                                      **Foreperson**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TARYN N. DUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-78 |
| | ) | |
| FRANCISCAN ALLIANCE INC., a/k/a | ) | |
| FRANCISCAN HEALTH CROWN | ) | |
| POINT, | ) | |
| | ) | |
| Defendants. | ) | |

**VERDICT FORM (B)**

We, the jury, find for Plaintiff Taryn N. Duis and against the Defendant, Franciscan Alliance Inc. (aka Franciscan Health Crown Point).

**COMPENSATORY DAMAGES**

We award the following damages to Plaintiff:

$_____

**PUNITIVE DAMAGES**

Do you award Plaintiff punitive damages?

**YES** _____     **NO** _____

If **YES**, in what amount?

$_____

_____                    _____
**Date**                                                  **Foreperson**