UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-78 |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendants. ) | |

### VERDICT FORM (B)

We, the jury, find for Plaintiff Taryn N. Duis and against the Defendant, Franciscan Alliance Inc., a.k.a. Franciscan Health Crown Point.

### COMPENSATORY DAMAGES

We award the following damages to Plaintiff:

$ 500,000

### PUNITIVE DAMAGES

Do you award Plaintiff punitive damages?

YES ✓                                    NO _____

If **YES**, in what amount?

$ 5,000,000

03/09/2023
Date

_____
Foreperson