UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-78 |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court *sua sponte*. The parties are **ORDERED** to file their calculations on the plaintiff's lost wages by March 31, 2023. The plaintiff also shall file an affidavit in support of her claim for attorneys' fees by that date.

ENTERED this 13th day of March, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge