UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

TARYN N. DUIS, )
 )
    Plaintiff, )
 )
v. ) CAUSE NO: 2:20-cv-0078-PPS
 )
FRANCISCAN ALLIANCE INC., a/k/a )
FRANCISCAN HEALTH CROWN )
POINT, )
 )
    Defendant. )

## DECLARATION OF TARYN DUIS

I, Taryn Duis, swear under penalty of perjury that the statements contained in this declaration are made freely and voluntarily, that the content of this declaration is based on my personal knowledge, that I am over the age of eighteen (18), that I am competent to testify as to the matters contained in this declaration, and that if called upon to testify, my testimony would be as follows:

1. Below is a true accurate accounting of my lost wages in this matter:

Rate based on 2019 W2: $25,693.85 / 19 weeks = $1,352.3078 per week

DOT: May 14, 2019
Lost Wage Time Period End: December 31, 2021
Time Period of Lost wages: 137 weeks

Lost Wages: 137 weeks X $1,352.3078 = $185,266.16

Interim Income: 2019: $11,994.06
 2020: $61,126.00
 2021: $46,885.00
 $120,005.06

Lost Wages – Interim Income = $65,261.10

**EXHIBIT A**

2. I am not claiming lost wages after 2021, as earned at least as much money compared to my employment with Defendant in 2022.

This Declaration has been executed by me within the United States of America. I further declare under penalty of perjury that the foregoing is true and correct.

Date 3-21-2023              _____
                            Taryn Duis

USDC IN/ND case 2:20-cv-00078-APR document 84-1 filed 03/24/23 page 3 of 19

## W-2 Wage and Tax Statement — 2019

**c Employer's name, address, and ZIP code**
FRANCISCAN HEALTH CROWN POINT
1201 SOUTH MAIN STREET
CROWN POINT IN 46307-8483

**e/f Employee's name, address, and ZIP code**
[REDACTED] DUIS
2 COUNTRY CLUB DR.
CROWN POINT IN 46307

| Box | Description | Amount |
|---|---|---|
| a | OMB No. 1545-0008 | |
| b | Employer identification number (EIN) | 35-2074283 |
| c | Employee's social security number | [redacted] |
| 1 | Wages, tips, other compensation | 25693.85 |
| 2 | Federal income tax withheld | 529.50 |
| 3 | Social security wages | 25693.85 |
| 4 | Social security tax withheld | 1593.0 |
| 5 | Medicare wages and tips | 25693.85 |
| 6 | Medicare tax withheld | 372.5 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 — C | 2.3 |
| 12b | DD | 11459. |
| 13 | Retirement plan | X |
| 14 | Other | |
| 15 | State / Employer's state ID number | IN / 0103676449001 |
| 16 | State wages, tips, etc. | 25693.85 |
| 17 | State income tax | 829.91 |
| 18 | Local wages, tips, etc. | 25693.85 |
| 19 | Local income tax | 128.48 |
| 20 | Locality name | C PORTER |

Dept. of the Treasury - IRS

---

**Copy B — To Be Filed With Employee's FEDERAL Tax Return**

(Second copy of the same W-2 shown alongside, with identical values.)

## 2019 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2019**
Copy C for employee's records. OMB No. 1545-0008

| Control number | Dept | Corp. | Employer use only |
|---|---|---|---|
| 000002759 VJL | 3884 | NKM2 A | 26708 |

Employer's name, address, and ZIP code
BIO-MEDICAL APPLICATIONS OF
INDIANA INC
920 WINTER ST
WALTHAM, MA 02451

Employee's name, address, and ZIP code
TARYN N DUIS
1102 COUNTRY CLUB DRIVE
CROWN POINT, IN 46307

| Employer's FED ID number | Employee's SSA number |
|---|---|
| 04-2969825 | |
| Wages, tips, other comp. 11491.67 | 2 Federal income tax withheld 1700.50 |
| Social security wages 11491.67 | 4 Social security tax withheld 712.48 |
| Medicare wages and tips 11491.67 | 6 Medicare tax withheld 166.63 |
| 7 Social security tips | 8 Allocated tips |
| | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 C 34.38 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp / Ret. plan / 3rd party sick pay |

| State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IN | 0001017969 001 | 11491.67 |
| 17 State income tax 370.56 | | 18 Local wages, tips, etc. 11491.67 |
| 19 Local income tax 57.37 | | 20 Locality name C-64 |

---

| | | | |
|---|---|---|---|
| TOTAL GROSS YTD | $11,457.29 | $11,457.29 | $11,457.29 |
| LESS PRE-TAX DEDUCTIONS | | | |
| PLUS TAXABLE BENEFITS | | | |
| LIFE -BASIC LI | $34.38 | $34.38 | $34.38 |
| REPORTED ON W-2 | $11,491.67 | $11,491.67 | $11,491.67 |

TARYN N DUIS
1102 COUNTRY CLUB DRIVE
CROWN POINT, IN 46307

Social Security Number:
Taxable Marital Status: MARRIED
Exemptions/Allowances:
Federal: 99
State: 0
Local: 0

© 2018 ADP, LLC

PAGE 01 OF 01

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2019**
Copy B to be filed with employee's Federal Income Tax Return.

| Wages, tips, other comp. 11491.67 | 2 Federal income tax withheld 1700.50 |
|---|---|
| Social security wages 11491.67 | 4 Social security tax withheld 712.48 |
| Medicare wages and tips 11491.67 | 6 Medicare tax withheld 166.63 |

Control number 000002759 VJL | Dept 3884 | Corp. NKM2 A | Employer use only 26708

BIO-MEDICAL APPLICATIONS OF
INDIANA INC
920 WINTER ST
WALTHAM, MA 02451

Employer's FED ID number 04-2969825 | Employee's SSA number
Social security tips | Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a C 34.38
14 Other | 12b / 12c / 12d
| 13 Stat emp / Ret. plan / 3rd party sick pay

TARYN N DUIS
1102 COUNTRY CLUB DRIVE
CROWN POINT, IN 46307

State IN | 0001017969 001 | 16 State wages 11491.67
State income tax 370.56 | 18 Local wages 11491.67
Local income tax 57.37 | 20 Locality name C-64

---

**IN. State Filing Copy — W-2 Wage and Tax Statement 2019**
Copy 2 to be filed with employee's State Income Tax Return.

| Wages, tips, other comp. 11491.67 | 2 Federal income tax withheld 1700.50 |
|---|---|
| Social security wages 11491.67 | 4 Social security tax withheld 712.48 |
| Medicare wages and tips 11491.67 | 6 Medicare tax withheld 166.63 |

d Control number 0000002759 VJL | Dept 3884 | Corp. NKM2 A | Employer use only 26708

BIO-MEDICAL APPLICATIONS OF
INDIANA INC
920 WINTER ST
WALTHAM, MA 02451

Employer's FED ID number 04-2969825 | Employee's SSA number
Social security tips | Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a C 34.38
14 Other | 12b / 12c / 12d
| 13 Stat emp / Ret. plan / 3rd party sick pay

TARYN N DUIS
1102 COUNTRY CLUB DRIVE
CROWN POINT, IN 46307

State IN | 0001017969 001 | 16 State wages 11491.67
State income tax 370.56 | 18 Local wages 11491.67
Local income tax 57.37 | 20 Locality name C-64

---

**City or Local Filing Copy — W-2 Wage and Tax Statement 2019**
Copy 2 to be filed with employee's City or Local Income Tax Return.

| Wages, tips, other comp. 11491.67 | 2 Federal income tax withheld 1700.50 |
|---|---|
| Social security wages 11491.67 | 4 Social security tax withheld 712.48 |
| Medicare wages and tips 11491.67 | 6 Medicare tax withheld 166.63 |

d Control number 0000002759 VJL | Dept 3884 | Corp. NKM2 A | Employer use only 26708

BIO-MEDICAL APPLICATIONS OF
INDIANA INC
920 WINTER ST
WALTHAM, MA 02451

Employer's FED ID number 04-2969825 | Employee's SSA number
Social security tips | Allocated tips
| 10 Dependent care benefits
11 Nonqualified plans | 12a C 34.38
14 Other | 12b / 12c / 12d
| 13 Stat emp / Ret. plan / 3rd party sick pay

TARYN N DUIS
1102 COUNTRY CLUB DRIVE
CROWN POINT, IN 46307

State IN | 0001017969 001 | 16 State wages 11491.67
State income tax 370.56 | 18 Local wages 11491.67
Local income tax 57.37 | 20 Locality name C-64

# Form W-2 — Wage and Tax Statement — 2020

*Keep for your records*

**Name:** Taryn N Duis
**Social Security Number:** [redacted]

- [ ] Spouse's W-2
- [ ] Do not transfer this W-2 to next year

Military: Complete Part VI on Page 2 below.

| Box | Field | Value |
|---|---|---|
| a | Employee's social security no. | [redacted] |
| b | Employer ID number (EIN) | 04-2969825 |
| c | Employer's name, address, and ZIP code | BIO-MEDICAL APPLICATIONS OF INDIANA INC |
|   | Street | 920 WINTER ST |
|   | City | WALTHAM |
|   | State | MA |
|   | ZIP Code | 02451 |
| d | Control number | 0000002759VJL |
| 1 | Wages, tips, other compensation | 57,763.58 |
| 2 | Federal income tax withheld | 970.81 |
| 3 | Social security wages | 57,763.58 |
| 4 | Social security tax withheld | 3,581.34 |
| 5 | Medicare wages and tips | 57,763.58 |
| 6 | Medicare tax withheld | 837.57 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |

- [ ] Transfer employee information from the Federal Information Worksheet

**Employee's name**
First: TARYN  M.I.: N
Last: DUIS  Suff:

**Employee's address and ZIP code**
Street: 1102 COUNTRY CLUB DRIVE
City: CROWN POINT
State: IN  ZIP Code: 46307

13:
- [ ] Statutory employee
- [ ] Retirement plan
- [ ] Third-party sick pay

14. Enter box 14 below **after** entering boxes 18, 19, and 20.
NOTE: Enter box 15 **before** entering box 14.

| Box 12 Code | Box 12 Amount |
|---|---|
| C | 73.06 |
| DD | 8,241.12 |
|   |   |
|   |   |

If Box 12 code is:
A: Enter amount attributable to RRTA Tier 2 tax .
M: Enter amount attributable to RRTA Tier 2 tax .
P: Double-click to link to Form 3903, line 4
R: Enter MSA contribution for   Taxpayer
                                Spouse
W: Enter HSA contribution for   Taxpayer
                                Spouse
G: [ ] Employer is **not** a state or local government

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 0001017969 001 | 57,763.58 | 1,865.76 |
|   |   |   |   |
|   |   |   |   |

I confirm that the state withholding identification number(s) are accurate . . . . . . . . . . [ ]

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| C-64 | 57,763.58 | 288.82 | IN |
|   |   |   |   |
|   |   |   |   |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |

| Form **W-2** | **Wage and Tax Statement**  Keep for your records | **2020** |

**Name:** Taryn N Duis
**Social Security Number:** [redacted]

☐ Spouse's W-2
☐ Do not transfer this W-2 to next year

Military: Complete **Part VI** on Page 2 below.

**a** Employee's social security no.: [redacted]
**b** Employer ID number (EIN): 35-1799506
**c** Employer's name, address, and ZIP code
CLINICAL MANAGEMENT SERVICES
Street: P O BOX 816
City: DEMOTTE
State: IN   ZIP Code: 46310-9545
Foreign Province:
Foreign Postal Code:
Foreign Country:

**1** Wages, tips, other compensation: 1,828.00
**2** Federal income tax withheld: 0.00
**3** Social security wages: 1,828.00
**4** Social security tax withheld: 113.34
**5** Medicare wages and tips: 1,828.00
**6** Medicare tax withheld: 26.51
**7** Social security tips: 0.00
**8** Allocated tips: 0.00
► Enter unreported tips in Part VII on Page 2 below.
**9**
**10** Dependent care benefits: 0.00
**11** Nonqualified plans: 0.00
Distributions from sect. 457 and nonqualified plans (Important, see Help)
**12** Enter box 12 below

**d** Control number:

☐ Transfer employee information from the Federal Information Worksheet

**e** Employee's name
First: TARYN   M.I.
Last: DUIS   Suff.
**f** Employee's address and ZIP code
Street: 1102 COUNTRY CLUB DR
City: CROWN POINT
State: IN   ZIP Code: 46307
Foreign Province:
Foreign Postal Code:
Foreign Country:

**13** ☐ Statutory employee
☐ Retirement plan
☐ Third-party sick pay

**14** Enter box 14 below **after** entering boxes 18, 19, and 20.
NOTE: Enter box 15 **before** entering box 14.

| Box 12 Code | Box 12 Amount |
|---|---|
| | |
| | |
| | |
| | |

If Box 12 code is:
A: Enter amount attributable to RRTA Tier 2 tax
M: Enter amount attributable to RRTA Tier 2 tax
P: Double-click to link to Form 3903, line 4
R: Enter MSA contribution for Taxpayer
   Spouse
W: Enter HSA contribution for Taxpayer
   Spouse
G: ☐ Employer is **not** a state or local government

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 0005239966 001 4 | 1,828.00 | 59.04 |
| | | | |
| | | | |

I confirm that the state withholding identification number(s) are accurate ☐

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| LAKE | 1,828.00 | 18.88 | IN |
| | | | |
| | | | |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
| | | |
| | | |
| | | |

| Form W-2 | Wage and Tax Statement | 2020 |
|---|---|---|
| | ▶ Keep for your records | |

**Name:** Taryn N Duis
**Social Security Number:** [redacted]

[ ] Spouse's W-2
[ ] Do not transfer this W-2 to next year

Military: Complete Part VI on Page 2 below.

| | | | |
|---|---|---|---|
| a Employee's social security no. [redacted] | 1 Wages, tips, other compensation | 485.00 | 2 Federal income tax withheld | 0.00 |
| b Employer ID number (EIN) 35-2112759 | 3 Social security wages | 485.00 | 4 Social security tax withheld | 30.07 |
| c Employer's name, address, and ZIP code | 5 Medicare wages and tips | 485.00 | 6 Medicare tax withheld | 7.03 |
| COMMUNITY HOME HEALTH CARE S | 7 Social security tips | 0.00 | 8 Allocated tips | 0.00 |
| Street 8959 BROADWAY | | | | |
| City MERRILLVILLE | ▶ Enter unreported tips in Part VII on Page 2 below. | | | |
| State IN ZIP Code 46410 | | | | |
| Foreign Province | 9 [redacted] | | 10 Dependent care benefits | 0.00 |
| Foreign Postal Code | 11 Nonqualified plans | 0.00 | Distributions from sect. 457 and nonqualified plans (Important, see Help) | |
| Foreign Country | 12 Enter box 12 below | | | |
| d Control number | 13 [ ] Statutory employee  [ ] Retirement plan  [ ] Third-party sick pay | | | |
| [ ] Transfer employee information from the Federal Information Worksheet | | | | |
| e Employee's name | | | | |
| First TARYN M.I. | 14 Enter box 14 below **after** entering boxes 18, 19, and 20. | | | |
| Last DUIS Suff. | NOTE: Enter box 15 **before** entering box 14. | | | |
| f Employee's address and ZIP code | | | | |
| Street 1102 COUNTRY CLUB DR | | | | |
| City CROWN POINT | | | | |
| State IN ZIP Code 46307 | | | | |
| Foreign Province | | | | |
| Foreign Postal Code | | | | |
| Foreign Country | | | | |

| Box 12 Code | Box 12 Amount | If Box 12 code is: |
|---|---|---|
| | | A: Enter amount attributable to RRTA Tier 2 tax |
| | | M: Enter amount attributable to RRTA Tier 2 tax |
| | | P: Double-click to link to Form 3903, line 4 |
| | | R: Enter MSA contribution for Taxpayer _____ Spouse _____ |
| | | W: Enter HSA contribution for Taxpayer _____ Spouse _____ |
| | | G: [ ] Employer is **not** a state or local government |

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 0108656357 001 3 | 485.00 | 15.66 |

I confirm that the state withholding identification number(s) are accurate ............... [ ]

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| PORTER | 485.00 | 2.43 | IN |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
| | | |
| | | |
| | | |

| Form W-2 | Wage and Tax Statement<br>► Keep for your records | 2020 |
|---|---|---|

Name: Taryn N Duis
Social Security Number: [redacted]

☐ Spouse's W-2
☐ Do not transfer this W-2 to next year

Military: Complete Part VI on Page 2 below.

a Employee's social security no. [redacted]
b Employer ID number (EIN): 23-1945113
c Employer's name, address, and ZIP code
  BAYADA HOME HEALTH CARE INC
  Street: 4300 HADDONFIELD RD, EAST BLDG
  City: PENNSAUKEN
  State: NJ    ZIP Code: 08109
  Foreign Province:
  Foreign Postal Code:
  Foreign Country:

d Control number: 00000121778TK4

☐ Transfer employee information from the Federal Information Worksheet

e Employee's name
  First: TARYN    M.I.: N
  Last: DUIS     Suff.:
f Employee's address and ZIP code
  Street: 1102 COUNTRY CLUB DR
  City: CROWN POINT
  State: IN    ZIP Code: 46307
  Foreign Province:
  Foreign Postal Code:
  Foreign Country:

1 Wages, tips, other compensation: 1,048.50
2 Federal income tax withheld: 0.00
3 Social security wages: 1,048.50
4 Social security tax withheld: 65.01
5 Medicare wages and tips: 1,048.50
6 Medicare tax withheld: 15.20
7 Social security tips:
8 Allocated tips:

► Enter unreported tips in Part VII on Page 2 below.

9
10 Dependent care benefits:
11 Nonqualified plans:
    Distributions from sect. 457 and nonqualified plans (Important, see Help):
12 Enter box 12 below
13 ☐ Statutory employee
   ☐ Retirement plan
   ☐ Third-party sick pay
14 Enter box 14 below after entering boxes 18, 19, and 20.
   NOTE: Enter box 15 before entering box 14.

| Box 12 Code | Box 12 Amount | If Box 12 code is: |
|---|---|---|
| | | A: Enter amount attributable to RRTA Tier 2 tax ___ |
| | | M: Enter amount attributable to RRTA Tier 2 tax ___ |
| | | P: Double-click to link to Form 3903, line 4 ___ |
| | | R: Enter MSA contribution for  Taxpayer ___ |
| | |                               Spouse ___ |
| | | W: Enter HSA contribution for  Taxpayer ___ |
| | |                                Spouse ___ |
| | | G: ☐ Employer is **not** a state or local government |

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 0144649420 002 | 1,048.50 | 33.87 |
| | | | |
| | | | |

I confirm that the state withholding identification number(s) are accurate ............ ☐

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| C-64 | 1,048.50 | 5.24 | IN |
| | | | |
| | | | |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
| | | |
| | | |
| | | |

# Form 1040-X — Amended U.S. Individual Income Tax Return

(Rev. January 2020)
Department of the Treasury — Internal Revenue Service
▶ Go to www.irs.gov/Form1040X for instructions and the latest information.
OMB No. 1545-0074

This return is for calendar year: ☐ 2019  ☐ 2018  ☐ 2017  ☐ 2016
Other year. Enter one: calendar year **2020** or fiscal year (month and year ended):

**Your first name and middle initial:** Taryn N
**Last name:** Duis
**Your social security number:** [redacted]

**If joint return, spouse's first name and middle initial:** Zachary R
**Last name:** Duis
**Spouse's social security number:** [redacted]

**Current home address:** 1102 Country Club Drive
**Your phone number:** (219) 743-0990

**City, town or post office, state, and ZIP code:** Crown Point IN 46307

**Amended return filing status:** ☒ Married filing jointly

| Line | Description | A. Original amount | B. Net change | C. Correct amount |
|---|---|---|---|---|
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | 0. |
| 17 | Total payments. Add lines 12 through 15, column C, and line 16 | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 1,025. |
| 19 | Subtract line 18 from line 17. (If less than zero, see instructions.) | | | -1,025. |

Form **1040-X** (Rev. 1-2020)

## 2020 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 1,048.50 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 65.01 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 0.00 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 15.20 |
| STATE INCOME TAX BOX 17 OF W-2 | 33.87 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 5.24 | | |

To change your employee W-4 profile information file a new W-4 with your payroll department

TARYN N DUIS
1102 COUNTRY CLUB DR
CROWN POINT, IN  46307

Social Security Number: XXX-XX-XXXX

© 2020 ADP, Inc.

PAGE 01 OF 01

---

**Employee Reference Copy** — W-2 Wage and Tax Statement 2020 (Copy C for employee's records)

- d Control number: 0000121778 TK4
- Dept. NSB0   Corp. S   Employer use only: 13120
- c Employer's name, address, and ZIP code:
  BAYADA HOME HEALTH CARE INC
  4300 HADDONFIELD RD, EAST BLDG
  PENNSAUKEN, NJ  08109
- e/f Employee's name, address, and ZIP code:
  TARYN N DUIS
  1102 COUNTRY CLUB DR
  CROWN POINT, IN  46307
- b Employer's FED ID number: 23-1943113
- a Employee's SSA number: XXX-XX-XXXX
- 1 Wages, tips, other comp.: 1048.50
- 2 Federal income tax withheld:
- 3 Social security wages: 1048.50
- 4 Social security tax withheld: 65.01
- 5 Medicare wages and tips: 1048.50
- 6 Medicare tax withheld: 15.20
- 7 Social security tips:
- 8 Allocated tips:
- 10 Dependent care benefits:
- 11 Nonqualified plans:
- 12a See instructions for box 12:
- 14 Other:
- 15 State / Employer's state ID no.: IN  0144649420 002
- 16 State wages, tips, etc.: 1048.50
- 17 State income tax: 33.87
- 18 Local wages, tips, etc.: 1048.50
- 19 Local income tax: 5.24
- 20 Locality name: C-64

**Federal Filing Copy** — W-2 Wage and Tax Statement 2020
(Same data as above: Wages 1048.50, SS tax 65.01, Medicare 15.20, State tax 33.87, Local tax 5.24, Locality C-64)
BAYADA HOME HEALTH CARE INC, 4300 HADDONFIELD RD, EAST BLDG, PENNSAUKEN, NJ 08109
TARYN N DUIS, 1102 COUNTRY CLUB DR, CROWN POINT, IN 46307

**IN. State Filing Copy** — W-2 Wage and Tax Statement 2020
(Duplicate figures)

**City or Local Filing Copy** — W-2 Wage and Tax Statement 2020
(Duplicate figures)

| SCHEDULE 8812 (Form 1040) | Additional Child Tax Credit | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to www.irs.gov/Schedule8812 for instructions and the latest information. | 2020<br>Attachment Sequence No. 47 |

Name(s) shown on return: Taryn N & Zachary R Duis

Your social security number: [redacted]

### Part I — All Filers

**Caution:** If you file Form 2555, stop here; you cannot claim the additional child tax credit.

1. If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise, enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet. (See the instructions for Forms 1040 and 1040-SR, line 19, or the instructions for Form 1040-NR, line 19.) ............ **1** 4,000.
2. Enter the amount from line 19 of your Form 1040, Form 1040-SR, or Form 1040-NR ........ **2** 3,946.
3. Subtract line 2 from line 1. If zero, stop here; you cannot claim this credit ........... **3** 54.
4. Number of qualifying children under 17 with the required social security number: __2__ x $1,400.
   Enter the result. If zero, stop here; you cannot claim this credit ............... **4** 2,800.

   **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet.

5. Enter the smaller of line 3 or line 4 ......................... **5** 54.
6a. Earned income (see instructions) ............ **6a** 61,126.
  b. Nontaxable combat pay (see instructions) ....... **6b**
7. Is the amount on line 6a more than $2,500?
   ☐ No. Leave line 7 blank and enter -0- on line 8.
   ☒ Yes. Subtract $2,500 from the amount on line 6a. Enter the result ...... **7** 58,626.
8. Multiply the amount on line 7 by 15% (0.15) and enter the result ............ **8** 8,794.

   Next. On line 4, is the amount $4,200 or more?
   ☒ No. If line 8 is zero, stop here; you cannot claim this credit. Otherwise, skip Part II and enter the smaller of line 5 or line 8 on line 15.
   ☐ Yes. If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9.

### Part II — Certain Filers Who Have Three or More Qualifying Children

9. Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions .............. **9**
10. Enter the total of the amounts from Schedule 1 (Form 1040), line 14, and Schedule 2 (Form 1040), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040), line 8 ...................... **10**
11. Add lines 9 and 10 ............................. **11**
12. 1040 and 1040-SR filers: Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 10.
    1040-NR filers: Enter the amount from Schedule 3 (Form 1040), line 10. ......... **12**
13. Subtract line 12 from line 11. If zero or less, enter -0- ................ **13**
14. Enter the larger of line 8 or line 13 ...................... **14**
    Next, enter the smaller of line 5 or line 14 on line 15.

### Part III — Additional Child Tax Credit

15. This is your additional child tax credit ..................... **15** 54.

Enter this amount on Form 1040, line 28; Form 1040-SR, line 28; or Form 1040-NR, line 28.

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 09/17/21 Intuit.cg.cfp.sp    Schedule 8812 (Form 1040) 2020

**SCHEDULE 1**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2020**

Attachment Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
Taryn N & Zachary R Duis

Your social security number
███████

## Part I  Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | 0. |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income. List type and amount ▶ _____ | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 9 | 0. |

## Part II  Adjustments to Income

| | | | |
|---|---|---|---|
| 10 | Educator expenses | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 11 | |
| 12 | Health savings account deduction. Attach Form 8889 | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE | 14 | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans | 15 | |
| 16 | Self-employed health insurance deduction | 16 | |
| 17 | Penalty on early withdrawal of savings | 17 | |
| 18a | Alimony paid | 18a | |
| b | Recipient's SSN ▶ _____ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 19 | IRA deduction | 19 | |
| 20 | Student loan interest deduction | 20 | 21. |
| 21 | Tuition and fees deduction. Attach Form 8917 | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10a | 22 | 21. |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 09/17/21 Intuit.cg.cfp.sp     Schedule 1 (Form 1040) 2020

# Form 1040 — U.S. Individual Income Tax Return (2020)

OMB No. 1545-0074

**Filing Status:** ☒ Married filing jointly

**Your first name and middle initial:** Taryn N
**Last name:** Duis

**Spouse's first name and middle initial:** Zachary R
**Last name:** Duis

**Home address:** 1102 Country Club Drive
**City:** Crown Point   **State:** IN   **ZIP:** 46307

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☒ No

**Dependents:**

| (1) First name / Last name | (2) SSN | (3) Relationship to you | (4) Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| [redacted] | [redacted] | Son | ☒ | ☐ |
| [redacted] | [redacted] | Son | ☐ | ☐ |
| [redacted] | [redacted] | Daughter | ☒ | ☐ |

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 61,126. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss) | |
| 8 | Other income from Schedule 1, line 9 | 0. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 61,126. |
| 10a | Adjustments to income: From Schedule 1, line 22 | 21. |
| 10b | Charitable contributions if you take the standard deduction | 150. |
| 10c | Add lines 10a and 10b. These are your total adjustments to income | 171. |
| 11 | Subtract line 10c from line 9. This is your adjusted gross income | 60,955. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 24,800. |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 24,800. |
| 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- | 36,155. |

Form 1040 (2020)

# Form W-2 — Wage and Tax Statement — 2021
▶ Keep for your records

**Name:** Taryn N Duis

**Social Security Number:** [redacted]

- [ ] Spouse's W-2
- [ ] Do not transfer this W-2 to next year

Military: Complete Part VI on Page 2 below.

- a Employee's social security no.: [redacted]
- b Employer ID number (EIN): 35-2112759
- c Employer's name, address, and ZIP code:
  - COMMUNITY HOME HEALTH CARE SERVI
  - Street: 240 Commerce Square
  - City: Michigan City
  - State: IN   ZIP Code: 46360
  - Foreign Province:
  - Foreign Postal Code:
  - Foreign Country:
- d Control number:

[X] Transfer employee information from the Federal Information Worksheet

- e Employee's name:
  - First: Taryn   M.I.: N
  - Last: Duis   Suff.:
- f Employee's address and ZIP code:
  - Street: 1102 COUNTRY CLUB DR
  - City: CROWN POINT
  - State: IN   ZIP Code: 46307
  - Foreign Province:
  - Foreign Postal Code:
  - Foreign Country:

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 1,050.00 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Social security wages | 1,050.00 |
| 4 | Social security tax withheld | 65.10 |
| 5 | Medicare wages and tips | 1,050.00 |
| 6 | Medicare tax withheld | 15.23 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
|  | Distributions from sect. 457 and nonqualified plans (Important, see Help) | |
| 12 | Enter box 12 below | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Enter box 14 below after entering boxes 18, 19, and 20. NOTE: Enter box 15 before entering box 14. | |

▶ Enter unreported tips in Part VII on Page 2 below.

| Box 12 Code | Box 12 Amount |
|---|---|
| | |
| | |
| | |
| | |

If Box 12 code is:
- A: Enter amount attributable to RRTA Tier 2 tax: _____
- M: Enter amount attributable to RRTA Tier 2 tax: _____
- P: Double-click to link to Form 3903, line 4
- R: Enter MSA contribution for Taxpayer _____
  - Spouse _____
- W: Enter HSA contribution for Taxpayer _____
  - Spouse _____
- G: Is employer a state or local government?   Yes [ ]   No [ ]

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 010865635700013 | 1,050.00 | 33.92 |
| | | | |
| | | | |

I confirm that the state withholding identification number(s) are accurate  [ ]

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| PORTER | 1,050.00 | 5.26 | IN |
| | | | |
| | | | |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
| | | |
| | | |
| | | |

| Form W-2 | Wage and Tax Statement<br>► Keep for your records | 2021 |
|---|---|---|

**Name:** Taryn N Duis

**Social Security Number:** [redacted]

☐ Spouse's W-2 — Do not transfer this W-2 to next year

Military: Complete Part VI on Page 2 below.

- **a** Employee's social security no. [redacted]
- **b** Employer ID number (EIN): 27-1276573
- **c** Employer's name, address, and ZIP code:
  AYA HEALTHCARE SERVICES INC
  Street: 5930 CORNERSTONE CT 300
  City: SAN DIEGO
  State: CA   ZIP Code: 92121
  Foreign Province:
  Foreign Postal Code:
  Foreign Country:

- **1** Wages, tips, other compensation: 17,272.99
- **2** Federal income tax withheld: 2,494.88
- **3** Social security wages: 17,272.99
- **4** Social security tax withheld: 1,070.93
- **5** Medicare wages and tips: 250.46
- **6** Medicare tax withheld: 250.46
- **7** Social security tips: 0.00
- **8** Allocated tips:

► Enter unreported tips in Part VII on Page 2 below.

- **9**
- **10** Dependent care benefits:
- **d** Control number:
- **11** Nonqualified plans:
- Distributions from sect. 457 and nonqualified plans (Important, see Help):

☒ Transfer employee information from the Federal Information Worksheet

- **12** Enter box 12 below

- **e** Employee's name:
  First: Taryn   M.I.: N
  Last: Duis   Suff.:

- **13** ☐ Statutory employee  ☐ Retirement plan  ☐ Third-party sick pay

- **f** Employee's address and ZIP code:
  Street: 1102 Country Club Drive
  City: Crown Point
  State: IN   ZIP Code: 46307
  Foreign Province:
  Foreign Postal Code:
  Foreign Country:

- **14** Enter box 14 below **after** entering boxes 18, 19, and 20.
  NOTE: Enter box 15 **before** entering box 14.

| Box 12 Code | Box 12 Amount | If Box 12 code is:<br>A: Enter amount attributable to RRTA Tier 2 tax<br>M: Enter amount attributable to RRTA Tier 2 tax<br>P: Double-click to link to Form 3903, line 4<br>R: Enter MSA contribution for Taxpayer / Spouse<br>W: Enter HSA contribution for Taxpayer / Spouse<br>G: Is employer a state or local government?  Yes ☐  No ☐ |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 0139005773001 | 17,272.99 | 557.92 |
|  |  |  |  |

I confirm that the state withholding identification number(s) are accurate  ☐

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| PRTRCOW/H | 17,272.99 | 86.37 | IN |
|  |  |  |  |
|  |  |  |  |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

# Form W-2 — Wage and Tax Statement — 2021

► Keep for your records

**Name:** Taryn N Duis
**Social Security Number:** [redacted]

☐ Spouse's W-2
☐ Do not transfer this W-2 to next year

Military: Complete Part VI on Page 2 below.

- **a** Employee's social security no.: [redacted]
- **b** Employer ID number (EIN): 23-1943113
- **c** Employer's name, address, and ZIP code:
  BAYADA HOME HEALTH CARE INC
  Street: 4300 HADDONFIELD RD EAST BLDG
  City: PENNSAUKEN
  State: NJ   ZIP Code: 08109
  Foreign Province:
  Foreign Postal Code:
  Foreign Country:

- **d** Control number: 0000121778 TK4

[X] Transfer employee information from the Federal Information Worksheet

- **e** Employee's name:
  First: Taryn   M.I.: N
  Last: Duis   Suff.:
- **f** Employee's address and ZIP code:
  Street: 1102 COUNTRY CLUB DR
  City: CROWN POINT
  State: IN   ZIP Code: 46307
  Foreign Province:
  Foreign Postal Code:
  Foreign Country:

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 27,083.93 |
| 2 | Federal income tax withheld | 73.06 |
| 3 | Social security wages | 27,083.93 |
| 4 | Social security tax withheld | 1,679.20 |
| 5 | Medicare wages and tips | 27,083.93 |
| 6 | Medicare tax withheld | 392.72 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
|  | Distributions from sect. 457 and nonqualified plans (important, see Help) | |
| 12 | Enter box 12 below | |

► Enter unreported tips in Part VII on Page 2 below.

**13** ☐ Statutory employee
☐ Retirement plan
☐ Third-party sick pay

**14** Enter box 14 below after entering boxes 18, 19, and 20.
NOTE: Enter box 15 before entering box 14.

| Box 12 Code | Box 12 Amount |
|---|---|
| | |
| | |
| | |
| | |

If Box 12 code is:
- **A:** Enter amount attributable to RRTA Tier 2 tax . _____
- **M:** Enter amount attributable to RRTA Tier 2 tax . _____
- **P:** Double-click to link to Form 3903, line 4 . . _____
- **R:** Enter MSA contribution for   Taxpayer . . _____
   Spouse . . _____
- **W:** Enter HSA contribution for   Taxpayer . . _____
   Spouse . . _____
- **G:** Is employer a state or local government?   Yes ☐   No ☐

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 0144649420002 | 27,283.93 | 874.81 |
| | | | |
| | | | |

I confirm that the state withholding identification number(s) are accurate . . . . . . . . . . . . . . . ☐

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| C-64 | 27,083.93 | 135.40 | IN |
| | | | |
| | | | |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
| | | |
| | | |
| | | |

# SCHEDULE 8812 (Form 1040)
## Credits for Qualifying Children and Other Dependents

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to www.irs.gov/Schedule8812 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074
2021
Attachment Sequence No. 47

Name(s) shown on return: Taryn N & Zachary R Duis

Your social security number: [redacted]

### Part I-A  Child Tax Credit and Credit for Other Dependents

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | 1 | 46,885. |
| 2a | Enter income from Puerto Rico that you excluded | 2a | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | 2b | 0. |
| c | Enter the amount from line 15 of your Form 4563 | 2c | |
| d | Add lines 2a through 2c | 2d | 0. |
| 3 | Add lines 1 and 2d | 3 | 46,885. |
| 4a | Number of qualifying children under age 18 with the required social security number | 4a | 2. |
| b | Number of children included on line 4a who were under age 6 at the end of 2021 | 4b | 2. |
| c | Subtract line 4b from line 4a | 4c | 0. |
| 5 | If line 4a is more than zero, enter the amount from the Line 5 Worksheet; otherwise, enter -0- | 5 | 7,200. |
| 6 | Number of other dependents, including any qualifying children who are not under age 18 or who do not have the required social security number | 6 | 0. |
| | Caution: Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4a. | | |
| 7 | Multiply line 6 by $500 | 7 | |
| 8 | Add lines 5 and 7 | 8 | 7,200. |
| 9 | Enter the amount shown below for your filing status. • Married filing jointly—$400,000 • All other filing statuses—$200,000 | 9 | 400,000. |
| 10 | Subtract line 9 from line 3. • If zero or less, enter -0-. • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | 10 | 0. |
| 11 | Multiply line 10 by 5% (0.05) | 11 | 0. |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | 12 | 7,200. |
| 13 | Check all the boxes that apply to you (or your spouse if married filing jointly). | | |
| A | Check here if you (or your spouse if married filing jointly) had a principal place of abode in the United States for more than half of 2021 | | ☒ |
| B | Check here if you (or your spouse if married filing jointly) were a bona fide resident of Puerto Rico for 2021 | | ☐ |

### Part I-B  Filers Who Check a Box on Line 13

Caution: If you did not check a box on line 13, do not complete Part I-B; instead, skip to Part I-C.

| Line | Description | | Amount |
|---|---|---|---|
| 14a | Enter the smaller of line 7 or line 12 | 14a | 0. |
| b | Subtract line 14a from line 12 | 14b | 7,200. |
| c | If line 14a is zero, enter -0-; otherwise, enter the amount from the Credit Limit Worksheet A | 14c | 0. |
| d | Enter the smaller of line 14a or line 14c | 14d | 0. |
| e | Add lines 14b and 14d | 14e | 7,200. |
| f | Enter the aggregate amount of advance child tax credit payments you (and your spouse if filing jointly) received for 2021. See your Letter(s) 6419 for the amounts to include on this line. If you are missing Letter 6419, see the instructions before entering an amount on this line. If you didn't receive any advance child tax credit payments for 2021, enter -0- | 14f | 3,600. |
| | Caution: If the amount on this line doesn't match the aggregate amounts reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | | |
| g | Subtract line 14f from line 14e. If zero or less, enter -0- on lines 14g through 14i and go to Part III | 14g | 3,600. |
| h | Enter the smaller of line 14d or line 14g. **This is your credit for other dependents.** Enter this amount on line 19 of your Form 1040, 1040-SR, or 1040-NR | 14h | 0. |
| i | Subtract line 14h from line 14g. **This is your refundable child tax credit.** Enter this amount on line 28 of your Form 1040, 1040-SR, or 1040-NR | 14i | 3,600. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 03/09/22 Intuit.cg.cfp.sp   Schedule 8812 (Form 1040) 2021

# Form W-2 — Wage and Tax Statement — 2021
*Keep for your records*

**Name:** Taryn N Duis

**Social Security Number:** [redacted]

Military: Complete Part VI on Page 2 below.

[ ] Spouse's W-2
[ ] Do not transfer this W-2 to next year

- **a** Employee's social security no.: [redacted]
- **b** Employer ID number (EIN): 35-1799506
- **c** Employer's name, address, and ZIP code:
  - CLINICAL MANAGEMENT SERVICES IN
  - Street: P O BOX 816
  - City: DEMOTTE
  - State: IN    ZIP Code: 46310-9545
  - Foreign Province:
  - Foreign Postal Code:
  - Foreign Country:

- **d** Control number:

[X] Transfer employee information from the Federal Information Worksheet

- **e** Employee's name:
  - First: Taryn    M.I.: N
  - Last: Duis    Suff.:
- **f** Employee's address and ZIP code:
  - Street: 1102 COUNTRY CLUB DR
  - City: CROWN POINT
  - State: IN    ZIP Code: 46307
  - Foreign Province:
  - Foreign Postal Code:
  - Foreign Country:

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 1,478.00 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Social security wages | 1,478.00 |
| 4 | Social security tax withheld | 91.64 |
| 5 | Medicare wages and tips | 1,478.00 |
| 6 | Medicare tax withheld | 21.43 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| | Distributions from sect. 457 and nonqualified plans (important, see Help) | |
| 12 | Enter box 12 below | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Enter box 14 below after entering boxes 18, 19, and 20. NOTE: Enter box 15 before entering box 14. | |

**Box 12**

| Code | Amount |
|---|---|
| | |
| | |
| | |

If Box 12 code is:
- A: Enter amount attributable to RRTA Tier 2 tax
- M: Enter amount attributable to RRTA Tier 2 tax
- P: Double-click to link to Form 3903, line 4
- R: Enter MSA contribution for Taxpayer / Spouse
- W: Enter HSA contribution for Taxpayer / Spouse
- G: Is employer a state or local government? Yes [ ] No [ ]

| Box 15 State | Box 15 Employer's state I.D. number | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| IN | 00052399660014 | 1,478.00 | 47.74 |

I confirm that the state withholding identification number(s) are accurate [ ]

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| LAKE | 1,478.00 | 22.17 | IN |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select "Other".) |
|---|---|---|
| | | |

# Form 1040 — U.S. Individual Income Tax Return (2021)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box): ☒ Married filing jointly

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: **Taryn N**
Last name: **Duis**

If joint return, spouse's first name and middle initial: **Zachary R**
Last name: **Duis**

Home address (number and street): **1102 Country Club Drive**

City: **Crown Point**   State: **IN**   ZIP code: **46307**

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☒ No

**Standard Deduction** — Someone can claim: ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — You: ☐ Were born before January 2, 1957   ☐ Are blind   Spouse: ☐ Was born before January 2, 1957   ☐ Is blind

## Dependents

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for: Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| [redacted] | [redacted] | Son | ☒ | ☐ |
| [redacted] | [redacted] | Daughter | ☒ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 46,885. |
| 2a | Tax-exempt interest | 2b | |
| 2b | Taxable interest | | |
| 3a | Qualified dividends | 3b | |
| 3b | Ordinary dividends | | |
| 4a | IRA distributions | 4b | |
| 4b | Taxable amount | | |
| 5a | Pensions and annuities | 5b | |
| 5b | Taxable amount | | |
| 6a | Social security benefits | 6b | |
| 6b | Taxable amount | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 7 | |
| 8 | Other income from Schedule 1, line 10 | 8 | 0. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 9 | 46,885. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 11 | 46,885. |
| 12a | Standard deduction or itemized deductions (from Schedule A)  12a  25,100. | | |
| 12b | Charitable contributions if you take the standard deduction (see instructions)  12b  100. | | |
| 12c | Add lines 12a and 12b | 12c | 25,200. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12c and 13 | 14 | 25,200. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 15 | 21,685. |

Standard Deduction for—
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2021)