UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:20-cv-0078-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO AWARD BACK PAY, PREJUDGMENT INTEREST, AND TAX OFFSET AWARD**

This case is before the Court on the *Plaintiff's Motion to Award Bak Pay, Prejudgment Interest, and Tax Offset Award.* Said Motion is GRANTED. Defendant is hereby ORDERED to pay to Plaintiff the total amount of Eighty-One Thousand Three Hundred Twenty-Eight Dollars and Seventy-Six centers (**$81,328.76**).

So ORDERED.

DATE: _____        _____
                                JUDGE

Distribution to all counsel of record.