UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:20-cv-0078-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LIQUIDATED DAMAGES**

This case is before the Court on the *Plaintiff's Motion to Award Liquidated Damages*. Said Motion is GRANTED. Defendant is hereby ORDERED to pay to Plaintiff the total amount of Seventy-Three Thousand Nine Hundred Thirty-Five Dollars and Twenty-Four cents (**$73,935.24**) in liquidated damages.

So ORDERED.

DATE: _____        _____
                                JUDGE

Distribution to all counsel of record.