UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:20-cv-0078-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR AWARD
OF ATTORNEYS' FEES AND EXPENSES**

Plaintiff, Taryn N. Duis (hereinafter "Plaintiff" and/or "Duis"), by counsel and pursuant to pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended, the Pregnancy Discrimination Act ("PDA") 42 U.S.C. § 2000(e)(k) as set forth in Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000(e) *et seq*., and under the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 260, respectfully request that the Court enter an award in her favor and against Franciscan Alliance Inc., a/k/a Franciscan Health Crown Point ("Defendant"), of $ 170,980.00 In attorneys' fees, and $1,538.02 in expenses.  The grounds supporting the requested awards and the amounts are set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Award  of Attorney Fees and Expenses and the declarations and exhibits attached hereto.

Respectfully Submitted,

*/s/ Ryan C. Fox*
Ryan C. Fox
Ryan P. Sink

                                        Attorneys for Plaintiff

                                        Fox & Sink, LLC
                                        6177 North College Avenue
                                        Indianapolis, Indiana 46220
                                        rfox@foxsinklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 24th day of March, 2023, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com
Robert A. Anderson: randerson@kdlegal.com

                                        */s/ Ryan C. Fox*
                                        Ryan C. Fox