

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:20-cv-0078-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF RYAN C. FOX

I, Ryan C. Fox, swear under penalty of perjury that the statements contained in this declaration are made freely and voluntarily, that the content of this declaration is based on my personal knowledge, that I am over the age of eighteen (18), that I am competent to testify as to the matters contained in this declaration, and that if called upon to testify, my testimony would be as follows:

1. I have been licensed to practice law in the State of Indiana since 1999. I have continuously practiced employment law for over 22+ years.

2. For the past twenty (20) years I have served as a Council Member for the Employment, Labor & Benefit Law Section for the Indian State Bar Association. In 2015-2016 I was also the Chair of that Section.

3. I am a member of the bars of Indiana, the Southern District of Indiana, the Northern District of Indiana, and the Seventh Circuit. I have litigated approximately 190 cases in the Southern District of Indiana, and approximately 60 cases in the Northern

District of Indiana plus numerous state and administrative cases and other cases that were resolved without the need for formal litigation.

4.  I am a co-founding partner of Fox & Sink, LLC, a law firm focused exclusively on employment litigation. We founded the law firm in October of 2014.

5.  I have prosecuted numerous employment law cases in state and federal courts, including prosecution of class actions, collective actions under the Fair Labor Standards Act, jury trials, administrative hearings, and appellate work, both with Indiana's appellate courts, the Seventh Circuit, and the Federal Circuit Court of Appeals.

6.  Taryn Duis retained my law firm on or about February 4, 2020. Since then, Fox & Sink, LLC has continuously provided legal services to Ms. Duis for her legal action against Franciscan Alliance, Inc., Defendant in the above-captioned matter. Fox & Sink, LLC represent Ms. Duis pursuant to a contingency fee Agreement.

7.  As shown in the attached Firm central time records, Ryan Sink and myself devoted a substantial amount of attorney time to litigate this case on behalf of Ms. Duis. This includes, but is not limited to, pleadings, discovery, depositions, discovery dispute conferences and correspondence, court appearances, motions, conferences with opposing counsel, conferences with client, conferences with witnesses, declarations of witnesses, case strategy, trial strategy, research, defending summary judgment, and ultimately trial wherein Ms. Duis achieved a jury verdict of **$5,500,000.00**. Without a doubt, Ms. Duis is a prevailing party under Title VII, the PDA, and FMLA.

8.  My hourly rate in this matter is $300.00 per hour. I charge hourly clients at the rate of $300.00, if not routinely higher. I have charged and collected hourly fees at

the rate of $300.00 per hour, and above, in employment discrimination and employment related matters.

9. Per *Hensley v. Eckerhart*, 461 U.S. 424 (1983), *Barrow v. Falick*, 977 F.2d 1100 (7th Cir. 1992), and *Blum v. Stenson*, 465 U.S. 886 (1984), my hourly rate of $300.00 is well within the range of the prevailing market rate for legal work. In support thereof, see the attached supporting Declarations from other attorneys familiar with the market rates in Indiana for employment law.

10. Fox & Sink, LLC kept contemporaneous records of times and expenses in this matter, and those records were maintained in an electronic database via FirmCentral. I personally reviewed, and when necessary, edited my time entries in this matter for its reasonableness, accuracy, and exercise of billing judgment in the context of preparing this Declaration. True and accurate copies of these records are attached to the Plaintiff's Motion For Award of Attorneys' Fees and Expenses.

11. The enclosed FirmCentral time records attached to Plaintiff's Motion For Award of Attorneys' Fees and Expenses provide a true and accurate accounting of my attorney time and expenses in this matter.

12. The law firm of Fox and Sink LLC has only myself and Ryan Sink as Attorneys and no support staff, paralegals, and/or other employees.

13. In the weeks leading up to trial and during the week of trial the law firm had to preclude other representation opportunities due to trial preparation.

      This Declaration has been executed by me within the United States of America. I further declare under penalty of perjury that the foregoing is true and correct.

Date 3/24/2023            _____
                                                                      Ryan C. Fox