

EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 2:20-cv-0078-PPS |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF GARY D. JOHNSON

I, Gary D. Johnson, swear under penalty of perjury that the statements contained in this declaration are made freely and voluntarily, that the content of this declaration is based on my personal knowledge, that I am over the age of eighteen (18), that I am competent to testify as to the matters contained in this declaration, and that if called upon to testify, my testimony would be as follows:

1. I have been licensed to practice law in the State of Indiana since 1991 and am a member of the Indiana bar in good standing. I have continuously practiced employment law for 31 ½ years.

2. I am a member of the bars of Indiana, the Southern District of Indiana, the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

3. I am currently a partner with the law firm of Beckman Lawson, LLP, which was founded in Fort Wayne, IN in 1984. I am the chair of the firm's

Labor and Employment Practice Group, and will serve as the firm's managing partner commencing in April 2023.

4. Prior to joining Beckman Lawson in 2003, I was a partner with Baker & Daniels. I was a member of that firm's Labor and Employment Practice Group as well.

5. My practice has been exclusively focused on labor and employment law, primarily as defense counsel for employers. I have litigated innumerable cases in state and federal court on a wide variety of employment-related matters, including, for example, claims involving Title VII, the PDA, the ADA, the FLSA, and the FMLA.

6. I am aware of the jury's substantial verdict in this matter of $500,000.00 for compensatory damages and $5,000,000.00 for punitive damages. In my opinion, and based on my experience litigating matters with reasonably analogous facts, Plaintiff's recovery is an unqualified success that could only have been achieved through hard work, years of experience, exceptional trial skills, and overall competency.

7. I have been advised that Fox & Sink, LLC, is seeking a lodestar hourly rate in this matter of $300.00 per hour. In my opinion and based on my experience, this is a very reasonable hourly rate. It is well within the range of hourly rates charged by lawyers with similar litigation expertise and experience in the State of Indiana, and even well below the current market rates in the larger

legal markets in the state for similar services by lawyers of comparable skill, experience, and reputation.

8. It is my opinion that in order to incentivize a capable plaintiff's attorney to take a case on a contingency fee basis, it is important that attorneys be awarded at least the reasonable hourly rates that they also collect from clients who pay them on an hourly basis. If not, this could have a chilling effect on other qualified counsel's willingness to undertake contingent fee cases like this one.

9. I have no pecuniary or other interest in the outcome of this matter, nor does my firm.

*This Declaration has been executed by me within the United States of America. I further declare under penalty of perjury that the foregoing is true and correct.*

Date: March 16, 2023

_____
Gary D. Johnson

3