

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 2:20-cv-0078-PPS |
| FRANCISCAN ALLIANCE INC., a/k/a FRANCISCAN HEALTH CROWN POINT, | ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF JASON P. CLEVELAND

I, Jason P. Cleveland, swear under penalty of perjury that the statements contained in this declaration are made freely and voluntarily, that the content of this declaration is based on my personal knowledge, that I am over the age of eighteen (18), that I am competent to testify as to the matters contained in this declaration, and that if called upon to testify, my testimony would be as follows:

1. I have been licensed to practice law in the State of Indiana since 2003. I am a member of the Indiana bar in good standing. I have continuously practiced employment law for 13 years.

2. I am a member of the bars of Indiana, the Southern District of Indiana, the Northern District of Indiana, and the Seventh Circuit.

3. I am a co-founding partner of Cleveland Lehner Cassidy LLC, a law firm focused on plaintiff's employment law. We founded the law firm in 2016.

4. Previously, I worked for John H. Haskin and Associates (formerly Haskin and LaRue) and Hostetter and O'Hara.

5. I have extensive experience litigating employment cases on a wide variety of employment related matters, including claims Title VII, the PDA, and FMLA. I offer many types of fee arrangements with clients, including contingency fee engagements to help offset the upfront financial burden for clients.

6. I am aware of the jury's substantial verdict in this matter of $500,000.00 for compensatory damages and $5,000,000.00 for punitive damages. In my opinion, and based on my experience as to what it takes to achieve a large recovery in a complex matter against a well-funded and determined opponent, the recovery for Plaintiff in these circumstances is an unqualified success that could only have been achieved through hard work, years of experience, cleverness, and overall competency.

7. I have been advised that Fox & Sink, LLC, are seeking a lodestar hourly rate in this matter of $300.00 per hour. In my opinion and based on my experience, this is a very reasonable market rate well within the range of fees reasonably charged by lawyers withi similar degrees of litigation experience in the State of Indiana. It is my opinion that $300.00 per hour is in line, if not even well below the current market rate, with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation.

8. It is my opinion that in order to incentivize a capable plaintiff's attorney to take a case on a contingency fee basis, it is important that attorneys be awarded at least the reasonable hourly rates that they also collect from clients who pay them on an hourly basis. If not, this could have a chilling effect on other qualified counsel's willingness to understake contingent fee cases like this one.

9. I have no pecuniary or other interest in the outcome of this matter, nor does my firm.

This Declaration has been executed by me within the United States of America. I further declare under penalty of perjury that the foregoing is true and correct.

Date 3/20/23