

ExpenseReport

| User | Client | Matter | Mat | Matter | Expense En | External Narrative | Expense Code | Quan | Price | Taxec | Value | Bil | Non |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fox, | Taryn | Duis, Taryn v. Fra | 797 | Open | 03/05/2023 | Mileage to Hammond | Mileage | 142.0 | $0.65 | No | $92.30 | Nc | No |
| Fox, | Taryn | Duis, Taryn v. Fra | 797 | Open | 03/06/2023 | Hotel 4 Nights Ramada Inn Hammond 2 Rooms | Travel Expense | 1.0 | $854.5 | No | $854.52 | Nc | No |
| Fox, | Taryn | Duis, Taryn v. Fra | 797 | Open | 03/09/2023 | Mileage from Hammond to Indianapolis | Mileage | 142.0 | $0.65 | No | $92.30 | Nc | No |
| Sink | Taryn | Duis, Taryn v. Fra | 797 | Open | 03/06/2023 | dining expenses at courthouse and dinners during trial week | | 0.0 | $0.00 | No | $270.10 | Nc | No |
| Sink | Taryn | Duis, Taryn v. Fra | 797 | Open | 03/10/2023 | mileage | | 352.0 | $0.65 | No | $228.80 | Nc | No |

Totals $1,538.02

1

ExpensebyMatterReport 20230323 055449

| User | Client | Matter | Mat | Matter | Expense | External Narrative | Expense Code | Qua | Price Per | Tax | Value | Bill | Non |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 02/25/20 | Filing Fee | Court Fees | 1.0 | $400.00 | No | $400.00 | Yes | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 02/28/20 | Service | Postage | 1.0 | $5.15 | No | $5.15 | Yes | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 10/15/20 | Medical Records Invoice Ciox | Copying | 1.0 | $86.99 | No | $86.99 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 09/14/20 | Deposition Transcript T.Duis | Deposition transcript | 1.0 | $527.58 | No | $527.58 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 09/14/20 | Deposition Transcript L.Steinhilber | Deposition transcript | 1.0 | $532.65 | No | $532.65 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 09/14/20 | Deposition Transcript D.Scott | Deposition transcript | 1.0 | $311.85 | No | $311.85 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 02/16/20 | Attendance and Mileage Fee for Witness Buchanan | Witness Fees | 1.0 | $62.69 | No | $62.69 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 02/21/20 | Witness Fees Dawn Scott | Witness Fees | 1.0 | $40.00 | No | $40.00 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 02/28/20 | Copy of filings and outlines along with exhibits and documents produced in discovery | Copying | 246 | $0.10 | No | $24.60 | No | No |
| Fox, Taryn | Duis, Taryn v. F | 797 | Open | | 03/02/20 | Copy of all potential exhibits and transcripts | Copying | 616 | $0.10 | No | $61.60 | No | No |
| | | | | | | | | | | Total | $2,053.11 | | |

1