

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:20-cv-0078-PPS |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF KIMBERLY D. JESELSKIS

I, Kimberly D. Jeselskis, swear under penalty of perjury that the statements contained in this declaration are made freely and voluntarily, that the content of this declaration is based on my personal knowledge, that I am over the age of eighteen (18), that I am competent to testify as to the matters contained in this declaration, and that if called upon to testify, my testimony would be as follows:

1. I have been licensed to practice law in the State of Arizona since May 2001 and in the State of Indiana since September 2002. I am a member of the Indiana bar and Arizona bar in good standing. I have continuously practiced employment law for twenty-two (22) years.

2. I am a member of the bars of Arizona, Indiana, the United States District Court for the District of Arizona, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, the Ninth Circuit Court of Appeals, the Seventh Circuit Court of Appeal, and the United States Supreme Court.

3. I currently work at Jeselskis Brinkerhoff and Joseph, LLC, a law firm focused on employment and business law. I founded the law firm with my two law partners in September 2019.

4. Previously, I was a shareholder at Katz Korin Cunninham and worked a the firm from April 2017 to September 2019. From March 2010 to April 2017, I owned a solo practice, Jeselskis Law Offices, LLC. From May 2002 to March 2010, I was an attorney with Macey, Swanson and Allman. From May 2001 to April 2002, I practiced law in Arizona. Prior to May 2001, I worked as a law clerk and also completed a full-time internship with the Equal Employment Opportunity Commission, Phoenix District.

5. I have extensive experience litigating employment cases, primarily on the Plaintiff's side, on a wide variety of employment related matters, including claims Title VII, the PDA, and FMLA.

6. I am aware of the jury's substantial verdict in this matter of $500,000.00 for compensatory damages and $5,000,000.00 for punitive damages. In my opinion and based on my experience as to what it takes to achieve a large recovery in a complex matter against a well-funded and determined opponent, the recovery for Plaintiff in these circumstances is an unqualified success that could only have been achieved through hard work, experience, and competency.

7. I have been advised that Fox & Sink, LLC, are seeking a lodestar hourly rate in this matter of $300.00 per hour. In my opinion and based on my experience, this is a very reasonable market rate well within the range of fees, likely even below market rate, reasonably charged by lawyers with similar degrees of litigation experience in the State of Indiana. It is my opinion that $300.00 per hour is in line, if not even well below the current

market rate, with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation.

8. It is my opinion that in order to incentivize a capable plaintiff's attorney to take a case on a contingency fee basis, it is important that attorneys be awarded at least the reasonable hourly rates that they also collect from clients who pay them on an hourly basis. If not, this could have a chilling effect on other qualified counsel's willingness to undertake contingent fee cases like this one.

9. I have no pecuniary or other interest in the outcome of this matter, nor does my firm.

This Declaration has been executed by me within the United States of America. I further declare under penalty of perjury that the foregoing is true and correct.

Date 2023-03-24

*Kimberly Jeselskis*

# Signature Certificate

Reference number: ZFRHK-M5WV2-KKFBQ-DDTJC

| Signer | Timestamp | Signature |
|---|---|---|
| **Kimberly Jeselskis**<br>Email: kjeselskis@jbjlegal.com<br>Shared via link<br><br>Sent:<br>Viewed:<br>Signed: | <br><br><br><br>24 Mar 2023 17:01:10 UTC<br>24 Mar 2023 17:02:16 UTC<br>24 Mar 2023 17:16:47 UTC | *Kimberly Jeselskis*<br><br>IP address: 107.122.93.40 |

Document completed by all parties on:
24 Mar 2023 17:16:47 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

