**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**HAMMOND DIVISION**

Taryn N Duis

                Plaintiff,

v.                                         Case No.: 2:20−cv−00078−APR
                                          Magistrate Judge Andrew P Rodovich

Franciscan Alliance Inc

                Defendant.

## NOTICE OF COSTS TO BE TAXED

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Pursuant to [82] Bill of Costs filed by Taryn N Duis , costs will be taxed in the above−captioned cause of action in the amount of $ 2,053.11 on 04/10/2023 if no objections are filed.

Date:  March 27, 2023                      CHANDA J. BERTA
                                                 ACTING CLERK OF COURT

                                                 By:  s/   Samuel E Jarrell
                                                         Deputy Clerk