EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
|    Plaintiff. | ) |
| | ) |
| v. | )    CAUSE NO: 2:20-CV-78-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## AFFIDAVIT OF NITA WIRKUS

I, Nita Wirkus, under the penalties of perjury, hereby state as follows:

1. I am over eighteen (18) years of age.

2. The facts set forth in this Affidavit are known to me to be true based upon my personal knowledge of such facts and, if called upon to testify as a witness, I am competent to testify to these facts.

3. I am employed by Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan") as the Director of Human Resources.

4. In the role as Director of Human Resources, I am familiar with Franciscan's human resources department, employees, personnel records, employment policies and procedures, investigations, disciplinary records, terminations, job descriptions of employees, requests for and approval of FMLA leave, Short Term Disability benefits, and other employment practices.

5. I have regularly reviewed the records and other documents routinely prepared and/or maintained by or for the benefit of Franciscan as it relates to my testimony in this Affidavit. Franciscan's records are made or obtained in the ordinary course of business by persons who have

a business duty to Franciscan to make or provide these records. This Affidavit is based upon my review of such records and other documents, as well as my personal knowledge.

6. I am submitting this Affidavit in support of Franciscan's Response in Opposition to Plaintiff's Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset Award.

7. Taryn N. Duis ("Duis") worked as a Registered Nurse at Franciscan Health Crown Point from 2015 until May 14, 2019.

8. At the time of Duis's separation from employment, she was being paid $29.24 per hour. A true and accurate copy of Duis's Final Rate of Pay (Franciscan000653) is attached as Exhibit 1.

9. At the time of Duis's separation from employment, she was .9 FTE which means she worked approximately 36 hours per week.

10. During Duis's employment with Franciscan, she was eligible for Franciscan's company-paid Short Term Disability benefits.

11. In 2019, an employee who was approved for Short Term Disability benefits would receive 60% of the employee's base rate of pay after the initial 7-day elimination period. A true and accurate copy of Franciscan's Short Term Disability portion of its Employee Handbook (Franciscan000267) is attached as Exhibit 2.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

Date: 3/30/23

Nita Wirkus, Director of Human Resources
Franciscan Alliance, Inc, a/k/a Franciscan Health Crown Point

KD_14573940_2.docx



Job Data

https://peoplesoft.ssfhs.org/psp/hrsp/EMPLOYEE/HRMS/c/ADMINISTER_WORKFORCE_(GBL).JOB_DATA.GBL

Employee Self Service | Job Data

New Window | Help | Personalize Page

Work Location | Job Information | Payroll | Salary Plan | **Compensation**

**Taryn Duis**
Employee

**Empl ID** 158879
**Empl Record** 0

**Compensation Details** — Find | First | 2 of 7 | Last — Go To Row

| | | | |
|---|---|---|---|
| **Effective Date** | 06/24/2018 | | |
| **Effective Sequence** | 0 | **Action** | Pay Rate Change |
| **HR Status** | Active | **Reason** | Merit |
| **Payroll Status** | Active | **Job Indicator** | Primary Job |

History

**Compensation Rate** 29.240000 **Frequency** H Hourly

**Comparative Information**

**Pay Rates**

Default Pay Components

Contract Change Prorate Option

**Pay Components** — Personalize | Find | First | 1 of 1 | Last

Amounts | Controls | Changes | Conversion

| | Rate Code | Seq | Comp Rate | Currency | Frequency | Percent |
|---|---|---|---|---|---|---|
| 1 | NAHRLY | 0 | 29.240000 | USD | H | |

Calculate Compensation

Job Data | Employment Data | Earnings Distribution | Benefits Program Participation

2:53 PM
4/19/2021

## BENEFITS

**SHORT AND LONG TERM DISABILITY**

Short Term Disability (STD) and Long Term Disability (LTD) income protection benefits are available to employees who are unable to work due to an approved medical disability. Both STD and LTD benefits are subject to substantiation of the employee's medical disability through the medical leave of absence process, including a physician's statement of disability. Disability benefits are not available for absences attributable to intermittent FMLA occurrences.

Regular Full Time employees are automatically eligible for company-paid STD and LTD benefits. *Coverage will begin the first of month following completion of 6 months of continuous employment in the full time status.*

Regular Part Time employees *may purchase* group disability coverage within the enrollment period. *Coverage will begin the first of month following completion of 6 months of continuous employment in a Regular Part Time position* are eligible to enroll in **voluntary employee-paid** STD and/or LTD benefits.

Employees generally must use PTO for the first 7 days of an **approved** disability leave and exhaust all available Reserve Sick Bank (RSB) hours before being eligible to receive STD benefits. **Approved** STD benefits will be available at 60% of the employee's base rate and may be supplemented with available PTO, if desired, up to 100% of base pay.

Absences extending beyond 180 calendar days may be eligible for LTD benefits amounting to 60% of the employee's base rate and paid on a monthly basis, subject to the provisions of the Franciscan Long Term Disability Plan.

Please refer to the Leaves of Absence Policy on the intranet site and the STD and LTD plan summaries for more information on disability benefits available through Franciscan.

CONFIDENTIAL          Duis v. Franciscan (2:20-CV-00078-TLS-APR)          Franciscan000267
                              Produced August 21, 2020