# In the Matter Of:

*TARYN N. DUIS*

*-v-*

*FRANCISCAN ALLIANCE INC.*

## Taryn N. Duis

*March 22, 2021*

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF INDIANA
                   HAMMOND DIVISION


TARYN N. DUIS,                    )
                                  )
       Plaintiff,                 )
                                  )
       -v-                        )   Cause No.
                                  )   2:20-CV-78-TLS-APR
                                  )
FRANCISCAN ALLIANCE INC.,         )
a/k/a FRANCISCAN HEALTH           )
CROWN POINT,                      )
                                  )
       Defendant.                 )
```

The deposition upon oral examination of TARYN N. DUIS, a witness produced and sworn before me, Catherine M. Stefaniak, CSR, Notary Public in and for the County of Lake, State of Indiana, taken on behalf of the Defendant at Krieg DeVault, LLP, 8001 Broadway, Suite 400, Merrillville, Indiana, on Monday, March 22, 2021, at 9:00 a.m., pursuant to the Federal Rules of Civil Procedure.


            STEWART RICHARDSON & ASSOCIATES
            Registered Professional Reporters
                    (800) 869-0873

```
 1   A.   I started there in -- I believe I was hired in
 2        October of 2020, and I like started actually
 3        working with patients in December of 2020.
 4   Q.   Did you have to fill out an application?
 5   A.   Yes.
 6   Q.   Did you have to interview before you were hired?
 7   A.   Yes.
 8   Q.   During either the interview or on the application,
 9        were you asked if you were ever terminated from
10        prior employment?
11   A.   I'm sure I was.
12   Q.   Do you recall how you answered that question?
13   A.   I told them I was terminated from Franciscan for my
14        pregnancy.
15   Q.   Do you recall who interviewed you at BAYADA?
16   A.   Trista DeBolt.
17   Q.   What's her position?
18   A.   She is -- I think she is a -- I know does some
19        recruiting, but I believe she's like a human
20        resources.
21   Q.   Okay.  What is your current job title?
22   A.   I'm a pediatric nurse.
23   Q.   Is that the position you were hired for?
24   A.   Yes.
25   Q.   Who are your supervisors?
```

```
 1   A.   Her name is Jeanie.  I'm sorry.  I don't know her
 2        last name.  And Hannah.
 3   Q.   Do you know Hannah's last name?
 4   A.   I don't.
 5   Q.   What are your responsibilities as a pediatric
 6        nurse?
 7   A.   I take care of the kid that I take care of.  I do
 8        his assessment.  I monitor him.  I do his vitals.
 9        I -- I go to school with him.  We, you know, help
10        him with his homework.  I do cathing for him and
11        just all of his needs.
12   Q.   So you're assigned to one patient to provide for?
13   A.   I personally am, yes.
14   Q.   Okay.  What is your compensation?
15   A.   I get 24.50 an hour.
16   Q.   How many hours a week do you work?
17   A.   Right now, I am working 24 hours -- well, it
18        changes.  It's 24 hours one week and then 32 hours
19        the next week.
20   Q.   When you applied for the position, did you know it
21        was not a full-time position?
22   A.   It is considered a full-time position over
23        30 hours.
24   Q.   So you're saying through BAYADA, it's considered a
25        full-time position?
```

```
 1   A.   BAYADA, yes.  But I was working at another company
 2        as well, so I had two jobs.
 3   Q.   Okay.
 4   A.   But the other one, I have no clients right now, so
 5        I'm just going to probably take more days at
 6        BAYADA.
 7   Q.   Okay.  Do you have the opportunity to take
 8        additional days at BAYADA?
 9   A.   I will.
10   Q.   When will you have that opportunity?
11   A.   As soon as my -- as soon as my schedule allows it.
12   Q.   Okay.  And what's the -- what's keeping you from
13        working more now?
14   A.   Well, right now, I was waiting for the deposition
15        day, so I didn't want to tell them I could work
16        Mondays and then have to call off on a Monday,
17        so --
18   Q.   What days do you work?
19   A.   I work Wednesday, Thursday and Friday, and then I
20        work every other Saturday.
21   Q.   You mentioned another job.
22   A.   Yes.
23   Q.   Are you still working that other job or no?
24   A.   Well, I have no clients, so I'm going to pick up
25        more days at BAYADA and probably move on from
```

```
 1        there.  It's a home health, so people are only
 2        certified for a certain period of time.  And when
 3        you discharge them, you have to wait for more
 4        clients, and there's just not a client base in the
 5        area.
 6   Q.   What's the name of that --
 7   A.   Community Home Care.
 8   Q.   Have you requested additional work from Community
 9        Home Care?
10   A.   No.
11   Q.   And why not?
12   A.   Because the -- it's not worth the pay.  It's not
13        making money.
14   Q.   What were you paid when you were working at
15        Community Home Care?
16   A.   We were paid per visit, so it depended on what you
17        did for each visit.
18   Q.   Okay.  Do you recall a range?
19   A.   I think it was $89 for an admission.  I believe it
20        was $45 for a skilled care and then $35 for just a
21        general assessment.
22   Q.   And was that per hour or per visit?
23   A.   Per visit.
24   Q.   Who was your supervisor at Community Home Care?
25   A.   Let's see.  Sorry.  They switched administrators.
```

```
 1              Her name is Maryann.  I can't think of her last
 2              name.  I apologize.
 3     Q.       So --
 4     A.       And then --
 5     Q.       Sorry.  Go ahead.
 6     A.       And then there is a lady Vicky who was my like
 7              immediate supervisor.
 8     Q.       What's Vicky's last name?
 9     A.       And I apologize.  I don't know her last name.
10     Q.       When did you start working at Community Home Care?
11     A.       In October of 2020.
12     Q.       And when was the last time you provided any
13              services for them?
14     A.       Let's see.  February.
15     Q.       Of 2021?
16     A.       Yes.
17     Q.       So were you considered like a prn staff member at
18              Community Home Care, or how did it work that you
19              did work for them, and now you're not doing any
20              work for them?
21     A.       Well, I mean, I guess they say like -- they say
22              everybody is prn, because it's really based on how
23              many clients you have.
24     Q.       So when you stopped caring for a client in February
25              of 2021, what were your conversations with
```

```
 1         in your position?
 2    A.   No.
 3    Q.   How did you learn about the position at BAYADA?
 4    A.   It was online.
 5    Q.   Did you know anyone else who worked there?
 6    A.   No.
 7    Q.   What about the position with Community Home Care,
 8         how did you learn about that position?
 9    A.   It was online, also.
10    Q.   Did you know anyone else who worked there?
11    A.   No.
12    Q.   Where did you work prior to BAYADA?
13    A.   Fresenius Kidney Care.
14    Q.   And during what dates did you work there?
15    A.   I worked at Fresenius -- I was hired I want to say
16         June 15th of 2019, and I worked there until
17         September 1st of 2020.
18    Q.   Why did you leave Fresenius?
19    A.   There was a lot of COVID exposure, and my daughter
20         was born premature, and the hours were very, very
21         long, and I didn't -- didn't feel like it was a
22         good fit.
23    Q.   What were the hours that you were working at
24         Fresenius?
25    A.   They were different every day.  So we had two
```

```
 1        patients that we had to do dialysis on.  And just
 2        depending on what the patient's order was, my day
 3        could be 17, 18 hours on call.  I was working over
 4        24 hours straight, so --
 5   Q.   And when was your daughter born?
 6   A.   She was born August 20th of 2019.  I mean -- I'm
 7        sorry.  I'm sorry.  No.  That's right.  Sorry.  I'm
 8        crazy.  August 20th of 2019.
 9   Q.   The years have started to run together here
10        recently, so -- okay.  August 20, 2019.  So did you
11        leave Fresenius due to her birth?
12   A.   No.
13   Q.   Okay.  You left because of the hours?
14   A.   Yes, and the COVID exposure with a premature baby.
15   Q.   When did you decide that you were going to leave
16        Fresenius?
17   A.   In August of 2020.
18   Q.   I think you mean 2019.
19   A.   No.
20   Q.   No, no, no.  Sorry.  Okay.  So you say -- okay.  So
21        your daughter was born August 20th, 2019, and you
22        left Fresenius September 1, 2020?
23   A.   Yes.
24   Q.   Okay.  So you continued working there approximately
25        a year after your daughter was born?
```

```
 1   A.   Yes.
 2   Q.   Did you take any time off after your daughter was
 3        born?
 4   A.   Yes.
 5   Q.   How much time?
 6   A.   I was off for 12 weeks.
 7   Q.   Did you receive any compensation when you were gone
 8        during that 12 weeks?
 9   A.   No.
10   Q.   Did you receive short-term disability benefits?
11   A.   No.
12   Q.   Did Fresenius have short-term disability benefits?
13   A.   I wasn't eligible for it.
14   Q.   Why not?
15   A.   Because I didn't work there long enough.  I had
16        only worked there for a month when my daughter was
17        born.
18   Q.   Do you know how long you have to work at Fresenius
19        to be eligible for short-term disability benefits?
20   A.   I don't.
21   Q.   Did you apply for short-term disability?
22   A.   It was not something that I was eligible to apply
23        for.
24   Q.   So did you complete an application for short-term
25        disability benefits through Fresenius?
```

1  A.   It's included with your insurance when you sign up
2       for insurance.  So I had short-term disability
3       after my daughter was born once I had been there
4       long enough to receive benefits.
5  Q.   Okay.  Going back to my question:  Did you complete
6       an application for short-term disability benefits
7       at Fresenius?
8  A.   There is no application for benefits.
9  Q.   Did you ask their HR department or anyone at
10      Fresenius whether you could apply for short-term
11      disability benefits --
12 A.   No.
13 Q.   -- or whether you could receive short-term
14      disability benefits after your daughter was born?
15 A.   After she was born?
16 Q.   Right.
17 A.   I received them when I got insurance, so I didn't
18      have to ask.
19 Q.   Okay.  So you're saying you did receive short-term
20      disability?
21 A.   After the 90 days, which my daughter had already
22      been born.  You have to be there 90 days before the
23      insurance is effective.
24 Q.   Who told you you had to be there 90 days --
25 A.   Human resources.

| | | |
|---|---|---|
| 1 | Q. | Let me finish my question.  Who told you that you |
| 2 | | had to be there 90 days before you could receive |
| 3 | | short-term disability? |
| 4 | A. | Human resources and the policy. |
| 5 | Q. | Did you have any sick time or paid time off through |
| 6 | | Fresenius? |
| 7 | A. | No. |
| 8 | Q. | And why not? |
| 9 | A. | Because I had just started there. |
| 10 | Q. | Okay.  Did you accrue some at some point during |
| 11 | | your employment? |
| 12 | A. | No, I did not. |
| 13 | Q. | And why not? |
| 14 | A. | Because I had just started there, and I had to keep |
| 15 | | being hospitalized for complications due to my |
| 16 | | pregnancy. |
| 17 | Q. | So during the year that you were employed there, |
| 18 | | you were never given any paid time off or sick |
| 19 | | time? |
| 20 | A. | Oh, I was after I came back from maternity leave, |
| 21 | | yes. |
| 22 | Q. | Okay.  But what you're saying is you didn't have |
| 23 | | any paid time off or sick time during your |
| 24 | | maternity leave? |
| 25 | A. | No. |

```
 1   Q.   So that's correct?
 2   A.   That's correct.
 3   Q.   Do you know how much paid time off or sick time you
 4        accrued per week or per month while you were at
 5        Fresenius?
 6   A.   I don't.  I don't know how it was calculated.
 7   Q.   Who was your supervisor at Fresenius?
 8   A.   Regina Boer.
 9   Q.   What was your relationship like with Regina?
10   A.   It was fine.
11   Q.   Did you ever have any conflict or issues with her?
12   A.   Not in particular.
13   Q.   When you say not in particular, does that mean
14        there was something or there was nothing?
15   A.   There was nothing.
16   Q.   Did you ever complain about Regina Boer to your
17        co-workers?
18   A.   I don't believe so.
19   Q.   Did you ever complain about Regina Boer to human
20        resources or to her supervisor?
21   A.   No.
22   Q.   Did you ever receive any disciplinary action when
23        you were at Fresenius?
24   A.   No.
25   Q.   What was your pay when you were at Fresenius?
```

```
 1   A.   I made 34 -- I think $34 an hour, and then we
 2        had -- I had a $3 shift differential, so $37 an
 3        hour.
 4   Q.   Did you work days or nights?
 5   A.   I worked, I guess, days.  It doesn't -- it's not
 6        really a schedule like that with dialysis.
 7   Q.   So what was the shift differential then?  When
 8        would you receive --
 9   A.   Every single time that I worked.
10   Q.   Okay.  And why was it that you were paid a shift
11        differential?
12   A.   Because I did acute dialysis.
13   Q.   Other than your time you took off after your
14        daughter was born, did you take any other medical
15        leaves while you were at Fresenius?
16   A.   I took off -- oh, gosh.  I mean, I guess it wasn't
17        like a medical leave, but I was off for like three
18        days.  I had to get COVID tested back in March
19        of 2019.  But other than that, no like multiple
20        days.
21   Q.   And what was the reason that you had to get tested?
22   A.   I was exposed to patients that were COVID positive,
23        and I had symptoms.
24   Q.   I'm guessing that maybe since you were only off for
25        three days that your test results were negative?
```

```
 1            position at Franciscan on the telemetry unit for
 2            the 4th floor.
 3    Q.      And what's the telemetry unit?
 4    A.      It's just like a more critical unit where people
 5            wear a heart monitor.
 6    Q.      Did you receive offers from any of those other
 7            positions?
 8    A.      No.  Franciscan was the first place to call me.
 9    Q.      So the first to offer you a position?
10    A.      Yes.
11    Q.      And did any of the others subsequently offer you a
12            position?
13    A.      I didn't even interview anywhere else.  They called
14            me, and I took the job.
15    Q.      What was the -- oh, you said the other position at
16            Franciscan was also a telemetry?
17    A.      Correct.
18    Q.      Okay.  Okay.  So you were hired by Franciscan as an
19            IMCU RN, correct?
20    A.      Correct.
21    Q.      And you worked nights?
22    A.      Yes.
23    Q.      What was your schedule?
24    A.      I worked 7:00 p.m. until 7:30 a.m. and whatever
25            days I was -- three days a week, we worked.
```