UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:20-cv-0078-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF BACK PAY, PREJUDGMENT INTEREST, AND TAX OFFSET AWARD**

Plaintiff, Taryn Duis, by their respective counsel, pursuant Local Rule 6.1 respectfully request that the Court extend the time to file a Reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset Award by seven (7) days up to and including April 14, 2023. In support of this Motion, the Plaintiff state as follows:

1. On March 31, 2023, Defendant filed their Response in Opposition to Plaintiff's Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset. [Docket No. 89]. Currently, Plaintiff's reply to Defendant's Motion is due on April 7, 2023, which time has not yet passed.

2. Plaintiff's Attorney Ryan Sink who will be filing Plaintiff's Reply to Defendant's Opposition is out of the office the week of April 3, 2023, on a preplanned family vacation and will not be returning to the office until April 10, 2023.

3. Plaintiff's Attorney Ryan Fox has just returned from a short spring break and has other pending matters and cases needing immediate attention. In addition, Attorney Fox is also

working on drafting a response to Plaintiff's Response to Defendant's Motion for New Trial or, Alternatively, for Remitter filed by Defendant on March 31, 2023. [Docket No. 90].

4. On April 3, 2023, Plaintiff's Counsel contacted Defendant's counsel who stated that that there is no objection to this extension.

5. The Court and parties will not be adversely affected by the requested extension in this Motion, as the requested extension will not impact any other deadlines in this case.

6. Plaintiff does not seek the extension to unduly delay the proceedings and has not previously requested and extension to reply to Defendant's Motion.

WHEREFORE, Plaintiff respectfully request that the Court extend the deadline from April 7, 2023, up and until April 14, 2023, in which to file the Reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset Award.

Respectfully Submitted,

*/s/ Ryan C. Fox*
Ryan C. Fox
Ryan P. Sink
Attorneys for Plaintiff

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220
rfox@foxsinklaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 3rd day of April, 2023, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com
Robert A. Anderson: randerson@kdlegal.com

*/s/ Ryan C. Fox*
Ryan C. Fox