# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 2:20-cv-0078 |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the Plaintiff's Motion to Extend the time to file a Reply to Defendant's Response in Opposition to Plaintiff's Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset Award [DE 92] filed by the plaintiff, Taryn Duis, on April 3, 2023.

The plaintiff is requesting that the court extend the deadline to file her reply to the defendant's response pertaining to the Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset [DE 89]. The plaintiff represents that the defendant does not object to the motion. The court, being duly advised, hereby **GRANTS** the Motion [DE 92] and extends the deadline for the plaintiff to file her reply by **April 14, 2023**.

ENTERED this 3rd day of April, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge