# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **TARYN N. DUIS,** | ) |
| | ) |
|     **Plaintiff.** | ) |
| | ) |
|     v. | )   **CAUSE NO: 2:20-CV-78-APR** |
| | ) |
| **FRANCISCAN ALLIANCE INC., a/k/a** | ) |
| **FRANCISCAN HEALTH CROWN** | ) |
| **POINT,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AWARD LIQUIDATED DAMAGES**

Defendant Franciscan Alliance, Inc. ("Franciscan"), by counsel, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 6(b) and N.D. Ind. L.R. 6.1, to extend the time to file a Response in Opposition to *Plaintiff's Motion to Award Liquidated Damages* [ECF 85] by seven (7) days, to and including **April 14, 2023**. In support of this Motion, Franciscan states as follows:

    1.    On March 24, Plaintiff filed her *Motion to Award Liquidated Damages*. [ECF 85]. Defendant's response is currently due on April 7, 2023, which time has not yet passed.

    2.    Due to the preplanned vacations and time out of the office, Franciscan reasonably requires additional time to respond to Plaintiff's Motion to Award Liquidated Damages.

    3.    Additionally, Franciscan has been analyzing and preparing responses to the other motions filed by Plaintiff including her request for back pay, prejudgment interest, and tax offset, her request for attorney's fees and costs, and all necessary post-trial motions.

4.	On April 4, 2023, Counsel for Franciscan contacted Plaintiff's counsel who indicated that there was no objection to this extension.

5.	This Motion is made in good faith and not for the purposes of delay. This extension does not interfere with any other case deadlines.

**WHEREFORE**, Franciscan respectfully moves this Court to extend the deadline for responding to *Plaintiff's Motion to Award Liquidated Damages* by seven (7) days, to and including **April 14, 2023**.

                                            Respectfully submitted,

Dated: April 4, 2023          By:    Amy J. Adolay, Atty. No. 23147-49
                                            Elizabeth M. Roberson, Atty. No. 34097-64
                                            KRIEG DEVAULT LLP
                                            12800 N. Meridian Street, Suite 300
                                            Carmel, IN 46032
                                            Telephone: (317) 238-6342
                                                            (317) 238-6330
                                            Facsimile:  (317) 636-1507
                                            Email: aadolay@kdlegal.com
                                                       eroberson@kdlegal.com

                                            Robert A. Anderson, Atty. No. 15359-71
                                            KRIEG DEVAULT LLP
                                            8001 Broadway, Suite 400
                                            Merrillville, IN  46410
                                            Telephone: (219) 227-6100
                                            Facsimile:  (219) 227-6101
                                            Email: randerson@kdlegal.com

                                            *Counsel for Defendant Franciscan Alliance, Inc.*

KD_14580828_1.docx