UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 2:20-cv-0078 |
| ) | |
| FRANCISCAN ALLIANCE INC., a/k/a ) | |
| FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the Motion for Extension of Time to Respond to Plaintiff's Motion to Award Liquidated Damages [DE 94] filed by the defendant, Franciscan Alliance, Inc., on April 4, 2023.

The defendant is requesting that the court extend the deadline to file its response to the plaintiff's Motion to Award Liquidated Damages [DE 85]. The defendant represents that the plaintiff does not object to the motion. The court, being duly advised, hereby **GRANTS** the Motion [DE 94] and extends the deadline for the defendant to file its response by **April 14, 2023**.

ENTERED this 4th day of April, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge