**UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
HAMMOND DIVISION**

Taryn N Duis

                Plaintiff,

v.                                Case No.: 2:20–cv–00078–APR
                                       Magistrate Judge Andrew P Rodovich

Franciscan Alliance Inc

                Defendant.

---

## NOTICE OF COSTS TAXED

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Pursuant to [88] Notice that Costs will be Taxed by Clerk , Costs are hereby taxed in the amount of $2,053.11 against Franciscan Alliance Inc .

Date:  April 10, 2023                      CHANDA J. BERTA
                                                    ACTING CLERK OF COURT

                                                   By: s/  Samuel E Jarrell
                                                         Deputy Clerk