IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

TARYN N. DUIS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　-v-　　　　　　　　　　　　　 )　Cause No.
　　　　　　　　　　　　　　　　　　)　2:20-CV-78-TLS-APR
　　　　　　　　　　　　　　　　　　)
FRANCISCAN ALLIANCE INC.,　　　　　)
a/k/a FRANCISCAN HEALTH　　　　　　)
CROWN POINT,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　)

　　　　　The deposition upon oral examination of TARYN N. DUIS, a witness produced and sworn before me, Catherine M. Stefaniak, CSR, Notary Public in and for the County of Lake, State of Indiana, taken on behalf of the Defendant at Krieg DeVault, LLP, 8001 Broadway, Suite 400, Merrillville, Indiana, on Monday, March 22, 2021, at 9:00 a.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
(800) 869-0873

EXHIBIT B

```
 1        in your position?
 2   A.   No.
 3   Q.   How did you learn about the position at BAYADA?
 4   A.   It was online.
 5   Q.   Did you know anyone else who worked there?
 6   A.   No.
 7   Q.   What about the position with Community Home Care,
 8        how did you learn about that position?
 9   A.   It was online, also.
10   Q.   Did you know anyone else who worked there?
11   A.   No.
12   Q.   Where did you work prior to BAYADA?
13   A.   Fresenius Kidney Care.
14   Q.   And during what dates did you work there?
15   A.   I worked at Fresenius -- I was hired I want to say
16        June 15th of 2019, and I worked there until
17        September 1st of 2020.
18   Q.   Why did you leave Fresenius?
19   A.   There was a lot of COVID exposure, and my daughter
20        was born premature, and the hours were very, very
21        long, and I didn't -- didn't feel like it was a
22        good fit.
23   Q.   What were the hours that you were working at
24        Fresenius?
25   A.   They were different every day.  So we had two
```

```
 1        patients that we had to do dialysis on.  And just
 2        depending on what the patient's order was, my day
 3        could be 17, 18 hours on call.  I was working over
 4        24 hours straight, so --
 5   Q.   And when was your daughter born?
 6   A.   She was born August 20th of 2019.  I mean -- I'm
 7        sorry.  I'm sorry.  No.  That's right.  Sorry.  I'm
 8        crazy. ▓▓▓▓▓▓▓▓▓▓▓▓
 9   Q.   The years have started to run together here
10        recently, so -- okay. ▓▓▓▓▓▓▓▓▓▓ So did you
11        leave Fresenius due to her birth?
12   A.   No.
13   Q.   Okay.  You left because of the hours?
14   A.   Yes, and the COVID exposure with a premature baby.
15   Q.   When did you decide that you were going to leave
16        Fresenius?
17   A.   In August of 2020.
18   Q.   I think you mean 2019.
19   A.   No.
20   Q.   No, no, no. Sorry. Okay. So you say -- okay. So
21        your daughter was born ▓▓▓▓▓▓▓▓▓▓▓▓, and you
22        left Fresenius September 1, 2020?
23   A.   Yes.
24   Q.   Okay.  So you continued working there approximately
25        a year after your daughter was born?
```

```
 1   A.   Yes.
 2   Q.   Did you take any time off after your daughter was
 3        born?
 4   A.   Yes.
 5   Q.   How much time?
 6   A.   I was off for 12 weeks.
 7   Q.   Did you receive any compensation when you were gone
 8        during that 12 weeks?
 9   A.   No.
10   Q.   Did you receive short-term disability benefits?
11   A.   No.
12   Q.   Did Fresenius have short-term disability benefits?
13   A.   I wasn't eligible for it.
14   Q.   Why not?
15   A.   Because I didn't work there long enough.  I had
16        only worked there for a month when my daughter was
17        born.
18   Q.   Do you know how long you have to work at Fresenius
19        to be eligible for short-term disability benefits?
20   A.   I don't.
21   Q.   Did you apply for short-term disability?
22   A.   It was not something that I was eligible to apply
23        for.
24   Q.   So did you complete an application for short-term
25        disability benefits through Fresenius?
```

```
 1   A.   It's included with your insurance when you sign up
 2        for insurance.  So I had short-term disability
 3        after my daughter was born once I had been there
 4        long enough to receive benefits.
 5   Q.   Okay.  Going back to my question:  Did you complete
 6        an application for short-term disability benefits
 7        at Fresenius?
 8   A.   There is no application for benefits.
 9   Q.   Did you ask their HR department or anyone at
10        Fresenius whether you could apply for short-term
11        disability benefits --
12   A.   No.
13   Q.   -- or whether you could receive short-term
14        disability benefits after your daughter was born?
15   A.   After she was born?
16   Q.   Right.
17   A.   I received them when I got insurance, so I didn't
18        have to ask.
19   Q.   Okay.  So you're saying you did receive short-term
20        disability?
21   A.   After the 90 days, which my daughter had already
22        been born.  You have to be there 90 days before the
23        insurance is effective.
24   Q.   Who told you you had to be there 90 days --
25   A.   Human resources.
```