UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

TARYN N. DUIS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　) CAUSE NO: 2:20-cv-0078-PPS
　　　　　　　　　　　　　　　　　　)
FRANCISCAN ALLIANCE INC., a/k/a　)
FRANCISCAN HEALTH CROWN　　　　　)
POINT,　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　)

## SECOND DECLARATION OF TARYN DUIS

I, Taryn Duis, swear under penalty of perjury that the statements contained in this declaration are made freely and voluntarily, that the content of this declaration is based on my personal knowledge, that I am over the age of eighteen (18), that I am competent to testify as to the matters contained in this declaration, and that if called upon to testify, my testimony would be as follows:

1. I was not eligible for short term disability benefits with Fresenius until ninety (90) days after my date of hire. Fresenius informed me that an "Introductory Employee" was not eligible for short term disability benefits, that I must work ninety (90) days before graduating from my status as an "Introductory Employee," and that the birth of my daughter was not eligible for short term disability benefits because of the timing of her birth. I gave birth to her daughter thirty-six (36) days after I commenced my employment with Fresenius.

2. I resigned my employment from Fresenius because from the time I started, until when I resigned, almost every aspect of my job significantly changed due to Covid-



EXHIBIT C

19. When I first started at Fresenius as a Dialycis nurse, Fresenius represented that I would work approximately 36-42 hours per week, then maybe 1 on-call shift per week where you could work anywhere from 0-5 hours. However, Covid-19 changed everything, because doctors began trying to use dialysis on Covid patients as a way to pull fluid from the patients' lungs, in an attempt to help Covid pneumonia. This resulted in a substantial increase in hours and exposure to Covid-19 patients. For example, by June 2020 I was working approximately 52-68 hours per week, sometimes up to 73 hours per week. By August of 2020, nearly all of my patients were Covid-19 patients, the treatments per patient had increased from 3-4 hours to 6-hour treatments, and I was working approximately 65-75 hours a week. After working 25 hours straight, I contacted my manager to tell her that I did not think it was safe to be working these kinds of hours, and she said it was fine "because we are dialysis." Then, management held a meeting and informed us that if we are "only working 75 hours a week" then we are barely helping, and if we are working less than 75 hours a week then we might was well quit. I quit because it was not safe for me to be working these extreme hours and around nearly all Covid-19 positive patients, especially with a baby who was premature. Had I not been terminated from Defendant, I would have continued to work my standard schedule of 3-12 hour shifts per week, with the option of picking up additional shifts at overtime and premium rates. Further, I would not have been exposed to so many Covid-19 positive patients at Franciscan compared to Fresenius, where nearly every patient had Covid.

3. For 2023, to date I have earned approximately $13,000.00. Nothwithstanding any monies in this matter, I expect to earn approximately $70,000.00 this year, if not more, which is in the tax bracket of 12% for married couples filing jointly,

      This Declaration has been executed by me within the United States of America. I further declare under penalty of perjury that the foregoing is true and correct.

Date  4-12-2023

*/s/ Taryn Duis*

Taryn Duis

USDC IN/ND case 2:20-cv-00078-APR   document 98-2   filed 04/14/23   page 3 of 3