UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
|     Plaintiff. | ) |
| | ) |
|     v. | )   CAUSE NO: 2:20-CV-78-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF BACK PAY, PREJUDGMENT INTEREST, AND TAX OFFSET AWARD

Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point ("Franciscan"), by counsel, hereby requests leave of the Court to file a surreply to *Plaintiff's Reply in Support of Back Pay, Prejudgment Interest, and Tax Offset Award* filed on April 14, 2023 [ECF No. 98] because Plaintiff Taryn N. Duis ("Duis") has raised new evidence and issues that were not only not addressed in her original motion but also conflict with the prior evidence in this case. In support of its motion, Franciscan shows the Court as follows:

    1.    Duis filed *Plaintiff's Motion to Award Back Pay, Prejudgment Interest, and Tax Offset Award* on March 24, 2023. [ECF No. 84].

    2.    Franciscan filed *Defendant's Response in Opposition to Plaintiff's Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset Award* on March 31, 2023. [ECF No. 89].

    3.    On April 14, 2023, Duis filed *Plaintiff's Reply in Support of Back Pay, Prejudgment Interest, and Tax Offset Award* ("Reply"), along with two exhibits. [ECF No. 98]. The exhibits

include additional portions of Duis's deposition and a new affidavit from Duis regarding facts never previously disclosed during the briefing, trial, or discovery in this case, nor disclosed in Plaintiff's original motion, and which conflict with facts that were disclosed in the course of this case.

4. Specifically, Duis attempts in her Reply, for the first time, to offer arguments and facts regarding her status as an "introductory employee" at Fresenius and its claimed impact on her eligibility for short-term disability benefits (which conflicts with information provided by Fresenius about her eligibility), claims that she worked up to 75 hours and per week and 25 hours straight at Fresenius and that this is why she left (which conflicts with the records provided by Fresenius), would like the Court to believe that had she continued to work at Franciscan in the PCU during COVID, her work life would have been better (despite the fact that hospital PCU nurses were being floated to the ICU, which contained the sickest of the sick COVID patients, caring for such patients required on-shift therapists to assist nurses coming off of shift, and caused severe PTSD for such nurses).

5. In addition, Duis, in her Reply incorrectly instructs this Court on her tax offset analysis and fails to account for what her actual taxable income would be after the standard deduction and dependent exemptions.

6. Although surreplies are not specifically contemplated by the local rules, this Court has explained that "[a] surreply brief is occasionally allowed when it raises or responds to some new issue or development in the law." *Hall v. Forest River, Inc.*, No. 3:04–CV–259, 2008 WL 1774216, at *n. 3 (N.D. Ind. Apr. 15, 2008) (*citing Runkle v. United States*, No. 1:94–CV–342, 1995 WL 452975, at *1 (N.D. Ind. May 9, 1995).

7. Because Duis has submitted additional evidence and raises new issues in her Reply, Franciscan reasonably requires an opportunity to respond.

8. In the interest of judicial convenience and expediency, Franciscan has attached as Exhibit A hereto its proposed surreply, should such filing be permitted by the Court.

WHEREFORE, Franciscan respectfully moves the Court for leave to file a surreply to *Plaintiff's Reply in Support of Back Pay, Prejudgment Interest, and Tax Offset Award* and for all other just as proper relief.

    Respectfully Submitted,

By:    Amy J. Adolay, Atty. No. 23147-49
Elizabeth M. Roberson, Atty. No. 34097-64
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
          (317) 238-6330
Facsimile: (317) 636-1507
Email: aadolay@kdlegal.com
       eroberson@kdlegal.com

Robert A. Anderson, Atty. No. 15359-71
KRIEG DEVAULT LLP
8001 Broadway, Suite 400
Merrillville, IN 46410
Telephone: (219) 227-6100
Facsimile: (219) 227-6101
Email: randerson@kdlegal.com
*Counsel for Defendant Franciscan Alliance, Inc.*

KD_14602574_3.docx