UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CAUSE NO: 2:20-cv-0078-APR |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff, Taryn N. Duis ("Plaintiff" and/or "Duis"), by counsel hereby objects to Defendant's Motion for Leave to File Surreply and states as follows:

1. As Defendant admits, surreplies are disfavored and not even contemplated by the Local Rules.

2. Defendant's surreply is unnecessary, as the original deposition testimony shows Defendant cannot prove its failure to mitigate affirmative defense. For example, Duis' original deposition testimony stated, "It was not something that I was eligible to apply for" when referencing short term disability, and "After the 90 days, which my daughter had already been born. You have to be there 90 days before the insurance is effective." [Docket 98, Exh. B]. Nothing in her declarations contradict this testimony.

3. Duis also testified during her deposition that she resigned from Fresenius because "[t]here was a lot of COVID exposure, and my daughter was born premature, and the hours were very, very long, and I didn't – didn't feel like it was a good fit." [*Id.*] This, alone, is sufficient grounds to resign and not cut off lost wages. Further, the time

records cited by Defendant, to the extent they are even admissible, do not undermine this basis for quitting, and Duis merely approximated her hours in her declaration. Finally, those records have not been fully examined by witnesses with personal knowledge who can explain whether those records accurately and reliably include all travel time, all on-call time, and all other work time by Duis. For the foregoing reasons, Defendant's Motion to File a Surreply should be denied.

Respectfully Submitted,

*/s/ Ryan P. Sink*
Ryan C. Fox
Ryan P. Sink
Attorneys for Plaintiff

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, Indiana 46220
rsink@foxsinklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 25th day of April, 2023, by the Court's electronic filing system to the following counsel of record:

Amy J. Adolay: aadolay@kdlegal.com
Elizabeth M. Roberson: eroberson@kdlegal.com
Robert A. Anderson: randerson@kdlegal.com

*/s/ Ryan P. Sink*
Ryan P. Sink