UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-78 |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the Motion for Award of Back Pay, Prejudgment Interest, and Tax Offset Award [DE 84], Motion for Award of Liquidated Damages [DE 85], and Motion for Attorney Fees and Expenses [DE 86], filed by the plaintiff, Taryn N. Duis, on March 24, 2023. Due to the court's order granting a new trial [DE 105], the above listed motions are **DENIED as MOOT**.

ENTERED this 3rd day of May, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge