# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-78 |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the Motion for Leave to File Surreply to Plaintiff's Reply in Support of Back Pay, Prejudgment Interest, and Tax Offset Award [DE 103], filed by the defendant, Franciscan Alliance Inc., on April 21, 2023. Due to the court's order granting a new trial [DE 105], the motion [DE 103] is **DENIED as MOOT**.

ENTERED this 3rd day of May, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge