UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-78 |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN | ) |
| POINT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Due to the court's order granting a new trial [DE 105], the Clerk is **DIRECTED** to reopen this case and vacate the judgment accordingly.

ENTERED this 4th day of May, 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge