UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

Hammond Division

TARYN N. DUIS

Plaintiff

v.                                                             Case No. 2:20-CV-78-APR

FRANCISCAN ALLIANCE

Defendant

## NOTICE

The exhibits in the above entitled closed action are currently being housed in the office of the Clerk. Please notify the below-named Deputy Clerk to arrange a date and time to pick up these exhibits. If no response to this notice is received within thirty (30) days, the exhibits will be destroyed.

Chanda J. Berta, Clerk of Court

Dated: 5/12/23                                        By: s/Susan Brown Nickerson
                                                                    Deputy Clerk

CC:                                                              219-852-6703
Counsel of Record                                         Telephone No.
Trial Exhibits 3/6/2023-3/9/2023