UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

TARYN N. DUIS
Plaintiff

v.

Case No. 2 20-CV-78

FRANCISCAN ALLIANCE, INC.
Defendant

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

**(Designate by Number or Letter)**

Pltf. Exhibit:
All Plaintiff's Trial Exhibits as listed on the Trial Witness List entered at DE [71]

Deft. Exhibit:

Dated: 6/9/20 23

Name: Ryan C. Foy
Street Address: 6177 North College Ave
City: Indpls, State: IN, Zip Code: 46220
Telephone No.: 317-254-8500