UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS,  )<br> )<br>    Plaintiff.  )<br> )<br> )<br>FRANCISCAN ALLIANCE INC., a/k/a  )<br>FRANCISCAN HEALTH CROWN  )<br>POINT,  )<br>    Defendant.  )<br> )<br> ) | CAUSE NO: 2:20-CV-78-APR |

### FRANCISCAN'S MOTION FOR A STATUS CONFERENCE

Defendant Franciscan Alliance, Inc., a/k/a Franciscan Health Crown Point, more properly known as Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Crown Point ("Franciscan"), by counsel, moves this Court for a telephonic status conference to discuss the upcoming trial. In support hereof, Franciscan respectfully shows the Court as follows:.

1. A jury trial is set to begin in this matter on November 13, 2023 at 9:00 a.m. [ECF 110].

2. No deadlines for the filing of motions *in limine*, pretrial briefs, jury instructions, or *voir dire* questions are currently set in this matter.

3. The purpose of this status conference would be to set these deadlines and discuss any additional logistics with Judge Rodovich for the upcoming trial.

4. Counsel anticipates that a 30-minute telephonic conference should be sufficient to address these questions and concerns.

**WHEREFORE**, Franciscan, by counsel, respectfully requests that a telephonic status conference be set prior to trial and for all other just and proper relief.

Respectfully Submitted,

By: Amy J. Adolay, Atty. No. 23147-49
Elizabeth M. Roberson, Atty. No. 34097-64
KRIEG DEVAULT LLP
12800 N. Meridian Street, Suite 300
Carmel, IN 46032
Telephone: (317) 238-6342
              (317) 238-6330
Facsimile:  (317) 636-1507
Email: aadolay@kdlegal.com
           eroberson@kdlegal.com

Robert A. Anderson, Atty. No. 15359-71
KRIEG DEVAULT LLP
8001 Broadway, Suite 400
Merrillville, IN  46410
Telephone: (219) 227-6100
Facsimile:  (219) 227-6101
Email: randerson@kdlegal.com

*Counsel for Defendant Franciscan Alliance, Inc.*

KD_14840458_1.docx