

**FS**
FOX & SINK

Ryan C. Fox
Ryan P. Sink

Fox & Sink LLC
6177 North College Avenue
Indianapolis, Indiana 46220
Phone 317-254-8500
fwslegal.com

September 5, 2023

**VIA EMAIL AND CERTIFIED MAIL:**
**PRIVILEGED AND CONFIDENTIAL:**

Taryn Duis
1102 Country Club Drive
Crown Point, Indiana 46307

RE: Legal Representation / Notice of Intent to Withdraw

Dear Taryn:

    We did not hear from you by the extended deadline of Monday, September 4, 2023. Accordingly, you have chosen to not retain Fox & Sink, LLC, for re-trial of your matter. Nor have you provided the necessary funds to purchase the transcript of the first trial. Pursuant to N.D. Ind. Local Rule 83-8, this letter and accompanying email serves as written notice that we plan to file a motion for leave to withdraw our appearances no earlier than seven (7) days from this letter, which is Tuesday, September 12, 2023. As previously conveyed, this Motion is ultimately up to the discretion of the Judge, so we will notify you when a ruling has been issued.

Regards,

Ryan C. Fox
Ryan P. Sink

 **Gmail**

Ryan Sink <rsink@foxsinklaw.com>

## Order - Deadlines - Representation - URGENT

**Ryan Sink** <rsink@foxsinklaw.com>  Thu, Aug 17, 2023 at 11:51 AM
To: Taryn
Cc: Ryan Fox <rfox@foxsinklaw.com>,

Hi Taryn:



Second, with the second trial date rapidly approaching, we are giving you a hard deadline of **August 29th** to retain our firm for re-trial of your matter. As we have discussed verbally and in writing, the scope of our firm's representation does not include re-trial of a case. If we do not have the new retainer plus costs, along with the fully executed new Attorney Services Contract (attached) by August 29th, then we will be forced to file a Motion to withdraw our appearance, which is discretionary and must be approved by the Court.

If you have any questions or concerns, please call us. Please keep in mind that you have the right to find new legal counsel and we will do everything in our power to help the case transition to this new legal counsel.

*Ryan(s)*

Ryan P. Sink
Fox & Sink, LLC
6177 North College Avenue
Indianapolis, IN 46220

Phone: 317-254-8500
Fax: 317-226-9311
Email: rsink@foxsinklaw.com

CONFIDENTIALITY NOTICE: The information contained in this message is intended only for the personal and confidential use of the designated recipient(s) named. This message is a communication relating to business matters and, as such, is intended to be privileged and/or confidential. If you have received this communication in error, please notify us immediately. Thank you.

 **Ltr.Duis.8.17.23.pdf**
240K



# FOX & SINK

Ryan C. Fox
Ryan P. Sink

Fox & Sink LLC
6177 North College Avenue
Indianapolis, Indiana 46220
Phone 317-254-8500
fwslegal.com

August 17, 2023

**VIA EMAIL OVERNIGHT AND U.S. MAIL:**
**PRIVILEGED AND CONFIDENTIAL:**

Taryn Duis
1102 Country Club Drive
Crown Point, Indiana 46307

      RE:    Order / Legal Representation / Notice of Intent to Withdraw

Dear Taryn:

      On August 16, 2023, the Court DENIED our Motion to Certify the Orders dated May 3, 2023, and June 22, 2023, for Interlocutory Appeal. [Enclosed]. Accordingly, interlocutory appeal to the Seventh Circuit Court of Appeals is no longer a viable option. As previously stated, pursuant to Clause II of your Attorney Services Contract, "[t]he scope of representation does not include any re-trial or appeal of this matter." [emphasis added]. To date, you have not retained our firm for retrial in this matter, which is scheduled for November 13-17.



      We are setting forth a hard deadline of **August 29, 2023**, to retain Fox & Sink, LLC for re-trial of your case. If we do not have both the full retainer, plus costs for the transcript, along with the fully executed new Attorney Services Contract, by **August 29, 2023**, then we will be forced to file a motion to withdraw our appearance in your matter.

Regards,

Ryan C. Fox
Ryan P. Sink

Enclosure:

 **Gmail**

Ryan Sink <rsink@foxsinklaw.com>

## Order / Representation

**Ryan Fox** <rfox@foxsinklaw.com>　　　　　　　　　　　　　　　Thu, May 4, 2023 at 12:42 PM
To: Taryn Duis <█████████████>
Cc: Ryan Sink <rsink@foxsinklaw.com>

PRIVILEGED AND CONFIDENTIAL:

Hi Taryn:

Attached please find the following letter which we sent via overnight delivery today along with the Court Order. We look forward to hearing from you.

Ryan C. Fox

Fox & Sink, LLC
6177 North College Avenue
Indianapolis, IN 46220
Phone: 317-254-8500

rfox@foxsinklaw.com

CONFIDENTIALITY NOTICE: The information contained in this message is intended only for the personal and confidential use of the designated recipient(s) named. This message is a communication relating to business matters and, as such, is intended to be privileged and/or confidential. If you have received this communication in error, please notify us immediately. Thank you.

**2 attachments**

📄 **Order.Rule.59.pdf**
　　217K

📄 **Ltr.Client.Representation.pdf**
　　60K



**FOX & SINK**

Ryan C. Fox
Ryan P. Sink

Fox & Sink LLC
6177 North College Avenue
Indianapolis, Indiana 46220
Phone 317-254-8500
fwslegal.com

May 4, 2023

**VIA EMAIL AND OVERNIGHT MAIL:**
**PRIVILEGED AND CONFIDENTIAL:**

Taryn Duis
1102 Country Club Drive
Crown Point, Indiana 46307

    RE:    Order / Legal Representation

Dear Taryn:

[REDACTED] With respect to our firm's involvement going forward, this Order technically ends our firm's representation in your matter. Pursuant to Clause II of your Attorney Services Contract, "[t]he scope of representation does not include any re-trial or appeal of this matter." We do not represent you on any appeal, nor do we automatically represent you on any retrial of this matter.



[REDACTED]. At this stage you need to make a decision whether or not you will be retaining an appellate attorney or whether you wish to retain our firm, upon mutual consent, for a second trial or retain another firm for your second trial. However, if you are interested in retaining our firm for a second jury trial, then the retainer will be [REDACTED] and you will need

to execute a new Attorney Services Contract. Absent you retaining the firm for a second jury trial, we will be filing motions to withdraw our appearances in your matter.

 Thus, please contact us no later than Monday May 8, 2023. We look forward to hearing from you.

Thank you.

Regards,

Ryan C. Fox
Ryan P. Sink

Enclosure: