# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 2:20-cv-78 |
| FRANCISCAN ALLIANCE INC., a/k/a FRANCISCAN HEALTH CROWN POINT, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the Motion for Leave to Withdraw Appearance [DE 122] filed by Ryan C. Fox and Ryan P. Sink, counsel for the plaintiff, Taryn N. Duis, on September 13, 2023. The court, being duly advised, hereby **GRANTS** the motion [DE 122]. The appearance of Ryan C. Fox and Ryan P. Sink is **WITHDRAWN.**

ENTERED this 14th day of September 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge