UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-78 |
| | ) |
| FRANCISCAN ALLIANCE INC., a/k/a | ) |
| FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court *sua sponte*. The Clerk is instructed to show the plaintiff, Taryn N. Duis, proceeding *pro se* with an address of 1102 Country Club Drive, Crown Point, Indiana 46307, and a telephone number of 219-743-0990.

The plaintiff is **ORDERED** to appear in person for the status conference scheduled for **September 27, 2023, at 9:00 a.m.** (central time) before Magistrate Judge Andrew P. Rodovich. The defendant may appear at the status conference via Zoom.

The Clerk is **DIRECTED** to send a copy of this order to the plaintiff at 1102 Country Club Drive, Crown Point, Indiana 46307, and via email at Tduis6102@gmail.com.

ENTERED this 14th day of September 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge