**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| TARYN N. DUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-78 |
| | ) | |
| FRANCISCAN ALLIANCE INC., a/k/a | ) | |
| FRANCISCAN HEALTH CROWN | ) | |
| POINT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter was set for a Status Conference on September 27, 2023.  Attorneys Amy Adolay, Elizabeth Roberson, and Robert Anderson were present on behalf of the defendant.  The plaintiff, Taryn N. Duis, *pro se* failed to appear despite being ordered to attend the Status Conference in person by the court. [DE 125].

The plaintiff is **ORDERED** to file an affidavit **no later than October 18, 2023**, as to why she failed to appear at the Status Conference. The plaintiff is **WARNED** that the failure to file a timely affidavit showing good cause may result in a dismissal pursuant to Federal Rules of Civil Procedure 16(f) and 41(b).

The Clerk is **DIRECTED** to send a copy of this order to the plaintiff at 1102 Country Club Drive, Crown Point, Indiana 46307, and via email at Tduis6102@gmail.com.

ENTERED this 27th day of September 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge