## Affidavit of Taryn Duis



State of Indiana

I, Taryn Duis, being of sound mind and body, swear and confirm as follows:

1. I currently reside at 1102 County Club Drive, Crown Point, Indiana, 46307.

2. I am over the age of 18.

3. I am providing to the court a affidavit as to why I failed to appear at the Status Conference September 27, 2023. I no longer have representation by an attorney, I was forwarded the email by my previous attorney which I have enclosed. I thought the hearing was a zoom appearance and tried calling in with the provided information in the email and have provided a copy of my call log. It wasn't till after I missed the conference that I realized I was supposed to appear in person. I am sorry that I missed the conference but I am trying to find representation as I am without funds to obtain a attorney for my second trial.

4. I hereby attach the following document(s) in support of this affidavit.
   - **Exhibit Description:** Phone records
   - **Exhibit Description:** Emails
   - **Exhibit Description:** Email

I declare under penalty of perjury under the laws of the State of Indiana that the foregoing is true and correct.

_____ Date: 10-13-23

(Affiant's signature)

# Instructions for Your General Affidavit

An affidavit is a written sworn statement by the person making it (called the "Affiant") as to some special knowledge that he or she possesses. A general affidavit is used when the circumstances do not call for the use of a specific form like an affidavit of domicile. An affidavit is commonly used in circumstances where an Affiant cannot or is unavailable to provide testimony in person. It is important to note that an affidavit must be made voluntarily and should not be influenced by anyone other than the Affiant. An affidavit carries the same weight as court testimony and must be sworn to be truthful before a notary.

**Completing Your Document**

To complete the affidavit, enter the current full legal name of the Affiant as well as his or her respective address. The most crucial part of the affidavit is entering in the statements of fact. This is the section containing the information that the Affiant is swearing is truthful to the best of his or her knowledge. The information should be written in short simple sentences referring to the Affiant as "I." The first two sentences should be used to describe the Affiant in terms of name, age, and address. Next, the Affiant should make sure to include the date and time of the events that are being described.

**Executing Your Document**

The final step is to sign the document, which is normally done in the presence of a notary public. The notary public will conduct an oath in which the Affiant will declare that all the information contained within the affidavit is correct and true to the best of the Affiant's knowledge. Although notarization is not always required, it is recommended to establish and support the authenticity of your affidavit. In addition, you will be required to have your affidavit notarized if it will be used in court.



# (833) 568-8864

Add note ✏

  

**Wednesday, September 27**

📞↗ **9:24 AM**
Outgoing call, 4 mins 25 sec

📞↗ **9:23 AM**
Outgoing call, 0 mins 39 sec

📞↗ **9:23 AM**

Outgoing call, 4 mins 25 sec

📞 **9:23 AM**
Outgoing call, 0 mins 39 sec

📞 **9:23 AM**
Outgoing call, 0 mins 18 sec

📞 **9:16 AM**
Outgoing call, 4 mins 51 sec

📞 **9:06 AM**
Outgoing call, 4 mins 51 sec

📞 **8:59 AM**
Outgoing call, 4 mins 54 sec

📞 **8:51 AM**

ated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
dicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electro
ir directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewir
I 30 page limit do not apply.

U.S. District Court Northern District of Indiana [LIVE]

USDC Northern Indiana

/2023 at 10:19 AM EST and filed on 9/13/2023
ce Inc.

ied)

n, the Telephonic Status Conference set for 9/22/2023 is RESET to 9/27/2023 at 09:00 AM(Central time) via Zoom before Ma
nt via email to counsel. Approved by Magistrate Judge Andrew P Rodovich on 9/13/2023. Text entry only. (tc)

nically mailed to:

n

en@kdlegal.com

com, klouden@kdlegal.com

ed by U.S. Mail or other means to:



n Shot 2023-09-14 at 12.51.30 PM.png

U.S. District Court Northern District of Indiana [LIVE]

USDC Northern Indiana

11/2023 at 11:13 AM EST and filed on 9/11/2023
ance Inc.

.ched)

| Motion for a Status Conference. A Telephonic Status Conference is set for 9/22/2023 at 11:00 AM (Central time) before Magistra‍
to dial 833-568-8864, enter Meeting ID 161 6723 3388 and passcode 649671 when prompted to join the conference. By Magistrate
/ only. (tc)

tronically mailed to:

om

ıden@kdlegal.com

al.com, klouden@kdlegal.com

rered by U.S. Mail or other means to: