# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| TARYN N. DUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-78 |
| | ) | |
| FRANCISCAN ALLIANCE INC., a/k/a | ) | |
| FRANCISCAN HEALTH CROWN | ) | |
| POINT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court sets a Status Conference for this matter on **November 15, 2023, at 9:00 a.m. (central time)** before Magistrate Judge Andrew P. Rodovich.

The plaintiff is **ORDERED** to appear **in person for the status conference**. The defendant may appear at the status conference via Zoom. If the defendant chooses to appear via Zoom, counsel shall contact case manager Teresa Castillo for a Meeting ID and passcode.

The Clerk is **DIRECTED** to send a copy of this order to the plaintiff at 1102 Country Club Drive, Crown Point, Indiana 46307, and via email at Tduis6102@gmail.com.

ENTERED this 16th day of October 2023.

/s/ Andrew P. Rodovich
United States Magistrate Judge