UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **Taryn N. Duis**, <br><br> Plaintiff, <br><br> v. <br><br> **franciscan alliance inc.** a/k/a **franciscan health crown point**, <br><br> Defendants. | Cause No. 2:20-cv-00078-APR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for:

**Taryn Duis.**

Respectfully submitted,

*/s/ Benjamin C. Ellis*
Benjamin C. Ellis
hkm employment attorneys llp
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F   |   (317) 824-9747
Email   |   bellis@hkm.com