UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **Taryn N. Duis**,<br><br>    Plaintiff,<br><br>v.<br><br>**franciscan alliance inc.** a/k/a **franciscan health crown point**,<br><br>    Defendants. | Cause No. 2:20-cv-00078-APR |

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY

Because Plaintiff Taryn Duis has retained counsel since the Court's *Order* [Dkt. 130] setting a March 6 status conference in this lawsuit, she respectfully requests the Court for leave to appear remotely by counsel.

1. In its November 15, 2023 *Order* [Dkt. 130], the Court set a March 6, 2024 status conference at 9:00 a.m. CST. The Court ordered Ms. Duis to appear in person while permitting Defendant's counsel to appear by Zoom.

2. Ms. Duis has since retained hkm employment attorneys llp to represent her going forward in this lawsuit.

3. Unfortunately, counsel have prior obligations that impair their ability to in person on March 6, 2024 status conference.

4. Accordingly, Ms. Duis respectfully requests the Court for leave to appear remotely at the March 6, 2024 status conference, by counsel.

WHEREFORE, having secured counsel to represent her in this lawsuit, Ms. Duis respectfully requests the Court for leave to appear remotely, by counsel, at the Court's March 6, 2024 status conference.

Respectfully submitted,

*/s/ Benjamin C. Ellis*
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F    |   (317) 824-9747
Email  |   bellis@hkm.com