UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **Taryn N. Duis**, <br><br>     Plaintiff, <br><br> v. <br><br> **FRANCISCAN ALLIANCE INC.** a/k/a **FRANCISCAN HEALTH CROWN POINT**, <br><br>     Defendants. | Cause No. 2:20-cv-00078-APR |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for:

**Taryn Duis.**

Respectfully submitted,

*/s/ Natalie R. Dickey*
Natalie R. Dickey
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F     |   (317) 449-0574
Email   |   ndickey@hkm.com