**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-cv-00078-APR |
| v. ) | |
| ) | |
| FRANCISCAN ALLIANCE INC. a/k/a ) | |
| FRANCISCAN HEALTH CROWN POINT ) | |
| ) | |
| Defendant. ) | |

## MEDIATOR'S REPORT OF SETTLEMENT

The parties engaged the undersigned to serve as a mediator in this case. On September 23, 2024, the parties and their counsel participated in a confidential mediation session and reached an agreement to settle the case, subject to executing a final settlement agreement. The parties have requested that the trial date be vacated and that they be given 60 days to finalize the settlement documents and file a stipulation of dismissal.

Respectfully submitted,

*/s/ Gregory W. Guevara*
Gregory W. Guevara, Attorney No. 16728-49
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000
(317) 684-5173 (Fax)
GGuevara@boselaw.com

*Mediator*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 24, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              */s/ Gregory W. Guevara*
              Gregory W. Guevara