UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TARYN N. DUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-78 |
| ) | |
| FRANCISCAN ALLIANCE INC., ) | |
| a/k/a FRANCISCAN HEALTH CROWN ) | |
| POINT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the Stipulation To Dismiss with Prejudice [DE 142] filed by the parties on November 12, 2024. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 142] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 13th day of November, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge